```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                  "USA V CONTINENTAL CASUALTY CO"

       Including terminated parties, excluding terminated counsel
```

    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4(13)
              Filed:  08/17/98
             Closed:  NO

       Jurisdiction:  (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit:  (110) Insurance
                      INDEMNIFACATIO OF LOSS
             Origin:  (1) Original Proceeding
             Demand:  9999
         Filing fee:  Waived
           Trial by:  Jury


Parties of Record:                          Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA       Richard L. Pomeroy
                                                U.S. Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071

DEF 1.1     [T]  CNA FINANCIAL CORP             No counsel found for this party!

DEF 2.1          CONTINENTAL CASUALTY CO, THE   Gary A. Zipkin
                                                Guess & Rudd
                                                510 L Street, Suite 700
                                                Anchorage, AK 99501
                                                907-793-2200
                                                FAX 907-793-2299

                                                Charles T. Blair
                                                Ross Dixon et al
                                                2001 K Street, NW
                                                Washington, DC 20006

                                                Rebecca L. Ross
                                                Ross Dixon et al
                                                55 West Monroe Street, Suite 300
                                                Chicago, IL 60603

                                                A. William Urquhart
                                                Quinn Emanuel et al
                                                865 South Figueroa Street
                                                10th Floor
                                                Los Angeles, CA 90017

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A98-0285--CV (JWS)
              "USA V CONTINENTAL CASUALTY CO"

      Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
|  | Brett Dylan Proctor<br>Quinn Emanuel et al<br>865 Sourth Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br><br>Christopher Tayback<br>Quinn Emanuel et al<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                  "USA V CONTINENTAL CASUALTY CO"

                       For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(13)
             Filed:  08/17/98
            Closed:  NO

      Jurisdiction:  (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (110) Insurance
                     INDEMNIFACATIO OF LOSS
            Origin:  (1) Original Proceeding
            Demand:  9999
        Filing fee:  Waived
          Trial by:  Jury
```

| Document # |   | Filed    | Docket text |
|------------|---|----------|-------------|
| 1 -        | 1 | 08/17/98 | Complaint filed; Summons issued. |
| 2 -        | 1 | 08/17/98 | PLF 1 Notice of related case A94-488 Civil. |
| 3 -        | 1 | 08/25/98 | PLF 1 Affidavit of service as to Jonathon D.Kantor, Registered Agent, CNA Financial Corp & The Continental Casualty Co, d/b/a The Continental Insurance Co. w/att returns of service. |
| 4 -        | 1 | 09/03/98 | DEF 1-2 Attorney Appearance of Brad Ambarian and John Neeleman. |
| 5 -        | 1 | 10/22/98 | JWS Minute Order re: plf required to take action as to case not at issue. Plf to require an ans or apply for default w/in 20 days. cc:cnls |
| 6 -        | 1 | 10/26/98 | PLF 1 First Amended Complaint w/att exhs. |
| 7 -        | 1 | 10/27/98 | Stipulation for ext of time until 20 days following svc of plf's amended cmplt to file ans. |
| 7 -        | 2 | 10/28/98 | JWS Order approving stip. cc: cnsl |
| 8 -        | 1 | 11/27/98 | JWS Minute Order that case isn't at iss re: amended cmplt; require ans or apply for dft w/i 20 days. cc: cnsl |
| 9 -        | 1 | 12/01/98 | Unopposed Motion to extend time to answer complaint until 12/18/98. |
| 9 -        | 2 | 12/02/98 | JWS Order granting unoppo mot. cc: cnsl |
| 10 -       | 1 | 12/22/98 | JWS Minute Order that plf require ans to amended cmplt of apply for dft w/i 20 days. cc: cnsl |
| 11 -       | 1 | 01/12/99 | DEF 1-2 Answer to Complaint. |
| 12 -       | 1 | 01/12/99 | DEF 1-2 Jury Demand. |
| 13 -       | 1 | 01/13/99 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                   "USA V CONTINENTAL CASUALTY CO"

                                         For all filing dates


 Document #    Filed       Docket text

     14 -  1   01/15/99    DEF 1-2 Amended Answer & affirmative defenses to complaint.

     15 -  1   02/08/99    JWS Minute Order that rule 16(b) rpt hasn't been fld; rpt due w/i 15
                           days. cc: cnsl

     16 -  1   02/17/99    PLF 1 Initial case status rpt & discovery plan w/att exhs.

     17 -  1   02/23/99    JWS Scheduling and Planning Order setting pretrial deadlines: Original
                           discovery 11/30/99; Dispositive motions deadline 12/30/99; Estimate of
                           trial 4 days. cc: cnsl

     18 -  1   04/23/99    DEF 1-2 Objections to PLF's exhibits w/att exhs.

     19 -  1   10/08/99    PLF 1 Final Witness List.

     20 -  1   10/15/99    PLF 1; DEF 1-2 Stipulation to extend disc ddlns from 11/30/99 to
                           5/31/00.

     21 -  1   10/19/99    JWS Order approving stip at dkt 20; disc to close 05/31/00; Disp mots
                           ddln 06/30/00. cc: cnsl

     22 -  1   11/29/99    DEF 1-2 Application re: non-resident attorney J. Devlin w/att exh.

     22 -  2   12/01/99    JWS Order granting mot for permission of non-resident atty, J. Devlin,
                           to appear and participate. cc: cnsl, J. Devlin

     23 -  1   02/14/00    Stipulation of voluntary dismissal of def 1 per
                           Fed.R.Civ.P.41(a)(1)(ii).

     23 -  2   02/16/00    JWS Order approving stip; caption to be modified to delete CNA as def.
                           cc: cnsl

     24 -  1   04/14/00    DEF 2 Witness List.

     25 -  1   05/25/00    PLF 1; DEF 2 Second Stipulation for revised case management & discovery
                           plan.

     25 -  2   05/25/00    JWS Order setting the following dates: Discovery to close 12/15/00;
                           Dispositive motions deadline 01/15/01. cc: cnsl

   NOTE -  1   12/10/00    Notation: DOCKET 26 IS AN UN-USED DOCKET NUMBER.

     27 -  1   12/11/00    PLF 1; DEF 2 Stipulation for order to extend discovery to 2/15/01 &
                           dispositive mots to 3/1/01.

     27 -  2   12/13/00    JWS Order granting stip & setting the following dates: Discovery to
                           close 02/15/01; Dispositive motions deadline 03/15/01. cc: cnsl

     28 -  1   02/12/01    Stipulation for ext of disc from 2/15/01 to 4/13/01 and disp mots from
                           3/15/01 to 5/18/01.

     28 -  2   02/13/01    JWS Order approving stip and setting the following dates: Disc to close
                           04/13/01; Disp mots ddln 05/18/01. cc: cnsl

     29 -  1   04/30/01    PLF 1; DEF 2 Stipulation to extend dealine for dispositive motions until
                           6/22/01.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                  "USA V CONTINENTAL CASUALTY CO"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 2 | 05/01/01 | JWS Order granting stipulation at dkt 29-1.  cc: cnsl |
| 30 - 1 | 06/22/01 | PLF 1 motion for summary judgment w/att exhs. |
| 31 - 1 | 06/22/01 | DEF 2 motion for summary judgment w/att aff and exhs. |
| 32 - 1 | 06/25/01 | DEF 2 Request for Oral Argument re: DEF 2 motion for summary judgment (31-1) . |
| 33 - 1 | 06/25/01 | DEF 2 Amended Certificate of svc re: DEF 2 motion for summary judgment (31-1). |
| 34 - 1 | 06/26/01 | PLF 1 motion for leave to file overlength brief. |
| 35 - 1 | 06/26/01 | PLF 1 motion for shortened time to consider plaintiff's motion for leave to file overlength brief. |
| 36 - 1 | 06/26/01 | JWS Order granting motion for shortened time to consider plaintiff's motion for leave to file overlength brf (35-1). cc:cnsl |
| 37 - 1 | 06/26/01 | JWS Order granting motion for leave to file overlength brief (34-1). cc: cnsl |
| 38 - 1 | 06/26/01 | PLF 1 Errata re: PLF 1 motion for summary judgment (30-1). |
| 39 - 1 | 07/09/01 | Stipulation for ext of time until 7/24/01 to file oppos to opposing parties' mots for sj. |
| 39 - 2 | 07/10/01 | Order approving stip. cc: cnsl |
| 40 - 1 | 07/24/01 | PLF 1 motion to strike inadmissable evidence introduced in support of defendant's motion for summary judgment. |
| 41 - 1 | 07/24/01 | PLF 1 opposition to DEF 2 motion for summary judgment (31-1) w/att exhs. |
| 42 - 1 | 07/24/01 | Stipulation for ext of time until 7/25/01 to file oppos to sj mots. |
| 42 - 2 | 07/25/01 | Order granting stip ext of time until 7/25/01 to file oppos to sj mots (42-1). cc: cnsl |
| 43 - 1 | 07/25/01 | DEF 2 opposition to PLF 1 motion for summary judgment (30-1) w/att exhs. |
| 43 - 2 | 07/25/01 | DEF 2 memo in further support of cross-mot for sj w/att exhs. |
| 44 - 1 | 07/31/01 | PLF 1 motion to strike supplemental brief within CNA's opposition to United States' summary judgment motion. |
| 45 - 1 | 07/31/01 | PLF 1 Index of exhs to mot for sj. |
| 46 - 1 | 07/31/01 | PLF 1 reply to opposition to PLF 1 motion for summary judgment (30-1). |
| 47 - 1 | 08/03/01 | DEF 2 motion to extend time until 8/13/01 to file combined reply to plaintiff's opposition to defendant's motion for summary judgment and opposition to plaintiff's motion to strike evidence. |
| 48 - 1 | 08/07/01 | PLF 1 oppo to PLF 1 mot to strike suppl brf w/i CNA's oppo to PLF 1 sj mot (44-1), DEF 2 mot to extend time until 8/13/01 to file combined |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                        "USA V CONTINENTAL CASUALTY CO"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | reply to plf's oppo to def's mot for sj and oppo to PLF 1's mot to strike evidence (47-1). |
| 49 - 1 | 08/13/01 | DEF 2 reply to oppo to DEF 2 mot for summary judgment (31-1) w/att exhs. |
| 49 - 2 | 08/13/01 | DEF 2 opposition to PLF 1 motion to strike inadmissable evidence introduced in support of def's mot for sj (40-1) w/att exh. |
| 50 - 1 | 08/14/01 | JWS Minute Order granting mot to extend time to file combined reply to plf's oppo (47-1). cc: cnsl |
| 51 - 1 | 08/20/01 | PLF 1 reply to opposition to PLF 1 motion to strike inadmissable evidence introduced in support of defendant's motion for summary judgment (40-1). |
| 52 - 1 | 08/20/01 | PLF 1 motion for leave to submit surreply to def's reply to opposition to motion for summary judgment w/att prop surreply. |
| 53 - 1 | 08/21/01 | JWS Minute Order denying mot to strike suppl brf w/i CNA's oppo to United States' (44-1); granting mot for leave to submit surreply to def's reply to oppo to mot for sj (52-1). cc: cnsl |
| 54 - 1 | 08/21/01 | PLF 1 Supplement re: sur-reply to DEF 2 reply to opposition to DEF 2 motion for sj (31-1). |
| 55 - 1 | 08/23/01 | DEF 2 Errata re: reply to oppo to DEF 2 mot for sj (31-1), oppo to PLF 1 mot to strike inadmissable evidence introduced in support of def's mot for sj (40-1) w/att corrected combined reply/oppo. |
| 56 - 1 | 08/31/01 | JWS Minute Order setting oral argument on cross-motions for SJ at #30 & #31 on 9/11/01 at 10:00 a.m., 20 minutes each side. cc: cnsl |
| 57 - 1 | 09/04/01 | JWS Preliminary Order that mot at dkt 30 should be granted; mot at dkt 31 should be denied; mot at dkt 40 should be denied as moot. cc: cnsl |
| 58 - 1 | 09/07/01 | DEF 2 Errata re: oppo to PLF 1 motion for summary judgment (30-1), reply to oppo to DEF 2 motion for summary judgment (31-1) w/att exh. |
| 59 - 1 | 09/12/01 | JWS Minute Order resetting 9/11/01 o/a to 9/12/01 at 9:00 a.m.. cc: cnsl |
| 60 - 1 | 09/12/01 | JWS Court Minutes [ECR: Denali Elmore] re: o/a held 9/12/01 taking under advisement mot for sj (30-1), mot for sj (31-1). |
| 61 - 1 | 09/18/01 | JWS Order denying mot for sj (31-1); granting/denying mot for sj (30-1); terminating in light of this ord: mot to strike inadmissable evidence introduced in support of def's (40-1); joint stat rpt due w/i 30 days re: issues of damages to be resolved by agreement, mot practice or trial. cc: cnsl |
| 62 - 1 | 10/11/01 | DEF 2 Notice of Withdrawal and Attorney Substitution of J. Treptow for B. Ambarian. cc: cnsl |
| 63 - 1 | 10/16/01 | Joint Report re: status. |
| 64 - 1 | 10/18/01 | JWS Minute Order that further stat rpt due 11/30/01. cc: cnsl |
| 65 - 1 | 10/22/01 | Transcript re: o/a on cross motions for sj (Dkt# 30 & 31) held 09/12/01. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                           "USA V CONTINENTAL CASUALTY CO"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 1 | 11/09/01 | Jt Report re: mediation set 12/12/01 and req that stat rpt be fld by 12/21/01. |
| 66 - 2 | 11/13/01 | JWS Order grant joint status report (66-1); stat rpt due 12/21/01. cc: cnsl |
| 67 - 1 | 11/16/01 | DEF 2 Application re: non-resident attorney, E. Schwab, to appear and participate w/att exhs. |
| 67 - 2 | 11/28/01 | JWS Order granting appl of non-res atty, E. Schwab, to appear and participate. cc: cnsl |
| 68 - 1 | 12/21/01 | PLF 1 Status Report. |
| 69 - 1 | 02/04/02 | PLF 1 motion to amend complaint w/att exhs and prop 2nd amended cmplt. |
| 70 - 1 | 02/20/02 | DEF 2 non-opposition to PLF 1 motion to amend complaint (69-1) . |
| 69 - 2 | 02/25/02 | JWS Order granting motion to amend complaint (69-1). cc: cnsl |
| 71 - 1 | 02/25/02 | PLF 1 Complaint (Second Amended). |
| 72 - 1 | 03/18/02 | JWS Minute Order that plf require def to file an ans to 2nd amended cmplt or apply for dft w/i 20 days. cc: cnsl |
| 73 - 1 | 03/27/02 | DEF 2 motion for partial summary judgment w/att memo, aff and exhs. |
| 74 - 1 | 04/03/02 | DEF 2 Original Aff of E. Finn in support of: DEF 2 motion for partial summary judgment (73-1) |
| 75 - 1 | 04/11/02 | DEF 2 Answer to Second Amended Complaint. |
| 76 - 1 | 04/12/02 | PLF 1 opposition to DEF 2 motion for partial summary judgment (73-1) w/att exhs. |
| 76 - 2 | 04/12/02 | PLF 1 cross motion for summary judgment w/att exhs. |
| 77 - 1 | 04/16/02 | Stipulation that def have until 4/29/02 to file reply to plf's oppo to def's mot for sj and def's oppo to plf's cross-mot for sj. |
| 77 - 2 | 04/17/02 | JWS Order aprroving stip that def have until 4/29/02 to file reply to plf's oppo to sj mot (77-1). cc: cnsl |
| 78 - 1 | 04/26/02 | Stipulation for ext of time until 5/3/02 for DEF 2 to file combined reply to motion for part sj and oppo to cross-mot; PLF 1 reply to oppo to cross-mot due 5/17/02. |
| 78 - 2 | 04/29/02 | JWS Order approving stip for ext of time until 5/3/02 to file combined reply to mot (78-1). cc: cnsl |
| 79 - 1 | 05/03/02 | DEF 2 reply to opposition to DEF 2 motion for partial summary judgment (73-1) w/att exhs. |
| 79 - 2 | 05/03/02 | DEF 2 opposition to PLF 1 cross motion for summary judgment (76-2) w/att exhs. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                  "USA V CONTINENTAL CASUALTY CO"

                                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 80 - 1 | 05/16/02 | PLF 1; DEF 2 Stipulation for ext of time until 5/24 to file oppo to mot for SJ. |
| 80 - 2 | 05/17/02 | Order granting stipulation for ext of time until 5/24 to file oppo to mot for SJ (80-1). cc: cnsl |
| 81 - 1 | 05/24/02 | PLF 1 reply to opposition to PLF 1 cross motion for summary judgment (76-2). |
| 82 - 1 | 05/31/02 | DEF 2 Request for Oral Argument re: DEF 2 motion for partial summary judgment (73-1), PLF 1 cross motion for summary judgment (76-2). |
| 83 - 1 | 06/04/02 | JWS Minute Order setting o/a on mots for sj at dkt 73 and 76 on 6/28/02 at 8:00 a.m.; 15 min per side. cc: cnsl |
| 84 - 1 | 06/26/02 | DEF 2 motion to withdraw motion for partial summary judgment w/att memo and aff. |
| 85 - 1 | 06/27/02 | JWS Minute Order denying motion to withdraw motion for partial summary judgment (84-1); crt will hear o/a on mots at dkts 73 and 76 as previously scheduled. cc: cnsl |
| 86 - 1 | 06/28/02 | JWS Court Minutes [ECR: Elisa Singleton] re: o/a held 6/28/02 on mot for part sj and cross-mot for sj; taking under advisement mot for part sj (73-1), mot (cross) for sj (76-2). |
| 87 - 1 | 06/28/02 | JWS Order denying mot for part sj (73-1); granting cross-mot for sj (76-2); joint stat rpt due 8/16/02. cc: cnsl |
| 88 - 1 | 07/03/02 | DEF 2 motion for reconsideration of 6/28/02 decision w/att memo. |
| 89 - 1 | 07/08/02 | JWS Minute Order that plf's response to mot for reconsideration at dkt 88 due 7/22/02; no reply to be fld. cc: cnsl |
| 90 - 1 | 07/09/02 | PLF 1 Attorney Substitution of R. Randall for K. Roosa. |
| 91 - 1 | 07/22/02 | PLF 1 opposition to DEF 2 motion for reconsideration of 6/28/02 decision (88-1). |
| 92 - 1 | 07/26/02 | JWS Minute Order denying mot for reconsideration of 6/28/02 decision (88-1). cc: cnsl |
| 93 - 1 | 08/16/02 | PLF 1; DEF 2 Joint Status Report. |
| 94 - 1 | 09/12/02 | JWS Scheduling and Planning Order setting pretrial deadlines: Discovery to close 03/31/03; Dispositive motions deadline 04/30/03. cc: cnsl |
| 95 - 1 | 10/16/02 | Transcript re: O/A on def's mot for partial summary judgmnt and plf's mot for summary judgment held on 6/28/02. |
| 96 - 1 | 11/01/02 | PLF 1 Final Witness List. |
| 97 - 1 | 11/01/02 | DEF 2 Final Revised Witness List. |
| 98 - 1 | 11/12/02 | DEF 2 motion for protective order pursuant to Fed. R. Civ. P. 26(C) and memorandum in support thereof w/att aff, decla, and exhs. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                            "USA V CONTINENTAL CASUALTY CO"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 99 - 1 | 11/27/02 | PLF 1 opposition to DEF 2 motion for protective order pursuant to Fed. R. Civ. P. 26(C) (98-1) w/att exhs. |
| 100 - 1 | 12/04/02 | DEF 2 reply to opposition to DEF 2 motion for protective order pursuant to Fed. R. Civ. P. 26(C) (98-1). |
| 101 - 1 | 01/06/03 | JWS Order granting/denying motion for protective order pursuant to Fed. R. Civ. P. 26(C) (98-1). cc: cnsl |
| 102 - 1 | 01/09/03 | Stipulation and req to ext disc and pretrial schedule. |
| 103 - 1 | 01/10/03 | JWS Order granting stipulation and req to ext disc and pretrial schedule (102-1) & setting the following dates: Discovery to close 06/30/03; Dispositive motions deadline 07/30/03. cc: cnsl |
| 104 - 1 | 01/29/03 | DEF 2 motion to dismiss w/att memo and exhs. |
| 105 - 1 | 02/13/03 | PLF 1 opposition to DEF 2 motion to dismiss (104-1) w/att exh. |
| 106 - 1 | 02/24/03 | DEF 2 reply to opposition to DEF 2 motion to dismiss (104-1) w/att exhs. |
| 107 - 1 | 02/24/03 | DEF 2 Request for Oral Argument re: DEF 2 motion to dismiss (104-1). |
| 108 - 1 | 03/03/03 | JWS Minute Order setting o/a on mot to dismiss at dkt 104 on 3/26/03 at 9:00 a.m.. cc: cnsl |
| 109 - 1 | 03/03/03 | PLF 1 Attorney Substitution of R. Pomeroy (AUSA). |
| 110 - 1 | 03/20/03 | JWS Minute Order re oral argument on def's mot to dismiss RESET for 3/26/03 at 11:15 a.m. cc: cnsl |
| 111 - 1 | 03/20/03 | PLF 1 motion for leave to file additional authority in support of opposition to defendants' motion to dismiss w/att exh. |
| 112 - 1 | 03/21/03 | JWS Minute Order granting motion for leave to file additional authority (111-1). cc: cnsl |
| 113 - 1 | 03/24/03 | DEF 2 Notice of Supplemental authority re: DEF 2 motion to dismiss (104-1). |
| 114 - 1 | 03/27/03 | JWS Court Minutes [ECR: Elisa Singleton] re: o/a on mot to dismiss held 3/26/03; taking under advisement mot to dismiss (104-1); written ord to iss. |
| 115 - 1 | 03/28/03 | JWS Order vacating ord at dkt 61 and reinstating mot for sj (30-1), mot for sj (31-1). cc: cnsl |
| 115 - 2 | 03/28/03 | JWS Order denying mot for sj (30-1); granting mot for sj (31-1), mot to dismiss (104-1); clk to enter judg. cc: cnsl |
| 116 - 1 | 03/28/03 | JWS Judgment that plf take nothing and defs are awarded taxable costs and attys' fees. cc: cnsl, O&J 11520 (redistributed w/costs 5/27/03) (redistributed w/amended costs and atty fees 9/22/03) |
| 117 - 1 | 04/11/03 | DEF 2 motion for extension of time of one day to file cost bill and motion for attorneys' fees w/att aff. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                "USA V CONTINENTAL CASUALTY CO"

                                      For all filing dates


 Document #    Filed      Docket text

   118 -   1   04/14/03   DEF 2 motion for attorneys' fees w/att affs and exhs.

   119 -   1   04/14/03   DEF 2 Bill of Costs w/att exhs.

   120 -   1   04/18/03   DEF 2 Notice of cost bill hrg set for 5/20/03 at 9am.

   121 -   1   04/21/03   DEF 2 Notice of filing original affidavit of Erin Finn re: DEF 2 motion
                          for attorneys' fees (118-1) w/att aff.

   122 -   1   04/28/03   PLF 1 Unopposed motion for extension of time until 5/10/03 to file
                          opposition to motion for attorney fees and until 5/23/03 to file reply
                          to the opposition.

   122 -   2   04/29/03   Order granting unoppo mot for ext of time until 5/10/03 to file oppo to
                          mot for atty fees and reply to oppo due 5/23/03 (122-1). cc: cnsl

   117 -   2   05/05/03   JWS Order granting mot for ext of time of 1 day to file cost bill and
                          mot for atty fees (117-1). cc: cnsl

   123 -   1   05/09/03   PLF 1 motion for extension of time regarding certain objections to DEF
                          2's motion for attorney fees.

   124 -   1   05/09/03   PLF 1 opposition to DEF 2 motion for attorneys' fees (118-1).

   125 -   1   05/09/03   PLF 1 Errata re oppo to: DEF 2 mot for attorneys' fees (118-1).

   126 -   1   05/14/03   DEF 2 opposition to PLF 1 motion for extension of time regarding certain
                          objections to DEF 2's motion for attorney fees (123-1).

   127 -   1   05/19/03   PLF 1 Objections to DEF 2 Bill of Costs.

   128 -   1   05/20/03   PLF 1 reply to opposition to PLF 1 motion for extension of time
                          regarding certain objections to DEF 2's motion for attorney fees
                          (123-1).

   129 -   1   05/21/03   PLF 1 appeal to 9CCA of (116-1) filed 03/28/03. cc:cnsl, Judge Sedwick,
                          9CCA

  NOTE -   2   05/22/03   Transmittal: Forwarded notice of appeal (129-1) to 9CCA.

   129A-   1   05/23/03   DEF 1-2 reply to oppo to DEF 2 mot for attys' fees (118-1) w/att exh.

   130 -   1   05/27/03   Clerk's Notice re: taxation of costs.  Total costs taxed for the
                          defendants and against plaintiff in the amount of $22,030.82. cc: cnsl

   131 -   1   06/03/03   PLF 1 motion for reconsideration of costs and or review of clerk's
                          taxation of costs.

   132 -   1   06/04/03   JWS Minute Order referring to MJ Roberts mot for reconsideration of
                          costs and or review of clerk's taxation of cost per MJ Rule 4(13)
                          (131-1). cc: cnsl, MJ Roberts

   133 -   1   06/04/03   Cy 9CCA Time Schedule Order. (129-1) cc:cnsl, ECR, Judge Sedwick

   134 -   1   06/04/03   JWS Order denying motion for attorneys' fees (118-1); terminating in
                          light of this order: motion for extension of time (123-1) as moot. cc:
                          cnsl

 ACRS: R_VDSDX                    As of 12/01/05 at 3:48 PM by GARRY                      Page 8
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                  "USA V CONTINENTAL CASUALTY CO"
```

|                                      |
| ------------------------------------ |
| For all filing dates                 |

| Document # | Filed | Docket text |
|---|---|---|
| 135 - 1 | 06/11/03 | DEF 2 appeal to 9CCA of (134-1) filed 06/04/03. cc:cnsl, Judge Sedwick, 9CCA |
| NOTE - 3 | 06/18/03 | Transmittal: Forwarded notice of appeal (135-1) to 9CCA w/CADS. |
| 136 - 1 | 06/18/03 | DEF 2 opposition to PLF 1 motion for reconsideration of costs and or review of clerk's taxation of costs (131-1) w/att exhs. |
| 137 - 1 | 06/26/03 | PLF 1 reply to opposition to PLF 1 motion for reconsideration of costs and or review of clerk's taxation of costs (131-1). |
| 138 - 1 | 07/01/03 | Cy 9CCA Time Schedule Order. (135-1) cc:cnsl |
| 139 - 1 | 08/21/03 | JDR Order granted in part & held in abeyance in part motion for reconsideration of costs and or review of clerk's taxation of cost (131-1); motion is granted as to the pro hac vice of $200 which is hereby disallowed; granted as to the costs of copies of depo transcripts, & the costs of the copies shall be disallowed; Continental to file an amended invoice as directed due 9/12/03. cc: cnsl, Ida |
| 140 - 1 | 08/22/03 | JDR Minute Order pltf response to def's forthcoming flgs (due 9/12) re the mot to review taxation of costs due 9/18/03. cc: cnsl |
| 141 - 1 | 08/29/03 | DEF 2 motion for review of magistrate's order on review of clerk's award of costs w/att exhs. |
| 142 - 1 | 09/03/03 | JWS Minute Order that mot at #141 deemed a waiver of chance to present additional info & a concession that if such info is prequired, US's mot should be granted; US to respond to mot at #141 w/i 10 days; Continental to reply w/i 5 days. cc: cnsl, MJ Roberts |
| 143 - 1 | 09/08/03 | Copy of Order from 9CCA. (129-1), (135-1) PLF's mot for ext of time to file opening brief GRANTED.  Opening brief due 10/8/03.  DEF answering/opening brief due 11/17/03.  PLF's reply/answering brief due 12/17/03.  DEF's optional reply brief is due 14 days after svc of the reply/answering brief.  Court records do not currently reflect that the district has issued certificates of record.  Parties shall monitor the issuance of the certificates.  cc:cnsl, Judge Sedwick |
| 144 - 1 | 09/10/03 | PLF 1 opposition to DEF 2 motion for review of magistrate's order on review of clerk's award of costs (141-1). |
| 145 - 1 | 09/17/03 | DEF 2 reply to opposition to DEF 2 motion for review of magistrate's order on review of clerk's award of costs (141-1). |
| 146 - 1 | 09/22/03 | JWS Order granting/denying mot for reconsideration of costs and or review of clk's taxation of cost (131-1), mot for review of MJ's ord on review of clk's award of costs (141-1); total costs taxed against plf are $18,953.64/ cc: cnsl, MJ Roberts, Chief Deputy |
| NOTE - 4 | 06/02/04 | Transmittal: Forwarded D.C. record to 9CCA consisting of 8 original case file vols and 5 expando folders containing dkt #s 30, 31, 76, 79, & 118 sent in 2 boxes. |
| 147 - 1 | 01/11/05 | 9CCA Judgment/Final Order re: notice of appeal (129-1), (135-1) that the district court's decision is REVERSED w/att memo. cc: cnsl, Judge Sedwick |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                   "USA V CONTINENTAL CASUALTY CO"

                                       For all filing dates


 Document #   Filed     Docket text

 NOTE -   5   01/13/05  Notation (re: Appeal): received from 9CCA 8 volumes orginal volumes and
                        5 expandos dkt # 30,31,76,79,&118.

  148 -   1   01/18/05  JWS Minute Order that cnsl file joint stmt indicating what further
                        activities are needed before setting case for trial & providing
                        suggested schedule for accomplishment of those activities. cc: cnsl

  149 -   1   02/17/05  PLF 1; DEF 2 Jnt Status Report.

  150 -   1   03/01/05  JWS Scheduling and Planning Order setting pretrial ddlns: disc to close
                        10/28/05; dispositive mots ddln 11/28/05; 5 day TBJ estimate. cc: cnsl

  151 -   1   03/17/05  DEF 2 motion to dismiss w/att exhs.

  152 -   1   03/23/05  DEF 2 Unopposed motion for extension of time until 4/4/05 to file second
                        dispositive mot w/att aff.

  153 -   1   03/23/05  JWS Order granting unopposed motion for extension of time until 4/4/05
                        to file second dispositive mot (152-1). cc: cnsl

  154 -   1   04/04/05  PLF 1 opposition to DEF 2 motion to dismiss (151-1).

  155 -   1   04/04/05  DEF 2 motion for partial summary judgment w/att exhs.

  156 -   1   04/14/05  Stipulation for ext of time until 4/18/05 for def to file reply in
                        support of mot to dismiss.

  156 -   2   04/15/05  Order approving stip for ext of time until 4/18/05 for def to file reply
                        in support of mot to dismiss (156-1). cc: cnsl

  157 -   1   04/18/05  DEF 2 reply to opposition to DEF 2 motion to dismiss (151-1).

  158 -   1   04/18/05  DEF 2 Request for Oral Argument re: DEF 2 mot to dismiss (151-1), DEF 2
                        mot for part sj (155-1).

  159 -   1   04/19/05  PLF 1 Unopposed motion for extension of time until 4/29/05 to file
                        opposition to motion for partial summary judgment.

  159 -   2   04/20/05  Order granting unoppo mot for ext of time until 4/29/05 to file oppo to
                        mot for part sj (159-1). cc: cnsl

  160 -   1   04/29/05  PLF 1 opposition to DEF 2 motion for partial summary judgment (155-1)
                        w/att exh.

  160 -   2   04/29/05  PLF 1 motion (cross) for summary judgment w/att exh.

  161 -   1   05/16/05  Stipulation for ext of time until 5/24/05 for def to file oppo to plf's
                        cross mot for sj & for def to file its reply to its mot for sj.

  161 -   2   05/16/05  Order approving stip for ext of time until 5/24/05 for def to file oppo
                        to plf's cross mot for sj & for def to file its reply to its mot for sj
                        (161-1). cc: cnsl

  162 -   1   05/24/05  DEF 2 reply to opposition to DEF 2 motion for partial summary judgment
                        (155-1).


 ACRS: R_VDSDX               As of 12/01/05 at 3:49 PM by GARRY                      Page 10
```

Case 3:98-cv-00285-JWS    Document 192    Filed 08/17/1998    Page 13 of 14

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                            CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                     "USA V CONTINENTAL CASUALTY CO"

                                             For all filing dates
```

```
Document #   Filed      Docket text

 162 -   2   05/24/05   DEF 2 opposition to PLF 1 motion (cross) for summary judgment (160-2).

 163 -   1   06/01/05   PLF 1 Unopposed motion for ext of time to 6/13 to reply to oppo to
                        x-motion for partial summary judgment.

 164 -   1   06/03/05   JWS Order granting unopposed motion for ext of time to 6/13 to reply to
                        oppo to x-motion for partial SJ (163-1). cc: cnsl

 165 -   1   06/13/05   PLF 1 reply to opposition to PLF 1 motion (cross) for summary judgment
                        (160-2).

 166 -   1   07/12/05   JWS Order denying mot to dismiss (151-1), mot for part sj (155-1);
                        granting mot (cross) for sj (160-2); joint stat rpt due w/i 30 days re:
                        settl & trial matters. cc: cnsl

 167 -   1   08/08/05   DEF 2 Report re: status & prop trial dates.

 168 -   1   08/11/05   PLF 1 Unopposed motion for extension of discovery deadlines.

 169 -   1   08/11/05   PLF 1 motion on shortened time for consideration of plaintiff's
                        unopposed motion for extension of discovery deadlines.

 170 -   1   08/11/05   JWS Minute Order granting unoppo mot for ext of disc ddlns (168-1), mot
                        on shortened time for consideration of plf's unoppo mot (169-1); disc to
                        close 01/20/06; Dispositive mots ddln 02/21/06; FPTC set 05/18/06 @ 8:30
                        a.m.; TBJ set 5/22/06 @ 9:00 a.m.. cc: cnsl, JC

 171 -   1   09/26/05   JWS Order for pre-trial proceedings & FPTC set 5/18/06 @ 8:30 a.m.; 6
                        day TBJ set 5/22/06 @ 9:00 a.m.; exh review to be by 3/24/06; trial docs
                        due 5/11/06. cc: cnsl, JC

 172 -   1   10/07/05   Proposed stipulated protective order.

 173 -   1   10/07/05   Stipulation extending pretrial ddlns: plf expert wit disclosure due
                        11/22/05; defs expert wit disclosure due 12/22/05; final wit lists due
                        1/4/06; disc close 1/30/06.

 172 -   2   10/11/05   JWS Stipulated Protectiver Order (172-1); allows the filing of docs
                        under seal. cc: cnsl

 173 -   2   10/11/05   JWS Order approving stip extending pretrial ddlns: plf expert wit
                        disclosure due 11/22/05 (173-1); disc to close 01/30/06; Dispositive
                        mots ddln 03/01/06. cc: cnsl

 174 -   1   10/31/05   DEF 2 motion to permit non-resident attorney, C. Blair, to appear &
                        participate w/att aff & exh.

 175 -   1   10/31/05   DEF 2 motion to permit non-resident attorney, R. Ross, to appear &
                        participate w/att aff & exhs.

 176 -   1   11/01/05   JWS Order granting mot to permit non-resident atty, C. Blair, to appear
                        & participate (174-1). cc: cnsl, C. Blair

 177 -   1   11/01/05   JWS Order granting mot to permit non-resident atty, R. Ross, to appear &
                        participate (175-1). cc: cnsl, R. Ross
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0285--CV (JWS)
                                    "USA V CONTINENTAL CASUALTY CO"

                                          For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 178 - 1 | 11/01/05 | PLF 1 non-oppo to DEF 2 mot to permit non-resident atty, R. Ross, to appear & participate (175-1). |
| 179 - 1 | 11/16/05 | DEF 2 motion to appear pro hac vice re: C. Tayback w/att exhs. |
| 180 - 1 | 11/16/05 | DEF 2 motion to appear & participate pro hac vice re: B. Proctor w/att exhs. |
| 181 - 1 | 11/16/05 | DEF 2 motion to appear & participate pro hac vice re: A. W. Urquhart w/att exhs. |
| 182 - 1 | 11/16/05 | DEF 2 Certificate of svc re: DEF 2 mot to appear pro hac vice re: C. Tayback (179-1), DEF 2 mot to appear & participate pro hac vice re: B. Proctor (180-1), DEF 2 mot to appear & participate pro hac vice re: A. W. Urquhart (181-1). |
| 183 - 1 | 11/21/05 | JWS Order granting motion to appear pro hac vice re: C. Tayback (179-1). cc: cnsl, C. Tayback, G. Zipkin |
| 184 - 1 | 11/21/05 | JWS Order granting motion to appear & participate pro hac vice re: B. Proctor (180-1). cc: cnsl, B. Proctor, G. Zipkin |
| 185 - 1 | 11/21/05 | JWS Order granting motion to appear & participate pro hac vice (181-1). cc: cnsl, A. Urquhart, G. Zipkin |
| 186 - 1 | 11/21/05 | DEF 2 Motion for withdrawal & Order allowing atty sub of Guess & Rudd for Dorsey & Whitney. cc: cnsl, G. Zipkin |
| 187 - 1 | 11/22/05 | PLF 1 non-opposition to DEF 2 motion to appear pro hac vice re: C. Tayback (179-1). |
| 188 - 1 | 11/22/05 | PLF 1 non-opposition to DEF 2 motion to appear & participate pro hac vice re: B. Proctor (180-1). |
| 189 - 1 | 11/22/05 | PLF 1 non-opposition to DEF 2 motion to appear & participate pro hac vice re: A. W. Urquhart (181-1). |
| 190 - 1 | 11/22/05 | DEF 2 Notice of association that non-resident attys R. Ross & C. Blair will associate w/G. Zipkin. |
| 191 - 1 | 11/22/05 | DEF 2 motion to conform the order at docket 166 to the 9CCA's mandate or for reconsideration w/att exh. |
| 192 - 1 | 11/29/05 | DEF 2 motion for status conference. |