MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 0 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA    v.    CONTINENTAL CASUALTY CO.

THE HONORABLE JOHN W. SEDWICK         CASE NO.  A98-0285 CV (JWS)

Deputy Clerk                          Official Recorder

Pam Richter                           _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Plaintiff will please file a response to the motion to conform or in the alternative for reconsideration filed by defendant at docket 191. Such response should be filed not later than December 16, 2005. No reply may be filed unless requested by the court.

The request for a status conference at docket 192 is **DENIED** without prejudice to renewal after the court rules on the motion at docket 191. However, if any such renewed request is made, it must explicitly and **succinctly** state Continental's view of how each issue on which it may seek guidance from the court should be resolved. If Continental files such a renewed motion, then plaintiff shall file a response within 10 days from the filing of such a request to respond with its explicit and **succinct** views on how each issue Continental may identify should be resolved. No reply to any such response may be filed unless requested by the court.

DATE:  December 2, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A98-0285--CV (JWS)    12-2-05
-------------------------------------
G. ZIPKIN (GUESS)
R. POMEROY (AUSA)

193