FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 12: 21

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4291
(202) 616-5200 fax
richard.stone@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE CONTINENTAL CASUALTY ) <br> COMPANY, dba THE CONTINENTAL ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A98-285 CV (JWS) <br><br> **MOTION ON SHORTENED TIME TO CONSIDER MOTION TO QUASH RULE 30(b)(6) DEPOSITION NOTICE** |

Plaintiff, the United States of America, moves, pursuant to Ak.L.R. 7.2(c), for shortened time to consider the United States' motion to quash the deposition noticed by Defendant, Continental, pursuant to Fed. R. Civ. P. 30(b)(6).

Continental served Plaintiff on December 6, 2005, with the notice of deposition, set for December 19, 2005 in counsel's office in Los Angeles, California. Exhibit 1 to Motion to Quash. Continental seeks a witness from the United States to respond to eleven topics and to produce twelve categories of documents. Consideration of the Motion to Quash is necessary on shortened time to avoid unnecessary costs for counsel and witness(es) to travel to Los Angeles for an unwarranted deposition, as Plaintiff explains in the underlying motion, or conversely, for Plaintiff to have to defend against a potential motion for sanctions if it does appear in Los Angeles next Monday morning for the deposition.

Respectfully requested this 13th day of December, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*/s/ Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney

*/s/ Richard L. Pomeroy*
RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel via:

(X) U.S. Mail
(x) FAX

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

William Urquhart
Quinn Emanual
865 S. Figueroa St., 10th floor
Los Angeles, CA 90017
(213) 443-3000
(213) 443-3100 fax

Gary A. Zipkin
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
793-2200
793-2299 fax

Executed at Anchorage, Alaska, on December 13, 2005.

_K. Joey McCulloch_
Office of the U.S Attorney