**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA    v.    CONTINENTAL CASUALTY CO.

THE HONORABLE JOHN W. SEDWICK     CASE NO. A98-0285 CV (JWS)

Deputy Clerk                      Official Recorder

Pam Richter                       _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

At docket 196 plaintiff United States moves to shorten time for consideration of its motion at docket 195 to quash a Rule 30(b)(6) deposition which defendant Continental noticed for 9:00 AM on December 19, 2005. Continental's notice was given on December 5, 2005, and appears to have been received by plaintiff's counsel on December 6, 2005.

Counsel for plaintiff should have been able to file the motions at dockets 195 and 196 sooner than December 13, 2005, the date they were filed given that plaintiff had reason to anticipate what information might be sought at the deposition. However, filing the motions prior to December 11, 2005, could not reasonably be expected. Had the motions been filed on December 11, 2005, it would still have been impossible to afford Continental adequate time to respond and the court adequate time to evaluate the arguments before 9:00 AM on December 19, 2005.

For the reasons above, the motion at docket 196 is **GRANTED** as follows:

1) Continental shall file its response to the motion at docket 195 no later than December 21, 2005.

2) No reply shall be filed unless requested by the Court.

3) To afford Continental adequate time to brief its position and the court adequate time to decide the dispute, the Notice of Rule

[FORMS*IA*]

197

30(b)(6) deposition given by Continental on December 5, 2005, is hereby **QUASHED** without prejudice to noticing a Rule 30(b)(6) deposition limited to such topics as the court may find are proper when it rules on the motion at docket 195.

The Clerk will please call counsel to advise of this order.

DATE: December 13, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

12/13/05 t/c notice: G. Zipkin, R. Pomeroy

A98-0285--CV (JWS)   12-13-05

G. ZIPKIN (GUESS)
R. POMEROY (AUSA)