MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    CONTINENTAL CASUALTY CO.

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A98-0285 CV (JWS)

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

At docket 191, defendant Continental moved for an order "conforming" this court's decision in the order at docket 166 to the mandate of the Court of Appeals, or alternatively for reconsideration of the order. Recognizing the motion at docket 191 as in essence a motion for reconsideration, the court directed plaintiff to file a response and indicated that no reply would be filed unless requested by the court. Plaintiff has filed its response. Having reviewed the parties papers, the court is convinced that there is no error in the order at docket 166. For the reasons given by plaintiff in its response at docket 194 and based on the reasoning in the order at docket 166 itself, the motion at docket 191 is **DENIED**.

DATE:  December 14, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

A98-0285--CV (JWS)    12-15-05

G. ZIPKIN (GUESS)
R. POMEROY (AUSA)