FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28  PM 2: 22

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4291
(202) 616-5200 fax
richard.stone@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A98-285 CV (JWS) |
| ) | |
| Plaintiff, ) | **MOTION FOR LEAVE TO FILE** |
| ) | **SUPPLEMENTAL MATERIAL IN** |
| vs. ) | **SUPPORT OF UNITED STATES'** |
| ) | **MOTION AT DOCKET 195 TO** |
| THE CONTINENTAL CASUALTY ) | **QUASH 30(b)(6) NOTICE** |
| COMPANY, dba THE CONTINENTAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

The United States moves for leave to file the attached deposition of Kenneth S. Roosa as

a supplement to its motion to quash. See Docket No. 195. The United States' motion included

as an exhibit the deposition notice of Mr. Roosa's deposition. Said deposition was taken by

Continental in the time between the filing of the United States' motion and the filing of

Continental's opposition.

Respectfully requested this 28th day of December, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*Richard L Pomeroy*

RICHARD L. POMEROY
Assistant U.S. Attorney

*Richard L Pomeroy*

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice

I declare under penalty of perjury that a true and
correct copy of the foregoing was sent to the
following counsel via:

    (X) U.S. Mail
    (x  ) FAX

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1939 fax

William Urquhart
Quinn Emanual
865 S. Figueroa St., 10th floor
Los Angeles, CA 90017
(213) 443-3100 fax

Gary A. Zipkin
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501
793-2299 fax

Executed at Anchorage, Alaska, on December 28, 2005.

Office of the U.S. Attorney

2