IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LODGED
DEC 2 8 2005

| UNITED STATES OF AMERICA, | ) | Case No. A98-285 CV (JWS) |
| --- | --- | --- |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| The Continental Casualty Company, dba The Continental Insurance Company, | ) ) ) ) ) | |
| Defendants. | ) ) | |

FILED

DEC 3 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

The United States of America's motion for leave to file supplemental

material in support of United States' motion at docket 195 to quash 30(b)(6) notice

is ~~GRANTED~~. DENIED as moot. The court has already ruled on the motion at docket 195.

12-30-05
Date:

John W. Sedwick
United States District Court Judge

203