TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 3:98-cv-285-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL** |

    Plaintiff moves for an extension of time of three days to respond to Defendant's Motion to Compel until Friday, January 6, 2006. In light of this Court's ruling at Docket No. 201, received by Plaintiff on December 30, 2005, Plaintiff requires additional time to respond to Defendant's motion.

The undersigned spoke to Plaintiff's counsel, Gary Zipkin, who indicated that Defendant did not oppose this request.

Respectfully requested this 3rd day of January, 2006, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

s/Richard R. Stone, Sr.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone:  (202) 616-4291
Fax:  (202) 616-5200 fax
E-mail:  richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2006,
a copy of the foregoing Unopposed
Motion for Extension of Time to Respond
to Defendant's Motion to Compel
was served via fascimile on

Rebecca L. Ross  (312) 759-1939 fax

William Urquhart   (213) 443-3100 fax

Gary A. Zipkin.  (907) 793-2299 fax

s/ Richard L. Pomeroy

USA v. The Continental Casualty Company
Case No. 3:98-cv-285-JWS                    2