Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CNA FINANCIAL CORPORATION | ) | |
| AND THE CONTINENTAL | ) | |
| CASUALTY COMPANY d/b/a | ) | |
| THE CONTINENTAL INSURANCE | ) | |
| COMPANY, | ) | Case No. 3:98-cv-285-JWS |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CONTINENTAL'S FINAL WITNESS LIST


The Continental Casualty Company d/b/a The Continental

Insurance Company (hereinafter "Continental"), by and through its

attorneys, Guess & Rudd P.C., hereby identifies the following

witnesses it expects to call at trial in the order in which

Continental anticipates that the witnesses will be called:

LAW OFFICES OF
Guess & Rudd
P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

1.    Lori Wing
      Arctic Slope Regional Corp.
      3900 C Street, Suite 801
      Anchorage, AK  99503
      Phone:  (907) 339-6000

Lori Wing was Bristol Bay Area Health Corporation's

(hereinafter "BBAHC") insurance broker.  Ms. Wing is expected to

testify consistent with her deposition regarding her placement

of BBAHC's insurance with Continental, including the parties'

intent with regard to the scope and limitations of coverage.

She is also expected to testify regarding the scope, limitations

and cost of BBAHC's liability insurance following the expiration

of the Continental policy.

2.    S. Bobo Dean, Esq.
      Hobbs, Strauss, Dean & Walker, LLP
      1819 H Street, Suite 800
      Washington, D.C. 20006
      Phone:  (202) 783-5100

S. Bobo Dean was BBAHC's outside counsel at the time

Continental insured BBAHC.  Mr. Dean is expected to testify

consistent with his deposition regarding his involvement in

determining BBAHC's insurance coverage needs in light of Federal

Tort Claims Act ("FTCA") coverage.

3.    Julie McCarty
      Marsh USA Inc.
      1031 W. 4th Avenue
      Anchorage, AK  99501
      Phone:  (907) 276-5617

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 2 of 15

Julie McCarty was an assistant to Lori Wing.  Ms. McCarty is expected to testify regarding her involvement in administering BBAHC insurance accounts.

4.    Robert Clark
      President and CEO
      Bristol Bay Area Health Corporation
      c/o Robert K. Stewart
      Davis Wright Tremaine, LLP
      701 West 9th Ave., Suite 800
      Anchorage, AK  99501
      Phone:  (907) 257-5300

Robert Clark was the President and CEO of BBAHC at the time Continental insured BBAHC.  Mr. Clark is expected to testify consistent with his deposition regarding his intent in procuring coverage with Continental as President and CEO of BBAHC.

5.    Darrell Richardson
      Chief Operating Officer
      Bristol Bay Area Health Corporation
      c/o Robert K. Stewart
      Davis Wright Tremaine, LLP
      701 West 9th Ave., Suite 800
      Anchorage, AK  99501
      Phone:  (907) 257-5300

Darrell Richardson was the COO of BBAHC at the time Continental insured BBAHC.  Mr. Richardson is expected to testify consistent with his deposition regarding his involvement

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 3 of 15

in procuring coverage with Continental for BBAHC and the source

of BBAHC's funding.


      6.    Elizabeth Hartshorn
           3790 Amber Bay Loop
           Anchorage, AK  99515
           Phone:  (907) 344-1077


Elizabeth Hartshorn was the CFO of BBAHC from 1990 to

1993.  Ms. Hartshorn is expected to testify consistent with her

deposition regarding her involvement in procuring coverage with

Continental for BBAHC and her conversations with others

regarding BBAHC's coverage needs.


      7.    Nelda Dodge
           Board Member
           Bristol Bay Area Health Corporation
           c/o Robert K. Stewart
           Davis Wright Tremaine, LLP
           701 West 9th Ave., Suite 800
           Anchorage, AK  99501
           Phone:  (907) 257-5300


Nelda Dodge was a Board Member of BBAHC at the time

Continental insured BBAHC.  Ms. Dodge is expected to testify

regarding her involvement in procuring coverage with Continental

for BBAHC and her conversations with others regarding BBAHC's

coverage needs.

LAW OFFICES OF
**Guess & Rudd**
P.C.

510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

8.     Debra Siegelhorst
       c/o Richard L. Pomeroy, Esq.
       Assistant U.S. Attorney
       U.S. Attorney's Office
       222 W. 7th Avenue, #9
       Anchorage, AK   99513
       Phone:   (907) 271-5071


Debra Siegelhorst was a contracting officer for the

U.S. with BBAHC.   Ms. Siegelhorst is expected to testify

regarding the contracts the U.S. had with BBAHC including any

requirements that BBAHC provide insurance coverage for the U.S.


9.     Dick Peterson
       c/o Richard L. Pomeroy, Esq.
       Assistant U.S. Attorney
       U.S. Attorney's Office
       222 W. 7th Avenue, #9
       Anchorage, AK   99513
       Phone:   (907) 271-5071


Dick Peterson was a contracting officer for the U.S.

with BBAHC.   Mr. Peterson is expected to testify regarding the

contracts the U.S. had with BBAHC including any requirements

that BBAHC provide insurance coverage for the U.S.


10.    James Friderici, Esq.
       Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
       1007 West 3rd Avenue, Suite 400
       Anchorage, AK   99501
       Phone:   (907) 276-0706


James Friderici represented BBAHC in the claim brought

by Lori Wilson.   Mr. Friderici is expected to testify regarding

LAW OFFICES OF
**Guess&Rudd** P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 5 of 15

his involvement with the Wilson claim and the decision to deny

the U.S.'s tender of defense.


      11.   Robert K. Stewart, Esq.
           Davis Wright Tremaine, LLP
           701 West 9th Ave., Suite 800
           Anchorage, AK  99501
           Phone:  (907) 257-5300

Robert Stewart was BBAHC's outside counsel at the time

Continental insured BBAHC.  Mr. Stewart is expected to testify

regarding his dealings with Continental and the U.S. in

connection with the tender of defense.


      12.   Parry Grover, Esq.
           Davis Wright Tremaine, LLP
           701 West 9th Ave., Suite 800
           Anchorage, AK  99501
           Phone:  (907) 257-5300

Parry Grover was BBAHC's outside counsel at the time

Continental insured BBAHC.  Mr. Grover is expected to testify

regarding his dealings with Continental and the U.S. in

connection with the tender of defense.


      13.   Crystal Brown
           Assistant Vice President
           CNA Underwriting
           c/o Gary Zipkin, Esq.
           Law Offices of Guess & Rudd P.C.
           510 L Street, Suite 700
           Anchorage, AK  99501
           Phone:  (907) 793-2200
           **Attorney-client privilege applies**

LAW OFFICES OF
**Guess & Rudd** P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 6 of 15

Crystal Brown is the Assistant Vice President for Underwriting at CNA.  Ms. Brown is expected to testify consistent with her deposition regarding the underwriting of BBAHC's policies with Continental.

        14.    Debra Wyatt-Brown
               2 Hemlock Street
               Jersey City, NJ   07035
               Phone:  (unknown)

Debra Wyatt-Brown was the underwriter for BBAHC's policies with Continental from 1990 to 1996.  Ms. Wyatt-Brown is expected to testify consistent with her deposition regarding the underwriting of BBAHC's policies with Continental.

        15.    Kim McCavera
               Address:  (unknown)
               Phone:  (unknown)

Kim McCavera was the underwriter for BBAHC's policies with Continental from 1989 to 1990.  Ms. McCavera is expected to testify regarding the underwriting of BBAHC's policies with Continental.

        16.    Sally Padgitt
               151 North Kenilworth Avenue
               Oak Park, IL   60301
               Phone:  (708) 445-8966

LAW OFFICES OF
**Guess & Rudd** P.C.

510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 7 of 15

Sally Padgitt was the underwriter for BBAHC's policy with Continental in 1990.  Ms. Padgitt is expected to testify consistent with her deposition regarding the underwriting of BBAHC's policies with Continental.


        17.   Hon. Craig Stowers
              Alaska Superior Court
              825 West 4th Avenue
              Anchorage, AK  99501
              Phone:   (907) 264-0401


Judge Stowers was retained by Continental to research whether the U.S. was entitled to be defended and indemnified for the Wilson and/or Kallstrom claims.  Judge Stowers is expected to testify regarding his findings and his recommendations to deny the U.S.'s tender of defense.


        18.   William Hutson
              323 Regatta Road
              Columbia, SC  29212
              Phone:   (803) 781-0386


William Hutson was an adjuster for Continental.  Mr. Hutson is expected to testify consistent with his deposition regarding his involvement with the original Wilson claim and the decision to deny the U.S.'s tender of defense.

LAW OFFICES OF
**Guess&Rudd**
P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 8 of 15

19.    John A. Treptow
       Dorsey & Witney, LLP
       1031 W. 4th Avenue, Suite 600
       Anchorage, AK   99501
       Phone:   (907) 276-4557

John Treptow was one of the attorneys representing Continental in this action.   Mr. Treptow is expected to testify regarding the timing and substance of conversations he had with Kenneth Roosa regarding the tender of the Kallstrom counterclaim and regarding the government's implied insured theory of coverage for the U.S.   Continental does not waive the attorney-client privilege with respect to Mr. Treptow's legal services in this matter expect to the extent necessary to permit Mr. Treptow to testify regarding the conversations referenced above.

20.    Erin Finn
       Assistant Vice President and Claims Counsel
        of Global Specialty Lines Claims for
        Continental Casualty
       c/o Gary Zipkin, Esq.
       Law Offices of Guess & Rudd P.C.
       510 L Street, Suite 700
       Anchorage, AK   99501
       Phone:   (907) 793-2200
       **Attorney-client privilege applies**

Erin Finn is the Assistant Vice President and Claims Counsel of Global Specialty Lines Claims for Continental Casualty.   Ms. Finn is expected to testify consistent with her deposition regarding Continental's response to the tender of defense from the U.S. regarding the Kallstrom counterclaim.

LAW OFFICES OF
**Guess & Rudd** P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

21.  David Maulbetsch
     1920 Chestnut Avenue, Apartment 506
     Glenview, IL  60025
     Phone:  (847) 657-1095

David Maulbetsch worked for Continental.  Mr.

Maulbetsch is expected to testify regarding his involvement with

the decision to deny the U.S.'s tender of defense.


22.  Kenneth Roosa, Esq.
     Cooke, Roosa, and Valcarce, LLC
     3700 Jewel Lake Road
     Anchorage, AK  99502
     Phone:  (907) 276-2744

Kenneth Roosa was an Assistant U.S. Attorney involved

in tendering the Wilson claim to Continental.  Mr. Roosa is

expected to testify consistent with his deposition regarding this

decision and Continental's response to the tender of defense.


23.  James Torgerson, Esq.
     Heller Ehrman White & McAuliffe LLP
     510 L Street, Suite 500
     Anchorage, AK  99501
     Phone:  (907) 263-8404

James Torgerson was an Assistant U.S. Attorney involved

in tendering the Wilson claim to Continental to defend and

indemnify.  Mr. Torgerson is expected to testify regarding his

reaction to, and/or analysis of, Craig Stowers' letter rejecting

the government's tender of defense.

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 10 of 15

24.    Robert Bundy, Esq.
       Dorsey & Whitney, LLP
       1031 West 4th Ave, Suite 600
       Anchorage, AK   99501
       Phone:   (907) 276-4557


Robert Bundy was the U.S. Attorney involved in

tendering the Wilson claim to Continental.   Mr. Bundy is expected

to testify regarding his role in tendering the claims to

Continental.


25.    Ray Faccenda
       3511 S.W. 327th Street
       Federal Way, WA   98023
       Phone:   (206) 661-9028


Ray Faccenda was an employee of Continental.   Mr.

Faccenda is expected to testify regarding his involvement in the

U.S.'s tender of defense to Continental for coverage, including

his retention of Craig Stowers to act as coverage counsel.


26.    Robert A. Lohr
       2515 Telequana Drive
       Anchorage, AK   99517
       Phone:   (907) 223-9836

LAW OFFICES OF
**Guess & Rudd**
P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 11 of 15

Robert Lohr is Continental's expert and is expected to testify regarding the findings in his expert report.[1]

27.   Robert N. Wainscott
      23553 Lower Terrace Street
      Eagle River, AK   99577
      Phone:   (907) 694-2407

Robert Wainscott is Continental's expert and is expected to testify regarding the findings in his expert report.

28.   Douglas J. Serdahely, Esq.
      Patton Boggs LLP
      601 W. 5th Avenue, Suite 700
      Anchorage, AK   99501
      Phone:   (907) 263-6310

Douglas Serdahely is Continental's expert and is expected to testify regarding the findings in his expert report.

29.   Lawrence John Boysen
      Senior Vice President and
          Corporate Controller of
          CNA Financial Corporation
      c/o Gary Zipkin, Esq.
      Law Offices of Guess & Rudd P.C.
      510 L Street, Suite 700
      Anchorage, AK   99501
      Phone:   (907) 793-2200
      **Attorney-client privilege applies**

---

[1] As noted in his report, Mr. Lohr addresses two separate issues. The second issue, relating to the amount appropriate for punitive damages, is only relevant if the jury first determines that Continental should be assessed punitive damages. If that occurs, Continental plans to call Mr. Lohr back to the stand during the second phase of the trial, testifying after Mr. Boysen has testified.

LAW OFFICES OF
**Guess & Rudd** P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 12 of 15

Lawrence Boysen is the Senior Vice President and Corporate Controller of CNA Financial Corporation.  Mr. Boysen is expected to testify consistent with his deposition but only if the jury first determines that the U.S. is entitled to punitive damages.  He will testify regarding Continental's financial status including the corporate structure.

30.  All witnesses listed in plaintiff's preliminary witness list and/or final witness list.

31.  All witnesses necessary for authentication of documents.

32.  All witnesses necessary for impeachment or rebuttal.

33.  All witnesses who have been deposed in this case.

34.  Additional witnesses disclosed in the course of discovery.

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 13 of 15

DATED at Anchorage, Alaska, this 4th day of January, 2006.


GUESS & RUDD P.C.
Attorneys for Defendant


By: _____/s/_____
        Gary A. Zipkin
        Alaska Bar No. 7505048



QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
Attorneys for Defendants


By: _____/s/_____
        A. William Urquhart


LAW OFFICES OF
**Guess&Rudd**
P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 14 of 15

CERTIFICATE OF SERVICE

I hereby certify that on the
4th day of January, 2006, I
mailed a true and correct copy
of the foregoing document to the
following counsel of record:

Richard L. Pomeroy, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7tyh Avenue, #9
Anchorage, Alaska  99513

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

A. William Urquhart, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

Guess & Rudd P.C.

By:_____/s/_____
        Gary A. Zipkin

F:\DATA\6024\1\pleading\22 car Final Witness List.doc

**LAW OFFICES OF**
**Guess&Rudd**
P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

United States v. Continental; Case No. A98-285 CV (JWS)
Continental's Final Witness List
Page 15 of 15