TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail:  richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>       Defendant. | Case No. 3:98-cv-285-JWS<br><br>**FINAL WITNESS LIST** |

    The United States hereby submits the following final list of witnesses who may be called at the trial of this case:

    1.  Robert Clark,

      CEO & President
      Bristol Bay Area Health Corporation
      c/o Robert K. Stewart
      Davis Wright Tremaine
      550 West Seventh Avenue, Suite 1450
      Anchorage, AK 99501
      907-257-5300

      Mr. Clark, president of BBAHC, is expected to testify consistent with his deposition concerning BBAHC's acquisition of insurance coverage.

2. Liz Hartshorn,
    former CFO
    Bristol Bay Area Health Corporation
    c/o Robert K. Stewart
    Davis Wright Tremaine
    550 West Seventh Avenue, Suite 1450
    Anchorage, AK 99501
    907-257-5300

      Ms. Hartshorn, former CFO of BBAHC, is expected to testify consistent with her deposition concerning BBAHC's acquisition of insurance coverage.

3. Nelda Dodge,
    Bristol Bay Area Health Corporation
    c/o Robert K. Stewart
    Davis Wright Tremaine
    550 West Seventh Avenue, Suite 1450
    Anchorage, AK 99501
    907-257-5300

      Ms. Dodge, a BBAHC board member, is expected to testify concerning BBAHC's acquisition of insurance coverage.

4. Darrel Richardson.
    COO
    Bristol Bay Area Health Corporation
    c/o Robert K. Stewart
    Davis Wright Tremaine
    550 West Seventh Avenue, Suite 1450
    Anchorage, AK 99501
    907-257-5300

      Mr. Richardson, BBAHC COO, is expected to testify consistent with his deposition concerning BBAHC's acquisition of insurance coverage.

5. S. Bobo Dean,
   Attorney at Law,
   Hobbs, Straus, Dean & Walker, LLP,
   Suite 800, 1819 H Street, Washington, D.C.  20006,
   (202) 783-5100.

      Mr. Dean, an attorney for BBAHC, is expected to testify consistent with his deposition.

6. Bill Hutson,
   Regional Claims Director,
   Continental Insurance Healthcare,
   P.O. Box 210273,
   Columbia, SC 29221.

      Mr. Hutson, a former adjuster with Continental, is expected to testify consistent with his deposition concerning Continental's handling of the tenders of defense by the United States.

7. Sally Padgitt,
   Continental Insurance,
   180 Maiden Lane,
   New York, NY 10038.

      Ms. Padgitt is expected to testify consistent with her deposition concerning Continental's handling of the tenders of defense by the United States.

8. Debra Wyatt-Brown,
   Senior Health Care Specialist,
   Continental Insurance Health Care,
   180 Maiden Lane, New York, NY 10038.

      Ms. Brown, the underwriter for BBAHC's policies with Continental, is expected to testify consistent with her deposition concerning Continental's handling of the tenders of defense by the United States.

9. Crystal Renee Brown
   Assistant Vice President Underwriting
   CNA Insurance Companies

      Ms. Brown, an assistant vice president with CNA, is expected to testify consistent with

her deposition concerning Continental's handling of the tenders of defense by the United States.

   10.  Erin M. Finn, Esq.
        Assistant Vice President
        Continental Casualty, Co.
        Chevy Chase, Maryland

   Ms. Finn, an assistant vice president with Continental Casualty, is expected to testify consistent with her deposition concerning Continental's claims handling and tenders of defense by the United States.

   11.  Lawrence J. Boysen
        Senior Vice President and Corporate Controller
        CNA Financial Corp., Continental Insurance Co.,
          and Continental Casualty Co.

   Mr. Boysen, a senior vice president and corporate controller of CNA Financial Corp., is expected to testify consistent with his deposition concerning the net worth and corporate structure of CIC, CCC, and CNA Financial.

   12.  Kenneth Roosa, Esq.
        Cooke, Roosa & Valcarce
        3700 Jewel Lake Road
        Anchorage, Alaska 99502

   Mr. Roosa is a former AUSA who represented the United States in the Wilson claim, the Kallstrom counterclaim, and made the tenders of defense to Continental. He is expected to testify consistent with his deposition. As a former AUSA, attorney-client privilege applies

   13.  Deborah Senn (expert)
        501 Wellington Ave
        Seattle, Washington 98122
        (206) 328-5004

   Ms. Senn is Plaintiff's expert and is expected to testify consistent with her expert report.

   14.  Rick Gaskins (expert)
        7183 Stillwater Court
        Frederick, Maryland 21702
        (301) 698-9777

   Mr. Gaskins is Plaintiff's expert and is expected to testify consistent with his expert

report.

15. Any witnesses necessary for rebuttal or impeachment.

16. Any witness necessary for authentication of documents.

17. Any witness whose name appears on defendant's witness list.

18. Any witness not currently known whose identity is learned during discovery.

The above listed witnesses may be called in person or by deposition.

Respectfully requested this 4th day of January, 2006, in Anchorage, Alaska.

        TIMOTHY M. BURGESS
        United States Attorney

        s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        AK #8906031

        s/Richard R. Stone, Sr.
        Trial Attorney
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        Phone: (202) 616-4291
        Fax: (202) 616-5200 fax
        E-mail: richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006,
a copy of the foregoing Final Witness List was served
electronically on Gary A. Zipkin
and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

William Urquhart
Quinn Emanual
865 S. Figueroa St., 10th floor
Los Angeles, CA 90017
(213) 443-3000
(213) 443-3100 fax

by U.S. mail

s/ Richard L. Pomeroy