Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>vs.                         )<br>                            )<br>CNA FINANCIAL CORPORATION   )<br>AND THE CONTINENTAL         )<br>CASUALTY COMPANY d/b/a      )<br>THE CONTINENTAL INSURANCE   )<br>COMPANY,                    )<br>                            )<br>            Defendant.       )<br>_____) | Case No. 3:98-cv-285-JWS |

STIPULATION TO EXTEND DISCOVERY DEADLINE

   WHEREAS, the discovery deadline in this matter is February 1, 2006;

   WHEREAS, the parties and their counsel have been unable to complete certain fact discovery due to conflicts in the schedule of counsel and witnesses;

WHEREAS, the parties have agreed upon a schedule that will allow the completion of discovery without prejudice to either side;

The parties hereby stipulate and agree as follows:

1. The otherwise applicable discovery deadline shall be extended to allow the completion of the following outstanding depositions:

   a. The government's 30(b)(6) witnesses, which are currently scheduled to be deposed on February 9 (in Anchorage) and February 17, 2006 (in Washington, D.C.);

   b. The government's contracting officer, Debra Seigelhorst, who is scheduled to be deposed on February 14, 2006 (in Palm Springs, California); and

   c. Continental's expert witnesses, who are scheduled to be deposed on February 7 and February 8, 2006 (in Anchorage);

2. The otherwise applicable discovery deadline shall be extended to allow the parties to bring any necessary discovery

motions that arise from or relate to the above-referenced depositions.

DATED at Anchorage, Alaska, this 7th day of February, 2006.

>GUESS & RUDD P.C.
>Attorneys for Defendants
>
>By: _____s/Gary A. Zipkin_____
>    Guess & Rudd P.C.
>    510 L Street, Suite 700
>    Anchorage, Alaska  99501
>    Phone: 907-793-2200
>    Fax:   907-793-2299
>    Email: gzipkin@guessrudd.com
>    Alaska Bar No. 7505048
>
>QUINN EMANUEL URQUHART
>   OLIVER & HEDGES, LLP
>Attorneys for Defendants
>
>By: ___s/A. William Urquhart_____
>    Quinn Emanuel Urquhart
>      Oliver & Hedges, LLP
>    865 South Figueroa
>    Street, 10th Floor
>    Los Angeles, CA  90017
>    Phone: 1-213-443-3000
>    Fax:   1-213-443-3100
>    Email:
>    billurquhart@quinnemanuel.com

DATED at Anchorage, Alaska, this 7th day of February, 2006.

        TIMOTHY M. BURGESS
        United States Attorney

        By:  s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        Alaska Bar No. 8906031

CERTIFICATE OF SERVICE
I hereby certify that on the
7th day of February, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   s/Gary A. Zipkin

F:\DATA\6024\1\pleading\37 Stip extension re discovery.doc