Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CNA FINANCIAL CORPORATION ) | |
| AND THE CONTINENTAL ) | |
| CASUALTY COMPANY d/b/a ) | |
| THE CONTINENTAL INSURANCE ) | |
| COMPANY, ) | Case No. 3:98-cv-285-JWS |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF FILING PROPOSED
ORDER TO EXTEND DISCOVERY DEADLINE

Continental Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby files the attached proposed order to extend discovery deadlines based on the parties' previously filed stipulation (Docket 214-1),

DATED at Anchorage, Alaska, this 8th day of February, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendants

        By:     S/Gary A. Zipkin
            Guess & Rudd P.C.
            510 L Street, Suite 700
            Anchorage, Alaska  99501
            Phone: 907-793-2200
            Fax:   907-793-2299
            Email: gzipkin@guessrudd.com
            Alaska Bar No. 7505048

        QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP
        Attorneys for Defendants

        By:    S/A. William Urquhart
            Quinn Emanuel Urquhart
              Oliver & Hedges, LLP
            865 South Figueroa Street, 10th Floor
            Los Angeles, CA  90017
            Phone: 1-213-443-3000
            Fax:   1-213-443-3100
            Email: billurquhart@quinnemanuel.com

CERTIFICATE OF SERVICE
I hereby certify that on the
8th day of February, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   s/Gary A. Zipkin

Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>vs.                                  )<br>                                     )<br>CNA FINANCIAL CORPORATION            )<br>AND THE CONTINENTAL                  )<br>CASUALTY COMPANY d/b/a               )<br>THE CONTINENTAL INSURANCE            )<br>COMPANY,                             )<br>                                     )<br>            Defendant.               )<br>_____) | Case No. 3:98-cv-285-JWS |


**(PROPOSED)**
<u>ORDER TO EXTEND DISCOVERY DEADLINE</u>

Based on the stipulation of the parties, and the court being fully advised in the premises,


IT IS HEREBY ORDERED that the otherwise applicable discovery deadline is extended to allow the completion of the following outstanding depositions:

      a.    The government's Rule 30(b)(6) witnesses, who are currently scheduled to be deposed on February 9 (in Anchorage) and February 17, 2006 (in Washington, D.C.);

      b.    The government's contracting officer, Debra Seigelhorst, who is scheduled to be deposed on February 14, 2006 (in Palm Springs, California); and

      c.    Continental's expert witnesses, who are scheduled to be deposed on February 7 and February 8, 2006 (in Anchorage);

IT IS FURTHER ORDERED that the otherwise applicable discovery deadline is extended to allow the parties to bring any necessary discovery motions that arise from or relate to the above-referenced depositions.

DATED at Anchorage, Alaska, this ____ day of February, 2006.

                                          _____
                                          The Honorable John W. Sedwick
                                          United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
8th day of February, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    s/Gary A. Zipkin

F:\data\6024\1\pleading\37order extend discovery.doc