Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>vs.                                  )<br>                                     )<br>CNA FINANCIAL CORPORATION            )<br>AND THE CONTINENTAL                  )<br>CASUALTY COMPANY d/b/a               )<br>THE CONTINENTAL INSURANCE            )<br>COMPANY,                             )<br>                                     )<br>            Defendant.                )<br>_____) | Case No. 3:98-cv-285-JWS |

ORDER TO EXTEND DISCOVERY DEADLINE

Based on the stipulation of the parties, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that the otherwise applicable discovery deadline is extended to allow the completion of the following outstanding depositions:

        a.   The government's Rule 30(b)(6) witnesses, who are currently scheduled to be deposed on February 9 (in Anchorage) and February 17, 2006 (in Washington, D.C.);

        b.   The government's contracting officer, Debra Seigelhorst, who is scheduled to be deposed on February 14, 2006 (in Palm Springs, California); and

        c.   Continental's expert witnesses, who are scheduled to be deposed on February 7 and February 8, 2006 (in Anchorage);

IT IS FURTHER ORDERED that the otherwise applicable discovery deadline is extended to allow the parties to bring any necessary discovery motions that arise from or relate to the above-referenced depositions.

DATED at Anchorage, Alaska, this 10th day of February, 2006.

/S/JOHN W. SEDWICK
The Honorable John W. Sedwick
United States District Court Judge