Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CNA FINANCIAL CORPORATION ) <br> AND THE CONTINENTAL ) <br> CASUALTY COMPANY d/b/a ) <br> THE CONTINENTAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN


Gary Zipkin, hereby declares as follows:


1.  I am an attorney with the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company ("Continental") in this action.  I make this affidavit in support of Continental's reply in support

of its petition for certification pursuant to 28 U.S.C. § 1292(b).

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Lori Wing (Bristol Bay's broker) dated December 1, 1998, which was previously filed in this action.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Lori Wing dated November 30, 1999.

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the Deposition of Robert Clark dated January 11, 2001.

5. Attached hereto as Exhibit D are true and correct copies of excerpts from the Deposition of Darrel Richardson dated January 10, 2001.

6. Attached hereto as Exhibit E are true and correct copies of excerpts from the Deposition of Liz Hartshorn dated January 12, 2001.

7. Attached hereto as Exhibit F are true and correct copies of excerpts from the Deposition of Simpson Bobo Dean dated February 21, 2001.

8. Attached hereto as Exhibit G are true and correct copies of excerpts from the Deposition of Debra Wyatt Brown dated April 5, 2000.

9. Attached hereto as Exhibit H are true and correct copies of excerpts from the Deposition of Sally Padgitt dated April 3, 2000.

10. Attached hereto as Exhibit I are true and correct copies of excerpts from the Deposition of William Hutson dated April 7, 2000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 13th day of February, 2006.

_____
Gary A. Zipkin

F:\data\6024\1\pleading\42gaz aff.doc

USA v. Continental; Case No. 3:98-cv-285-JWS
Affidavit of Gary A. Zipkin

CERTIFICATE OF SERVICE
I hereby certify that on the
13th day of February, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

USA v. Continental; Case No. 3:98-cv-285-JWS
Affidavit of Gary A. Zipkin

Page 4 of 4

EXHIBITS TABLE OF CONTENTS

Exhibit A        Declaration of Lori Wing

Exhibit B        Deposition of Lori Wing, excerpts

Exhibit C        Deposition of Robert Clark, excerpts

Exhibit D        Deposition of Darrel Richardson, excerpts

Exhibit E        Deposition of Liz Hartshorn, excerpts

Exhibit F        Deposition of Simpson Bobo Dean, excerpts

Exhibit G        Deposition of Debra Wyatt Brown, excerpts

Exhibit H        Deposition of Sally Padgitt, excerpts

Exhibit I        Deposition of William Hutson, excerpts