Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CNA FINANCIAL CORPORATION ) | |
| AND THE CONTINENTAL ) | |
| CASUALTY COMPANY d/b/a ) | |
| THE CONTINENTAL INSURANCE ) | |
| COMPANY, ) | Case No. 3:98-cv-285-JWS |
| ) | |
| Defendant. ) | |
| ) | |


ERRATA


Attached hereto is Continental's corrected version of
its Reply in Support of Petition for Certification Pursuant to
28 U.S.C. Sec. 1292(b).  The undersigned attorney apologizes for
the inconvenience.

DATED at Anchorage, Alaska, this 13th day of February, 2006.

GUESS & RUDD P.C.
Attorneys for Defendants


By: _____S/Gary A. Zipkin_____
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048


QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
Attorneys for Defendants


By: ___S/A. William Urquhart_____
        Quinn Emanuel Urquhart
          Oliver & Hedges, LLP
        865 South Figueroa
        Street, 10th Floor
        Los Angeles, CA  90017
        Phone: 1-213-443-3000
        Fax:   1-213-443-3100
        Email:
        billurquhart@quinnemanuel.com

F:\DATA\6024\1\Pleading\42 errata.doc

CERTIFICATE OF SERVICE
I hereby certify that on the
13th day of February, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

Guess & Rudd P.C.


By:__S/Gary A. Zipkin___


USA v. Continental; Case No. 3:98-cv-285-JWS
Errata

Page 2 of 2