Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION AND THE CONTINENTAL CASUALTY COMPANY d/b/a THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

Gary Zipkin, hereby declares as follows:

1.   I am an attorney with the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company ("Continental") in this action.  I make this affidavit in support of Continental's reply in support

of its petition for certification pursuant to 28 U.S.C. § 1292(b).

    2.    Attached hereto as Exhibit A is a true and correct copy of the Declaration of Lori Wing (Bristol Bay's broker) dated December 1, 1998, which was previously filed in this action.

    3.    Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Lori Wing dated November 30, 1999.

    4.    Attached hereto as Exhibit C are true and correct copies of excerpts from the Deposition of Robert Clark dated January 11, 2001.

    5.    Attached hereto as Exhibit D are true and correct copies of excerpts from the Deposition of Darrel Richardson dated January 10, 2001.

    6.    Attached hereto as Exhibit E are true and correct copies of excerpts from the Deposition of Liz Hartshorn dated January 12, 2001.

    7.    Attached hereto as Exhibit F are true and correct copies of excerpts from the Deposition of Simpson Bobo Dean dated February 21, 2001.

8.   Attached hereto as Exhibit G are true and correct copies of excerpts from the Deposition of Debra Wyatt Brown dated April 5, 2000.

9.   Attached hereto as Exhibit H are true and correct copies of excerpts from the Deposition of Sally Padgitt dated April 3, 2000.

10.  Attached hereto as Exhibit I are true and correct copies of excerpts from the Deposition of William Hutson dated April 7, 2000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 13th day of February, 2006.

_____
Gary A. Zipkin

F:\data\6024\1\pleading\42gaz aff.doc

CERTIFICATE OF SERVICE
I hereby certify that on the 13th day of February, 2006, a copy of the foregoing document was served electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

EXHIBITS TABLE OF CONTENTS

| | |
|---|---|
| Exhibit A | Declaration of Lori Wing |
| Exhibit B | Deposition of Lori Wing, excerpts |
| Exhibit C | Deposition of Robert Clark, excerpts |
| Exhibit D | Deposition of Darrel Richardson, excerpts |
| Exhibit E | Deposition of Liz Hartshorn, excerpts |
| Exhibit F | Deposition of Simpson Bobo Dean, excerpts |
| Exhibit G | Deposition of Debra Wyatt Brown, excerpts |
| Exhibit H | Deposition of Sally Padgitt, excerpts |
| Exhibit I | Deposition of William Hutson, excerpts |