```
 1                                                                    1
 2              IN THE UNITED STATES DISTRICT COURT
 3                    FOR THE DISTRICT OF ALASKA
 4       - - - - - - - - - - - - - - - - x
 5       UNITED STATES OF AMERICA,
 6                         Plaintiff,
 7              vs.                         Case No.
 8                                          A98-285 CV (JWS)
         CNA Financial Corporation and
 9       The Continental Casualty
         Company, dba The Continental
10       Insurance Company,
11                         Defendants.
12       - - - - - - - - - - - - - - - - x
13              DEPOSITION of DEBRA PATRICIA WYATT BROWN
14       taken by Plaintiff pursuant to Notice and
15       Subpoena, held at 225 Broadway, New York, New York
16       10007, on Wednesday, April 5, 2000, commencing at
17       10:05 a.m. before Denise L. Daniels, a Stenotype
18       Reporter and Notary Public within and for the
19       State of New York.
20
21
22
23
24
25
```

EXHIBIT G
Page 1 of 7

```
 1                        Brown                          38
 2          Q.    When you wrote this policy, did you
 3    intend for it to cover general liability for
 4    Bristol Bay Area Health Corporation for acts of
 5    Bristol Bay's employees that meet the requirements
 6    of all of the forms and endorsements of this
 7    policy?
 8                MR. DEVLIN:    Objection, vague as
 9          to the term "wrote."  Maybe you meant to
10          say "underwrote."
11                MR. STONE:    I'll accept that
12          change.
13          Q.    Can you understand my question?
14          A.    Can you restate the question?
15          Q.    Yes.  Did you intend to cover general
16    corporate commercial liability for occurrences at
17    Bristol Bay Area Health Corporation that involved
18    actions of their employees?
19          A.    No.
20          Q.    You did not?
21          A.    No.
22          Q.    What did you intend to do when you
23    wrote this policy?
24          A.    I intended to provide coverage
25    for the general liability portion of the risk
```

```
 1                          Brown                              39
 2      involving employees while performing duties not
 3      in the capacity -- as a federal employee.
 4              Q.   What exactly do you mean by that?
 5              A.   Well, it's my understanding at the
 6      time that Bristol Bay Area Health Corporation was
 7      covered under the Federal Tort Claims Act, and as
 8      a result, Continental would not be underwriting
 9      general liability coverage for all their general
10      liability exposure.
11              Q.   All of Bristol Bay's general liability
12      exposure?
13              A.   All of Bristol Bay's general liability
14      exposure.
15              Q.   Do you say that anywhere in the
16      policy?
17              A.   I don't know, I'd have to look.
18              Q.   Please do.
19                   (Pause)
20              Q.   Have you had a chance to look through
21      the policy?
22              A.   Yes.
23              Q.   And did you find that?
24              A.   Can you restate the question?
25              Q.   Where in the policy do you say that
```

```
 1                          Brown                          161
 2       manuscripting and whether or not -- if I recall
 3       correctly, he asked you whether it was possible to
 4       have manuscripted a reference to the FTCA in a
 5       policy.
 6                Do you recall that?
 7           A.   Yes.
 8           Q.   And I believe you testified that it
 9       was possible to do that with regard to BBAHC's
10       policy, right?
11           A.   Yes.
12           Q.   Was that done in this case?
13           A.   No, it wasn't.
14           Q.   Why not?
15           A.   Because it was -- when we underwrote
16       the account from inception, it was the
17       understanding of the underwriter and the broker
18       that coverage was for the general liability
19       exposure and was only applicable to those
20       facilities while not under the operation of
21       Federal Government or federal funds.
22           Q.   What was your understanding
23       concerning the funding of BBAHC's operations?
24                In other words, where was the funding
25       coming from?
```

```
 1                        Brown                         172
 2    tell you about the source of funding for the
 3    Bristol Bay Area Health Corporation?
 4         A.   It tells me where there are operating
 5    funds, how they get their operating funds.
 6         Q.   From your review of these documents,
 7    what was your understanding concerning where
 8    Bristol Bay Area Health Corporation's funding came
 9    from?
10         A.   The Indian Health Service, the State
11    of Alaska.
12         Q.   And what did this indicate to you, if
13    anything, concerning the type of exposure or
14    general liability exposure that Bristol Bay Area
15    Health Corporation had?
16              MR. STONE:    Objection.
17              MR. DEVLIN:   What's the objection?
18              MR. STONE:    I object to form.
19         Q.   What, if anything, did this page,
20    indicating the source of the Bristol Bay Area
21    Health Corporation's funds indicate to you
22    concerning the type of general liability exposure
23    Bristol Bay Area Health Corporation had?
24              MR. STONE:    I object to form.
25              MR. DEVLIN:   Noted.
```

EXHIBIT G
Page 5 of 7

```
 1                          Brown                        173
 2          Q.    You can answer.
 3          A.    The fact that they were being funded
 4    in part by the Indian Health Service meant that
 5    the total general liability exposure would be --
 6    on this account, would be reduced in that when
 7    employees were administering any programs funded
 8    by the Indian Health Service, that they would be
 9    covered under the Federal Tort Claims Act.
10          Q.    And how about in the context of the
11    funds or the programs that were funded by Alaska
12    state funds?
13          A.    The converse would apply, that
14    they -- when the insured were performing services
15    funded by the State of Alaska, that that would be
16    the portion of liability covered by our policy.
17          Q.    Continental's policy?
18          A.    Continental.
19          Q.    If you flip, please, to, I believe
20    it's Page 16 of Exhibit B.  Is this something you
21    remember reviewed in determining the --
22                MR. DEVLIN:    Strike that.
23          Q.    Do you have any idea, or can you
24    recall having any knowledge concerning the
25    increase from fiscal year 1991 to fiscal year
```

EXHIBIT G
Page 6 of 7

```
 1                          Brown                          186
 2          A.    Based on my understanding at the
 3    time, the broker and I agreed that the activities
 4    funded and provided on the funding by the Federal
 5    Government would be covered under the Federal Tort
 6    Claims Act, and other liability would be covered
 7    under the Continental policy.  And based on that
 8    general understanding, we did not attach an
 9    exclusion to the policy.
10          Q.    Was it your practice to make a note
11    of every conversation you ever had with Ms. Wing?
12          A.    No.
13                MR. DEVLIN:    I'm just going to
14          look through my documents real quick and
15          finish up.
16                Off the record.
17                (Whereupon, a discussion was held off
18          the record.)
19                MR. DEVLIN:    That's all I have.
20                MR. STONE:    Just a few follow-up
21          questions.
22    EXAMINATION BY
23    MR. STONE:
24          Q.    It's the responsibility of the
25    insurance underwriter to make sure that the policy
```

EXHIBIT G
Page 7 of 7