Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:        (907) 793-2299
E-mail:    gzipkin@guessrudd.com

QUINN EMANUEL URQUHART OLIVER & HEDGES
  A. William Urquhart (admitted *pro hac vice*)
  Christopher Tayback (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443 3000
Facsimile:     (213) 443 3100

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A98-285 CV (JWS) |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING DATES |
| | ) | AND [PROPOSED] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CNA FINANCIAL CORPORATION | ) | |
| AND THE CONTINENTAL | ) | |
| CASUALTY COMPANY d/b/a | ) | |
| THE CONTINENTAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS, the Court recently amended certain scheduling deadlines, and

WHEREAS, the parties wish to clarify the scheduling deadlines set by previous Orders of the Court,

NOW, THEREFORE, the parties hereby stipulate and agree that the deadline by which to file any dispositive motions is March 14, 2006, and the deadline by which to file any motions in limine is March 24, 2006.


DATED: February 14, 2006          QUINN EMANUEL URQUHART
OLIVER & HEDGES


By: ___/s/_____
B. Dylan Proctor
Attorneys for Defendants


DATED: February 14, 2006          DEBORAH M. SMITH
Acting United States Attorney


By: ___/s/_____
Richard L. Pomeroy
Assistant U.S. Attorney

**[PROPOSED] ORDER**

For good cause shown, and upon stipulation of the parties, the Court hereby orders that any dispositive motions must be filed and served no later than March 14, 2006, and any motions <u>in limine</u> must be filed and served no later than March 24, 2006.  IT IS SO ORDERED.


DATED:_____          _____
                                                                          The Hon. John W. Sedwick