# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *CNA FINANCIAL CORP. AND THE CONTINENTAL CAS. CO. d/b/a THE CONTINENTAL INS. CO.*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:98-cv-00285 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  March 3, 2006

At docket 209 defendant Continental moves for an order certifying an interlocutory appeal pursuant to 28 U.S.C. § 1292(b).  The motion was opposed by plaintiff United States at docket 213, and Continental replied at docket 217.  Oral argument was not requested and would not assist the court.

Before a trial judge may certify an immediate appeal, the trial judge must, among other things, determine that the appeal would "materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).   Trial is set to commence on May 22, 2006.  The parties are in the midst of final pre-trial preparations.  Allowing an interlocutory appeal would mean that trial would be put off at least a year and more likely quite a bit longer than that.   While the court does not intimate that the appeal Continental would take has no chance of success, it certainly is not guaranteed to succeed.  Under the circumstances, the surest way to draw this 1998 vintage case (which has already been appealed once) to a conclusion is to proceed with the trial in May.  The motion at docket 209 is **DENIED.**