

**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

October 30, 2001

Via Facsimile and Mail

Evan Schwab
Dorsey and Whitney
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101

Re: <u>Wilson v. United States</u>, Case No. No. A94-488 Civ. (HRH)

Dear Mr. Schwab:

      On July 8, 1998, the United States formally tendered defense of the claims asserted against the United States by the third party defendant and counter-claimant, Blanche Kallstrom, in <u>Wilson v. United States</u>. That case, as well as the claims asserted directly against the United States by the Wilson family have, as you know, formed the basis for the ongoing litigation between the United States and Continental Insurance Company in <u>United States v. CNA Financial Corporation, et. al.</u>, Case No. A98-285 Civil (JWS). Continental either ignored or rejected the tender of defense of the <u>Kallstrom</u> claims. In light of Judge Sedwick's ruling of September 18, 2001 (found at 2001 WL 1329014), and the recent Alaska Supreme Court decision in <u>State Farm v. Lawrence</u>, 26 P.3d 1074 (Alaska 2001) (separate policy limits found for claimant alleging purely emotional distress), the United States hereby re-tenders defense of the <u>Kallstrom</u> claims to Continental under the same theories articulated in the July 8, 1998 tender.

      We trust that your client will promptly accept this tender.

Sincerely,

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

KENNETH S. ROOSA
Assistant U.S. Attorney

Exhibit 1