Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone: (907) 793-2200
Fax: (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION AND THE CONTINENTAL CASUALTY COMPANY d/b/a THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:98-cv-285-JWS |

AFFIDAVIT OF GREGORY G. SILVEY

STATE OF ALASKA ) ss.
THIRD JUDICIAL DISTRICT )

Gregory G. Silvey, being first duly sworn, states as follows:

1. I am an attorney with the law firm of Guess & Rudd P.C., attorneys for Continental Insurance Company and Continental Casualty Company in this action. I make this

affidavit based upon my personal knowledge of the facts set forth herein.

2. Attorneys at my law firm and our co-counsel have extensively researched the implied-at-law insurance issues presented by this case. In particular, we have searched for other instances where that doctrine has been applied. Our legal research indicates that this is the first and only case in the country to apply the doctrine of implied insurance to a general liability policy--whether as to the United States or any other implied insured. Our legal research also indicates that this is the first and only case in the country to hold that the United States can obtain reimbursement from an insurer as an implied-at-law insured for payments it made pursuant to the Federal Tort Claims Act. Thus, the issues presented by the United States' tenders in this case were novel.

3. Based on the Ninth Circuit's ruling in this case, Continental recently paid the United States its policy limits under the applicable policy issued to the Bristol Bay Area Health Corporation, totaling $1,988,646.99. This payment included (1) the $1 million face limit of the policy, (2) the $150,000 the United States claims it incurred as defense costs, and (3) interest on those amounts to date at statutory rates.

4. Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Robert Stewart dated February 2, 2006.

5. Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Kenneth S. Roosa dated December 15, 2005 ("Roosa Tr.").

6. Attached hereto as Exhibit C is a letter from Kenneth Roosa, Esq. to Lori Wing dated January 6, 1995, which was the United States' initial tender letter. See Roosa Tr. at 22:16-24:11 & Ex. 7.

7. Attached hereto as Exhibit D is a letter from Kenneth Roosa, Esq. to James Friderici, Esq. dated June 6, 1995, re-tendering the Wilsons' claims. See Roosa Tr. at 35:21-36:24 & Ex. 10.

8. Attached hereto as Exhibit E is a letter from Kenneth Roosa, Esq. to Jennifer Taylor dated February 20, 1997, once again tendering the Wilsons' claims. See Roosa Tr. at 46:6-47:22 & Ex. 12.

9. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Lori Wing, Bristol Bay's

broker, dated December 1, 1998, which was previously filed in this action.

10. Attached hereto as Exhibit G is a true and correct copy of a letter from Robert C. Bundy, Esq. to Parry Grover, Esq. dated February 8, 1999. See Deposition of Robert Stewart dated February 2, 2006, at 17:9-18:9.

11. Attached hereto as Exhibit H are true and correct copies of excerpts from the Deposition of William Hutson dated April 7, 2000.

12. Attached hereto as Exhibit I are true and correct copies of excerpts from the Deposition of Robert Clark dated January 11, 2001.

13. Attached hereto as Exhibit J are true and correct copies of excerpts from the Deposition of Darrel Richardson dated January 10, 2001.

14. Attached hereto as Exhibit K are true and correct copies of excerpts from the Deposition of Debra Wyatt Brown dated April 5, 2000.

15. Attached hereto as Exhibit L are true and correct copies of excerpts from the Deposition of Lori Wing dated November 30, 1999.

16. Attached hereto as Exhibit M are true and correct copies of excerpts from the Deposition of Liz Hartshorn dated January 12, 2001.

17. Attached hereto as Exhibit N are true and correct copies of excerpts from the Deposition of Simpson Bobo Dean dated February 21, 2001.

18. Attached hereto as Exhibit O are true and correct copies of excerpts from the Deposition of Sally Padgitt dated April 3, 2000.

19. Attached hereto as Exhibit P are true and correct copies of excerpts from the Deposition of Susan Lindquist, as Designee for the United States pursuant to Fed. R. Civ. P. 30(b)(6), dated February 9, 2006.

20. Attached hereto as Exhibit Q are true and correct copies of excerpts from the Deposition of Deborah Segelhorst dated February 14, 2006.

21. Attached hereto as Exhibit R is an internal Department of Health & Human Services Memorandum from Gary Thogersen, Esq. to Richard D. Frost dated September 10, 1991. See Segelhorst Tr. at 65:20-71:25 & Ex. F.

22. Attached hereto as Exhibit S is a true and correct copy of Policy HMA 9500648-5, issued by Continental Insurance Company to Bristol Bay Area Health Corporation for the period September 30, 1993 to September 30, 1994.

23. Attached hereto as Exhibit T are true and correct copies of excerpts from the Deposition of Deborah Senn dated January 11, 2006.

FURTHER AFFIANT SAYETH NAUGHT.

Gregory G. Silvey

SUBSCRIBED AND SWORN to before me this 16th day of March, 2006.

Notary Public in and for Alaska
My Commission Expires: 12-4-08



CERTIFICATE OF SERVICE
I hereby certify that on the 16th day of March, 2006, a copy of the foregoing document was served electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Guess & Rudd P.C.

By: S/Gary A. Zipkin

F:\DATA\6024\1\Pleading\47AFF ggs (MSJpunitives).doc

Table of Contents for
AFFIDAVIT OF GREGORY G. SILVEY

| Exhibit | Description |
|---|---|
| Exhibit A | Excerpts from the Deposition of Robert Stewart dated February 2, 2006 |
| Exhibit B | Excerpts from the Deposition of Kenneth S. Roosa dated December 15, 2005 |
| Exhibit C | Letter from Kenneth Roosa, Esq. to Lori Wing dated January 6, 1995 |
| Exhibit D | Letter from Kenneth Roosa, Esq. to James Friderici, Esq. dated June 6, 1995 |
| Exhibit E | Letter from Kenneth Roosa, Esq. to Jennifer Taylor dated February 20, 1997 |
| Exhibit F | Declaration of Lori Wing, dated December 1, 1998 |
| Exhibit G | Letter from Robert C. Bundy, Esq. to Parry Grover, Esq. dated February 8, 1999 |
| Exhibit H | Excerpts from the Deposition of William Hutson dated April 7, 2000 |
| Exhibit I | Excerpts from the Deposition of Robert Clark dated January 11, 2001 |
| Exhibit J | Excerpts from the Deposition of Darrel Richardson dated January 10, 2001 |
| Exhibit K | Excerpts from the Deposition of Debra Wyatt Brown dated April 5, 2000 |
| Exhibit L | Excerpts from the Deposition of Lori Wing dated November 30, 1999 |
| Exhibit M | Excerpts from the Deposition of Liz Hartshorn dated January 12, 2001 |

Exhibit N Excerpts from the Deposition of Simpson Bobo Dean dated February 21, 2001

Exhibit O Excerpts from the Deposition of Sally Padgitt dated April 3, 2000

Exhibit P Excerpts from the Deposition of Susan Lindquist, as Designee for the United States pursuant to Fed. R. Civ. P. 30(b)(6), dated February 9, 2006

Exhibit Q Excerpts from the Deposition of Deborah Segelhorst dated February 14, 2006

Exhibit R Internal Department of Health & Human Services Memorandum from Gary Thogersen, Esq. to Richard D. Frost dated September 10, 1991

Exhibit S Policy HMA 9500648-5, issued by Continental Insurance Company to Bristol Bay Area Health Corporation for the period September 30, 1003 to September 30, 1994

Exhibit T Excerpts from the Deposition of Deborah Senn dated January 11, 2006