```
                                                                    1
 1

 2
                    IN THE UNITED STATES DISTRICT COURT
 3
                         FOR THE DISTRICT OF ALASKA
 4
           - - - - - - - - - - - - - - - - x
 5
           UNITED STATES OF AMERICA,
 6
                              Plaintiff,
 7
                 vs.                              Case No.
 8                                                A98-285 CV (JWS)
           CNA Financial Corporation and
 9         The Continental Casualty
           Company, dba The Cont  ne    ⊥
10         Insurance Company,

11                            Defe     ts.

12         - - - - - - - - - - - -      - - x

13              DEPOSITION of DEBRA PATRICIA WYATT BROWN

14         taken by Plaintiff pursuant t    otice and

15         Subpoena, held at 225 Broa       , New York, New York

16         10007, on Wednesday, April 5, 2000, commencing at

17         10:05 a.m. before Denise L. Daniels, a Stenotype

18         Reporter and Notary Public within and for the

19         State of New York.

20

21

22

23

24

25
```

EXHIBIT K
Page 1 of 10

|   |   |   |
|---|---|---|
| 1 | Brown | 38 |

```
 2          Q.    When you wrote this policy, did you
 3   intend for it to cover general liability for
 4   Bristol Bay Area Health Corporation for acts of
 5   Bristol Bay's employees that meet the requirements
 6   of all of the forms and endorsements of this
 7   policy?
 8                MR. DEVLIN:    Objection, vague as
 9          to the term "wrote."  Maybe you meant to
10          say "underwrote."
11                MR. STONE:    I'll accept that
12          change.
13          Q.    Can you understand my question?
14          A.    Can you restate the question?
15          Q.    Yes.  Did you intend to cover general
16   corporate commercial liability for occurrences at
17   Bristol Bay Area Health Corporation that involved
18   actions of their employees?
19          A.    No.
20          Q.    You did not?
21          A.    No.
22          Q.    What did you intend to do when you
23   wrote this policy?
24          A.    I intended to provide coverage
25   for the general liability portion of the risk
```

```
 1                          Brown                         39
 2      involving employees while performing duties not
 3      in the capacity -- as a federal employee.
 4              Q.    What exactly do you mean by that?
 5              A.    Well, it's my understanding at the
 6      time that Bristol Bay Area Health Corporation was
 7      covered under the Federal Tort Claims Act, and as
 8      a result, Continental would not be underwriting
 9      general liability coverage for all their general
10      liability exposure.
11              Q.    All of Bristol Bay's general liability
12      exposure?
13              A.    All of Bristol Bay's general liability
14      exposure.
15              Q.    Do you say that anywhere in the
16      policy?
17              A.    I don't know, I'd have to look.
18              Q.    Please do.
19                    (Pause)
20              Q.    Have you had a chance to look through
21      the policy?
22              A.    Yes.
23              Q.    And did you find that?
24              A.    Can you restate the question?
25              Q.    Where in the policy do you say that
```

```
1                          Brown                          164
2         Q.    Did you ever have an understanding
3    that anyone intended for the United States to be
4    an insured on BBAHC's policy?
5         A.    No.
6         Q.    And it's true that the United States
7    was never a named insured on any policy that you
8    underwrote concerning BBAHC, right?
9         A.    Yes.
10              MR. STONE:    Objection.
11        Q.    Is it true that the United States was
12   never a named insured on a policy that you
13   underwrote for BBAHC?
14              MR. STONE:    Objection.
15              MR. DEVLIN:    What's the objection?
16              MR. STONE:    It may call for a
17        legal conclusion.
18        Q.    Well, let's take a look at Exhibit 1,
19   then.  That, indeed, is the policy for at least
20   one year that you handled the underwriting for
21   BBAHC, right?
22        A.    Yes.
23        Q.    Can you show me anywhere in this
24   policy where the United States of America is even
25   mentioned?
```

Case 3:98-cv-00285-JWS    Document 232-12    Filed 03/16/2006    Page 5 of 10

```
 1                           Brown                          165
 2                MR. STONE:     Objection withdrawn.
 3           A.   The answer is no, I don't see it
 4   listed anywhere.
 5           Q.   So without asking for a legal
 6   conclusion or a legal interpretation of any kind,
 7   I just want to know if, having reviewed the
 8   policy, whether you can state that the United
 9   States was or was not a named insured in this
10   policy?
11           A.   They were not.
12           Q.   All right.
13                Was the United States ever designated
14   an additional insured or insured on this policy?
15           A.   They were not.
16           Q.   Did Ms. Wing or anyone from her
17   office ever indicate to you her intent that the
18   United States should be a named insured or
19   additional insured under this policy?
20           A.   No.
21           Q.   Did anyone from BBAHC, one of the
22   officers, get on the phone and call you up and
23   indicate to you that the United States was to be a
24   named insured or an additional insured under
25   BBAHC's policies?
```

EXHIBIT  K
Page 5 of 10

```
 1                         Brown                         166

 2         A.    No.

 3               MR. DEVLIN:    If you could mark

 4    these all as Brown Exhibit A?

 5

 6                          (Whereupon, multipage
                            documents, with the first
 7                          page containing "BBHC
                            000404" in the lower
 8                          right-hand corner, marked
                            as Defendants' Brown Exhibit
 9                          A for identification, as of
                            this date.)
10

11               MR. DEVLIN:    Off the record.

12               (Whereupon, a discussion was held off

13         the record.)

14    BY MR. DEVLIN:

15         Q.    Now, I've handed you what has been

16    marked, Ms. Brown, as Exhibit A, defense Exhibit A

17    to your deposition.

18               It consists of three applications for

19    Hospital Professional Liability and General

20    Liability Coverage - Claims Made, correct?

21               Is that what you have in front of

22    you?

23         A.    Yes.

24         Q.    And you should have one with an

25    effective date of September 30, '92, the second
```

```
 1                         Brown                          172
 2     tell you about the source of funding for the
 3     Bristol Bay Area Health Corporation?
 4           A.    It tells me where there are operating
 5     funds, how they get their operating funds.
 6           Q.    From your review of these documents,
 7     what was your understanding concerning where
 8     Bristol Bay Area Health Corporation's funding came
 9     from?
10           A.    The Indian Health Service, the State
11     of Alaska.
12           Q.    And what did this indicate to you, if
13     anything, concerning the type of exposure or
14     general liability exposure that Bristol Bay Area
15     Health Corporation had?
16                 MR. STONE:     Objection.
17                 MR. DEVLIN:    What's the objection?
18                 MR. STONE:     I object to form.
19           Q.    What, if anything, did this page,
20     indicating the source of the Bristol Bay Area
21     Health Corporation's funds indicate to you
22     concerning the type of general liability exposure
23     Bristol Bay Area Health Corporation had?
24                 MR. STONE:     I object to form.
25                 MR. DEVLIN:    Noted.
```

EXHIBIT K
Page 7 of 10

```
 1                      Brown                          173
 2         Q.   You can answer.
 3         A.   The fact that they were being funded
 4    in part by the Indian Health Service meant that
 5    the total general liability exposure would be --
 6    on this account, would be reduced in that when
 7    employees were administering any programs funded
 8    by the Indian Health Service, that they would be
 9    covered under the Federal Tort Claims Act.
10         Q.   And how about in the context of the
11    funds or the programs that were funded by Alaska
12    state funds?
13         A.   The converse would apply, that
14    they -- when the insured were performing services
15    funded by the State of Alaska, that that would be
16    the portion of liability covered by our policy.
17         Q.   Continental's policy?
18         A.   Continental.
19         Q.   If you flip, please, to, I believe
20    it's Page 16 of Exhibit B.  Is this something you
21    remember reviewed in determining the --
22              MR. DEVLIN:   Strike that.
23         Q.   Do you have any idea, or can you
24    recall having any knowledge concerning the
25    increase from fiscal year 1991 to fiscal year
```

```
 1                        Brown                        183
 2            A.    Yes.
 3                 MR. STONE:     Objection.
 4            Q.    During the time you were underwriting
 5       BBAHC's policies, did you ever consider the United
 6       States to be a covered organization under the
 7       policy?
 8            A.    No.
 9            Q.    Did Ms. Wing ever indicate to you
10       that she understood the United States to be a
11       covered organization under the policy?
12            A.    No.
13            Q.    Did anybody from BBAHC ever call you
14       up and indicate to you, or write to you,
15       indicating that they thought the United States was
16       a covered organization under the policy?
17            A.    No.
18            Q.    Did anybody from the United States
19       Government ever call you and indicate to you, or
20       write to you, indicating that they thought the
21       United States of America was a covered
22       organization under the policy?
23            A.    No.
24            Q.    I believe you testified when showed
25       the policy and quotes, various quotes, that the
```

```
 1                          Brown                        186
 2          A.    Based on my understanding at the
 3   time, the broker and I agreed that the activities
 4   funded and provided on the funding by the Federal
 5   Government would be covered under the Federal Tort
 6   Claims Act, and other liability would be covered
 7   under the Continental policy.  And based on that
 8   general understanding, we did not attach an
 9   exclusion to the policy.
10          Q.    Was it your practice to make a note
11   of every conversation you ever had with Ms. Wing?
12          A.    No.
13          MR. DEVLIN:    I'm just going to
14     look through my documents real quick and
15     finish up.
16            Off the record.
17            (Whereupon, a discussion was held off
18     the record.)
19          MR. DEVLIN:    That's all I have.
20          MR. STONE:    Just a few follow-up
21     questions.
22   EXAMINATION BY
23   MR. STONE:
24          Q.    It's the responsibility of the
25   insurance underwriter to make sure that the policy
```

EXHIBIT  K
Page 10 of 10