**Continental Insurance.**

**Continental Insurance HealthCare**
180 Maiden Lane
New York, NY 10038

May 4, 1994

Mr. Jim Friderici
Attorney at Law
Delaney, Wiles, Hayes, and Brubacher
1007 West 3rd Ave. Suite 400
Anchorage, Alaska 99501

RE:   Insured            : Bristol Bay Area Health Corporation
       Patient:           : Lori Wilson
       Claims Made Date   : 1-12-94
       Date of Event    : 11-27-93
       Our File No.       : 751-7-A3892
       Case #             : 3 AN - 94-3341

Dear Mr. Friderici:

This will confirm my assignment to you of the above captioned case served on Bristol Bay Area Health Corporation on April 21, 1994. I ask that you make an appearance on behalf of our insured, Bristol Bay Area Health Corporation. As we discussed, please prepare your answer, interrogatories and requests for production. Due to the short period of 20 days to answer the complaint, I am faxing the Complaint and plaintiff's request for production. Please forward me a copy of these when they have been completed.

In our discussions, I advised you of the nature of this case and will forward you a more detailed letter outlining the investigation and factual information. The complaint alleges that in rather simple terms the following:

   1. The defendants placed a lye based detergent in a drinking pitcher and left it the kitchen counter.

   2. They failed to provide a safe facility in which to dance.

The plaintiff alleges as a result of the above that Lori Wilson has suffered severe and permanent internal injuries, which include , but are not limited to, burns and scarring of the esophagus and stomach lining; has suffered severe and permanent disability; will incur diminishment of life expectancy; has incurred past and future medical expenses and will continue to suffer pain and loss of life's enjoyment.

CNA 000476

EXHIBIT  B
Page   1  of  2

Page 2

Once you have prepared the Answer to the Complaint I ask that you provide a brief initial report outlining your impressions of the case including: liability issues, needed additional investigation, proposed discovery, damage assessment, and Alternative Dispute Resolution and the estimated cost of defense through the end of discovery and through trial. Please forward this report within 45 days of receipt of this litigation referral.

Once the Answer to the Interrogatories/Bill of Particulars are received or within 120 days, you should submit a more comprehensive report in accordance with the attached outline. In the alternative a reasonable explanation is required within the 120 day time period detailing why the report cannot be supplied.

It is our Company's policy to periodically engage the services of a qualified, independent legal auditor for the purpose of confirming the use of effective legal management techniques in the defense of our lawsuits. The engagement of such a service should not be construed as an adverse reflection on the firm selected. I have previously given you our reporting requirements and would like to discuss these with you since I know how difficult it is to have reporting requirements with many different companies. It is for that reason, that I want you not to hesitate to ask me any questions on what we may expect in this area.

Once again, I appreciate your assistance and look forward to working with you on this case

Should you have any questions or concerns, please do not hesitate to contact the undersigned at (803) - 781-0953.

Very truly yours,

William W. Hutson CPCU
Claims Director

Attachment: Attorney Outline
          Billing Agreement

CNA 000477

EXHIBIT _B_
Page _2_ of _2_