FEB 02 '95 13:14 DELANY WILES                                          P.2/3

**DELANEY, WILES, HAYES, REITMAN & BRUBAKER, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1990
TELEPHONE (907) 279-3581
FAX (907) 277-1331

DANIEL A. GERETY
STEPHEN M. ELLIS
CLAY A. YOUNG
WILLIAM E. MOSELEY
MARC D. BOND
J. D. CELLARS
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
JEFFREY P. STARK

OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
STANLEY M. REITMAN

EUGENE F. WILES
1937-1990

JOHN N. BRUBAKER
1937-1992

February 2, 1995

Kenneth S. Roosa
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567

VIA FACSIMILE
907-271-3224

Re: Wilson v. United States, Case No. A94-488 Civil (D. Alaska 1994)

Dear Mr. Roosa:

We represent Continental Insurance Company with respect to your tender of defense of this case. Any further communications regarding the tender should be directed to us rather than Brady and Company.

Your tender is under consideration by Continental Insurance Company. When we with authority as to the tender, we will make a response to you.

We have not been instructed as of this time to accept the tender. Thus we assume you will take action to answer the complaint so as to protect the interests of the United States.

Once we receive instructions on the tender, we will make a further response to you.

Sincerely,

DELANEY, WILES, HAYES,
REITMAN & BRUBAKER, INC.

James B. Friderici

JBF:amh

BBHC 001137

EXHIBIT D
Page 1 of 2

FEB 02 '95 12:14 DELANEY WILES                                    P.3

DELANEY, WILES, HAYES, REITMAN & BRUBAKER, INC.

Kenneth Roosa ltr
February 2, 1995
Page 2


cc: William Hutson
    Julie McCarty
    Darrel Richardson
    Robert K. Stewart, Jr.

(roosal.ltr)

BBHC 001138

EXHIBIT D
Page 2 of 2