**DELANEY, WILES, HAYES, REITMAN & BRUBAKER, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1990
TELEPHONE (907) 279-3581
FAX (907) 277-1331

DANIEL A. GERETY
STEPHEN M. ELLIS
CLAY A. YOUNG
WILLIAM E. MOSELEY
MARC D. BOND
J.D. CELLARS
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
JEFFREY P. STARK

COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
STANLEY M. REITMAN
EUGENE F. WILES
1922-1990
JOHN K. BRUBAKER
1937-1992

RECEIVED FEB 14 1995
Office of
United States Attorney
Anchorage, Alaska

February 13, 1995

Kenneth S. Roosa
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567

VIA FACSIMILE
907-271-3224

Re: *Wilson v. United States*, Case No. A94-488 Civil (D. Alaska 1994)

Dear Mr. Roosa:

We represent Continental Insurance Company with respect to your tender of defense of this case dated January 6, 1995, and are authorized to respond to that tender. Your tender of defense to Continental Insurance Company under its policy no. 93 CBP 06114933-94 is rejected.

The United States is not an insured under the policy. Form CG 00 01 11 8 forms a part of the policy and describes who is an insured. The United States does not fall within any of the definitions of that section.

We have examined the cases cited in your letter. We do not believe any of them apply to the present situation. The policy in question was never intended to benefit the United States so we do not believe the United States is an implied insured apart from the language of the policy.

In addition, policy no. 93 CBP 06114933-94 contains as an endorsement form CG 21 00 11 85. Even if there were coverage for the United States as an insured, which there is not, such coverage would only be in accordance with the terms of the policy.

The form CG 21 00 11 85 endorsement excludes "bodily injury" coverage for claims arising from certain listed premises. These listed premises include the Alcohol Transition Center which is where we understand this claim arose during a social function which was part of the treatment. Thus, even if the United States

CNA 000340

EXHIBIT E
Page 1 of 2

DELANEY, WILES, HAYES, REITMAN & BRUBAKER, INC.

Kenneth Roosa ltr
February 13, 1995
Page 2

were an insured, there would be no coverage for this claim because of the designated premises exclusion.

If there are additional portions of the policy which you believe provide coverage to the United States, please advise of such. If we have misconstrued the facts or there are additional facts which you believe we should be aware of, please advise and we will consider such facts to determine if they affect our opinions. However, absent further advice from us the tender is rejected.

Sincerely,

DELANEY, WILES, HAYES,
REITMAN & BRUBAKER, INC.

James B. Friderici

JBF:amh

cc: William Hutson
    Julie McCarty
    Darrel Richardson
    Robert K. Stewart, Jr.

(roosa2.ltr)

CNA 000341

EXHIBIT E
Page 2 of 2