Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CNA FINANCIAL CORPORATION ) | |
| AND THE CONTINENTAL ) | |
| CASUALTY COMPANY d/b/a ) | |
| THE CONTINENTAL INSURANCE ) | |
| COMPANY, ) | Case No. 3:98-cv-285-JWS |
| ) | |
| Defendant. ) | |

AFFIDAVIT OF CRAIG F. STOWERS

STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )

I, Craig F. Stowers, being first duly sworn, state as follows:

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Affidavit of Craig F. Stowers
U.S.A. v. Continental; Case No. 3:98-cv-285-JWS

Page 1 of 4

1. I am a judge of the Alaska Superior Court in Anchorage. Before I became a judge, I was a member of the law firm then known as Clapp, Peterson & Stowers, LLC. When I was in private practice, much of my practice involved insurance coverage issues.

2. In 1997, Ray Faccenda of the Continental Casualty Company contacted me to assess the merits of a claim that was being made by the United States that it was covered as an implied insured under a liability policy issued to the Bristol Bay Area Health Corporation. Neither Mr. Faccenda nor anyone else at Continental pressured me to reach any particular conclusions or even suggested a preferred outcome.

3. To assess the United States' claim, I analyzed the legal authorities set forth in the United States' tender. I also conducted a factual analysis that included contacting Lori Wing, Bristol Bay's broker. My factual investigation revealed that the Bristol Bay liability policies under which the United States tendered were intended to cover instances where the FTCA might not apply. Based on my factual investigation and legal analysis, the details of which are set forth in my opinion letter, I concluded and advised Continental that the United Stated was not covered. I never indicated to Continental that

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Declaration of Craig F. Stowers
U.S.A. v. Continental; Case No. 3:98-cv-285-JWS
Page 2 of 4

the United States might be covered, that it was a close call, or that the issue was debatable.  True and correct copies of my coverage opinion dated May 28, 1997 and a cover letter bearing the same date are attached hereto as Exhibit A.

       4.  After he received my opinion letter, Mr. Faccenda authorized me to write a denial letter to the United States on Continental's behalf.  A true and correct copy of that letter, which was addressed to Kenneth Roosa and dated June 19, 1997, is attached hereto as Exhibit B.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

       FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Craig F. Stowers

       SUBSCRIBED AND SWORN to before me, this _____ day of March, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 6/18/06

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Declaration of Craig F. Stowers
U.S.A. v. Continental; Case No. 3:98-cv-285-JWS

Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2006, a copy of the foregoing document was served electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   S/Gary A. Zipkin
F:\DATA\6024\1\Pleading\44AFFStowers.doc

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Declaration of Craig F. Stowers
U.S.A. v. Continental; Case No. 3:98-cv-285-JWS

Page 4 of 4