## AFFIDAVIT OF RAY FACCENDA

I, Ray Faccenda, first being duly sworn, state as follows:

1. In 1997, I was employed by the Continental Casualty Company. I was the person at Continental with primary responsibility for analyzing and responding to the United States' re-tender in 1997 of the claims brought by the Wilsons.

2. The United States relied on a theory of implied insurance in its tender. The theory of implied insurance that the United States discussed in its tender was new to me. Before I read that tender, I had never heard of an individual or entity that was not a named or additional insured under a policy being covered as an "implied" insured. As part of my investigation, I learned that the United States had tendered the same claims before, in 1995, that Continental retained counsel in 1995 to provide a coverage opinion, and that outside counsel opined in 1995 that the United States was not covered. Nonetheless, because the United States' theory was novel, I decided to retain counsel to provide another coverage opinion.

3. To that end, I contacted Craig Stowers, Esq., who was a name partner in a reputable Anchorage law firm and in my view an expert on Alaskan insurance law. I understand that Mr. Stowers is now a judge. I asked Judge Stowers to assess the merits of the United States' claims. I did not indicate in any way that I or Continental wanted Judge Stowers to reach any particular conclusions.

4. Judge Stowers concluded, and conveyed to me in a coverage opinion, that the United States was not covered and that its theory of implied insurance was inapplicable. I reviewed Judge Stowers' coverage opinion carefully, including his analysis and conclusions, and performed my own analysis. I agreed with Judge Stowers' conclusions. In reliance on his opinions, I authorized Judge Stowers to reject the United States' tender on Continental's behalf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7 day of March, 2006 at ~~Federal Way~~ Tacoma, Washington.

*Ray Faccenda*
Ray Faccenda

*Sharon L. Donlan*