Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )  | |
| Plaintiff,    )  | |
| ) | |
| vs.                               ) | |
| ) | |
| CNA FINANCIAL CORPORATION         ) | |
| AND THE CONTINENTAL               ) | |
| CASUALTY COMPANY d/b/a            ) | |
| THE CONTINENTAL INSURANCE         ) | |
| COMPANY,                          )  | Case No. 3:98-cv-285-JWS |
| ) | |
| Defendant.    ) | |
| _____) | |

AFFIDAVIT OF GREGORY G. SILVEY

| | |
|---|---|
| STATE OF ALASKA               ) | |
| ) ss. | |
| THIRD JUDICIAL DISTRICT       ) | |

Gregory G. Silvey, being first duly sworn, states as follows:

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Affidavit of Gregory G. Silvey
USA v. Continental; Case No. A98-285 CV (JWS)
Page 1 of 3

1. I am an attorney with the law firm of Guess & Rudd P.C., counsel for Continental Insurance Company and Continental Casualty Company in this action. I make this affidavit based upon my personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Lori Wing dated November 30, 1999.

3. Attached hereto as Exhibit B is Insurance Policy HMA 9500648-5, the general liability policy between Continental Insurance Company and Bristol Bay that went into effect September 30, 1993 and lasted for a term of one year. See Deposition of Kenneth S. Roosa dated December 15, 2005 at 20-21 & Ex. 6.

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the Deposition of Deborah Senn dated January 11, 2006.

5. Attached hereto as Exhibit D are true and correct copies of excerpts from the Deposition of Kenneth S. Roosa dated December 15, 2005.

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Affidavit of Gregory G. Silvey
USA v. Continental; Case No. A98-285 CV (JWS)
Page 2 of 3

I affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Gregory G. Silvey

SUBSCRIBED AND SWORN to before me this 16th day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 2/11/08

CERTIFICATE OF SERVICE
I hereby certify that on the
16th day of March, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:___s/Gary A. Zipkin___
F:\DATA\6024\1\Pleading\49AFF gaz (msj).doc

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Affidavit of Gregory G. Silvey
USA v. Continental; Case No. A98-285 CV (JWS)
Page 3 of 3