Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3   _____
     UNITED STATES OF AMERICA,          )
 4                                      )
                     Plaintiff,         )
 5                                      )       ORIGINAL
            vs.                         )
 6                                      )
     CNA FINANCIAL CORPORATION, et al., )
 7                                      )
                     Defendants.        )
 8   _____)
     Case No. A98-285 CV (JWS)
 9
10
     _____
11
12              DEPOSITION OF LORI K. WING
13   _____
14
               Tuesday, November 30, 1999
15                     10:00 a.m.
16
            Taken by Counsel for Defendants
17                         at
            Lane Powell Spears Lubersky
18           420 L Street, Suite 300
                 Anchorage, Alaska
19
20               CORRECTION SHEET:
21           [X] Signature waived
             [ ] Signed/dated
22               no corrections made
23           [ ] Signed/dated
                 corrections made
24
25
```

EXHIBIT  A
Page  1  of  2

A98-286 CV (JWS)  
USA v CNA

LORI K. WING  
11/30/1999

Page 69

1    Q.    Sure.

2    A.    This is a renewal proposal, because it
3    gives a prior policy number on this.  So there
4    had to be a preceding policy.  To take back my
5    first statement, I must have worked with them
6    September 27, 1988, that this would have been a
7    renewable policy on.

8    MR. ROOSA:  If it's helpful, I believe
9    that your records that you provided indicate that
10    there was a policy issued for less than a full
11    year initially.

12    THE WITNESS:  You're right.  I think it
13    was in March.  I started work with them, and in
14    March we placed the first one, and it was a
15    six-month policy.  Thank you.

16    Q.    (BY MR. DEVLIN) March of '88?

17    A.    March of '89.

18    Q.    Of '89?

19    A.    Yes, I believe.

20    Q.    I notice on, I guess where it talks
21    about coverage there, "Commercial General
22    Liability, Employers Liability, Auto Liability
23    only" -- Do you see that?

24    A.    Yes.

25    Q.    It says: "All malpractice is excluded."

EXHIBIT A  
Page 2 of 2