Deborah Senn                                                    January 11, 2006

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA

 3    ────────────────────────────────────────────────────

      UNITED STATES OF AMERICA,              )
 4                                           )
                             Plaintiff,      )
 5                                           )
          vs.                                )   No. A98-285 CV (JWS)
 6                                           )
      CNA FINANCIAL CORPORATION AND THE      )
 7    CONTINENTAL CASUALTY COMPANY d/b/a THE  )
      CONTINENTAL INSURANCE COMPANY,         )
 8                                           )
                             Defendant.      )
 9    ────────────────────────────────────────────────────

10          VIDEO-TAPED DEPOSITION UPON ORAL EXAMINATION
11                             OF
12                        DEBORAH SENN

13    ────────────────────────────────────────────────────

14        9:08 A.M. - 12:18 P.M. & 1:21 P.M. - 5:07 P.M.
15                  Wednesday, January 11, 2005
16                600 University Street, Suite 320
17                     Seattle, Washington
18
19
20
21
22
23
24                                          EXHIBIT  C
25    LORRAINE M. MILLAY, CCR/RPR            Page  1  of 3
```

```
 1       argued that they were an implied insured, they weren't a

 2       named insured on the policy, you understood that?

 3    A  Well, oh, yeah.  Of course.

 4    Q  Yeah.  And --

 5    A  Even though it might misstate the way Richard would -- but,

 6       yes, I underst -- I understood the issues, of course.

 7    Q  You understood that the issue was the United States had said

 8       that we're an implied insured?

 9    A  Yeah.  Yeah, I understood.

10    Q  I mean, did you think that it was important for you to

11       understand what the issue about what it takes to be an

12       implied insured in order to make an evaluation of whether or

13       not a carrier acted in bad faith in refusing a tender by an

14       impli -- by an alleged implied insured?

15    A  Well, the only thing I, I -- first, No. 1, in 2001 Judge

16       Sedwick writes his preliminary order and his order.  Even

17       though he reverses himself, he doesn't reverse any of his

18       findings of bad faith.  He only reverses himself on the

19       issue of implied insured.

20           Now I know this, that in order to commit bad faith you

21       have to do it against your own insured.  And so, if the U.S.

22       was not an implied insured, then the bad faith arguments go

23       away because their status is not such that they can have bad

24       faith committed against them.

25           But, look, Judge Sedwick reversed himself.  Richard
```

EXHIBIT _____C_____
Page ___2__ of _3_____

Deborah Senn                                                                                          January 11, 2006

Page 114

```
 1   A  Well, but if I decide -- I don't, I don't venture onto a
 2      topic that my client hasn't -- that's not, that's not the
 3      proper question.  I don't venture onto a topic in my report
 4      that my client hasn't agreed I should address that topic.
 5   Q  Okay.  And so, so your client, the United States --
 6   A  So that is not what I said.  I didn't -- but go ahead.
 7   Q  I'm sorry.  Your client, the United States, said
 8      Continental's corporate structure is something that they
 9      wanted you to offer an opinion on?
10   A  Well, I raised the issue to the United States.
11   Q  And they concurred they wanted you to offer an opinion about
12      it?
13   A  Well, to put this information in there so that if I have to
14      speak about the issue of the corporate structure I'm, I'm
15      prepared and I've laid the groundwork to do it.
16   Q  Did you do any legal research into what in fact -- well, do
17      you have any evidence that -- I think you made a reference
18      to Farmers setting up an elaborate corporate structure to
19      avoid liability, I think that's what you said.
20   A  That's been my experience and my opinion, yes.
21   Q  Okay.  Do you have any evidence that CNA or Continental has
22      structured their corporation to avoid liability?
23   A  No.  In fact, up until Mr. Lohr's testimony, it seemed like
24      everything was on the up and up in terms of their corporate
25      structure, particularly based on the deposition by
```