Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ALASKA
 3  _____
                                        )
 4  UNITED STATES OF AMERICA,           )
                                        )
 5            Plaintiff,                )
                                        )
 6      vs.                             )
                                        )
 7  CNA FINANCIAL CORPORATION           )
    AND THE CONTINENTAL                 )
 8  CASUALTY COMPANY d/b/a              )
    THE CONTINENTAL INSURANCE           )
 9  COMPANY,                            )
                                        )
10            Defendant.                )
    _____)
11  Case No. A98-285 CV (JWS)
12
13  _____

14       VIDEOTAPED DEPOSITION OF KENNETH S. ROOSA
    _____
15
              Pages 1 - 98, inclusive
16
           Thursday, December 15, 2005
17                 9:10 A.M.
18
         Taken by Counsel for Defendant
19                    at
                GUESS & RUDD
20        510 L Street, Suite 700
              Anchorage, Alaska
21
22
23
24
25
```

EXHIBIT D
Page 1 of 3

Page 20

1   Location of Premises" a little further down, you
2   will see the reference to "Alcohol Transition
3   Center."  Do you see that?
4        A.   I do.
5        Q.   Do you happen to know whether that is, in
6   fact, also known as Jake's Place?
7        A.   I know that testimony that was given in
8   depositions, that were taken by me in this case some
9   many years ago, indicated that, in fact, it was the
10  same as Jake's Place.
11       Q.   Okay.  Bear with me.  Before long, we'll
12  both be completely buried in paper.
13            MR. STONE:  Will you share with us the source
14  of this document, the A230 -- 2384 category?
15            MR. ZIPKIN:  I'd be happy to.  I mean,
16  there's no game here.  I'd be happy to, except all I
17  know is that this is among the documents that have
18  been produced by the parties.  I assume that the
19  reference to A2326 helps identify who the -- who
20  produced the document.  I'll be happy to discuss it
21  with you off the record, but that's all I can tell you
22  at the moment.
23            Let's have this marked.
24            (Exhibit 6 marked.)
25            THE WITNESS:  This looks like a

```
 1   multi-generational copy.
 2   BY MR. ZIPKIN:
 3        Q.   Yes.  Yes, I think probably it is.
 4   Exhibit 6 again is a lengthy document.  And I
 5   apologize for that.  But at the moment I'm just
 6   trying to establish what appears to be evident from
 7   the first page of Exhibit 6.
 8             Would you agree that it appears to relate --
 9   it even says "Common Policy Declarations" right here.
10   "Common Policy Declarations, Comprehensive Business
11   Policy, Daily Report."  And it seems to refer -- it's
12   hard to read.  Up at the very top right I see the
13   letters HMA and then a number, 9500645-5.  Would you
14   agree that that appears to say that?
15        A.   It could be -- it could be those numbers.
16   It looks to me like the -- the 643-5 is what it
17   looks more to me like.
18        Q.   Okay.  At the very end.  I may have --
19        A.   But it's -- it's very undistinct.
20        Q.   Yeah.  Or even indistinct.  Okay.  So can
21   you tell me if this is, in fact, HMA with those
22   numbers -- is it -- does it appear to be the policy
23   that you were provided by Mr. Stewart back in
24   December of '94?
25        A.   Because the policy period is the same as
```