## AFFIDAVIT OF LAWRENCE BOYSEN

I, Lawrence Boysen, affirm as follows:

1. I am the senior vice president and corporate controller of The Continental Insurance Company ("Continental Insurance") and an officer of Continental Casualty Company ("Continental Casualty"). I am familiar with the corporate structure and the recent financial reports of both Continental Casualty and Continental Insurance. I make this declaration in support of Continental Casualty's motion for summary judgment.

2. In 1995, CNA Financial Corporation purchased The Continental Corporation. As a result, Continental Casualty and Continental Insurance became affiliates, although neither was owned by the other. Then, in 2003, Continental Casualty became Continental Insurance's parent entity for the first time. Prior to 1995, Continental Casualty and Continental Insurance had no affiliation. Continental Insurance was organized in 1853. At that time, Continental Casualty did not yet exist.

3. Continental Casualty continues to be Continental Insurance's parent, and it provides Continental Insurance with managerial services such as underwriting, investing, claims adjusting, and sales strategizing. Continental Insurance is, however, its own corporate entity. Continental Insurance owns its own property, issues its own insurance policies, has its own bank accounts, and premiums it receives pass through its own books and records. As of the end of 2004, Continental Insurance had a net worth of almost 1.7 billion dollars. In exchange for Continental Casualty's services, Continental Insurance, like Continental Casualty's other subsidiaries, pays a share of Continental Casualty's expenses.

I affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14TH day of March, 2006 at Chicago, Illinois.

_____
Lawrence Boysen

Yolanda Jimenez
3/14/06

OFFICIAL SEAL
YOLANDA JIMENEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/24/09