**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *CNA FINANCIAL CORP. AND THE CONTINENTAL CAS. CO. d/b/a THE CONTINENTAL INS. CO.*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:98-cv-00285 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: March 23, 2006

The joint motion at docket 242 to extend deadline from March 24, 2006 to April 5, 2006 is **GRANTED**.