DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 3:98-cv-285-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

     Plaintiff moves for an extension of time to respond to Defendant's Motion for Partial Summary Judgment at docket 231. Plaintiff's opposition is currently due March 31, 2006. Plaintiff requests until April 6, 2006 to oppose. Defendant's reply will be due April 20, 2006.

Plaintiff's counsel has spoken to Greg Silvey, who indicated that Defendant did not oppose this request.

Respectfully requested this 27th day of March, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

s/Richard R. Stone, Sr.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone:  (202) 616-4291
Fax:  (202) 616-5200 fax
E-mail:  richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2006,
a copy of the foregoing UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
was served via fascimile on

Rebecca L. Ross  (312) 759-1939 fax

William Urquhart   (213) 443-3100 fax

Gary A. Zipkin.  (907) 793-2299 fax

s/ Richard L. Pomeroy