IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:98-cv-285-JWS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| The Continental Casualty Company, dba The Continental Insurance Company, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

The United States of America's motion for an extension of time, until April 6, 2006, to respond to Defendant's Motion for Partial Summary Judgment is GRANTED. Defendant's reply is due April 20, 2006.

Date: _____     _____
                                 John W. Sedwick
                                 United States District Court Judge