Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>vs.                                  )<br>                                     )<br>CNA FINANCIAL CORPORATION            )<br>AND THE CONTINENTAL                  )<br>CASUALTY COMPANY d/b/a               )<br>THE CONTINENTAL INSURANCE            )<br>COMPANY,                             )<br>                                     )<br>            Defendant.               )<br>_____) | Case No. 3:98-cv-285-JWS |

UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE
ON PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT


　　　　Plaintiff previously moved for an extension of time to respond to defendant's Motion for Partial Summary Judgment at docket 231. Defendants now seek, and plaintiff does not oppose, that all oppositions to all pending summary judgment motions

filed by either side be due on April 6, 2006.  All replies will be due April 20, 2006.

Defendants' counsel has contacted Richard Stone, who indicated that plaintiff does not oppose this request.

DATED at Anchorage, Alaska, this 29th day of March, 2006.

>
> GUESS & RUDD P.C.
> Attorneys for Defendants
>
> By: _____s/Gary A. Zipkin_____
>     Guess & Rudd P.C.
>     510 L Street, Suite 700
>     Anchorage, Alaska  99501
>     Phone: 907-793-2200
>     Fax:   907-793-2299
>     Email: gzipkin@guessrudd.com
>     Alaska Bar No. 7505048
>
> QUINN EMANUEL URQUHART
>    OLIVER & HEDGES, LLP
> Attorneys for Defendants
>
> By: _____s/A. William Urquhart_____
>     Quinn Emanuel Urquhart
>       Oliver & Hedges, LLP
>     865 South Figueroa Street, 10th Floor
>     Los Angeles, CA  90017
>     Phone: 1-213-443-3000
>     Fax:   1-213-443-3100
>     Email: billurquhart@quinnemanuel.com

CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of March, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:___s/Gary A. Zipkin___
F:\DATA\6024\1\Pleading\51 unopp mtn extend brfng schedule.doc