Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>vs.                                  )<br>                                     )<br>CNA FINANCIAL CORPORATION            )<br>AND THE CONTINENTAL                  )<br>CASUALTY COMPANY d/b/a               )<br>THE CONTINENTAL INSURANCE            )<br>COMPANY,                             )<br>                                     )<br>          Defendant.                 )<br>                                     ) | Case No. 3:98-cv-285-JWS |

[PROPOSED] ORDER

Defendants' motion to modify the briefing schedule on all pending motions for summary judgment to allow until April 6, 2006 for oppositions, and replies to be due on April 20, 2006, is GRANTED.

_____          _____
Dated                                   John W. Sedwick
                                        United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of March, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    s/Gary A. Zipkin
F:\DATA\6024\1\Pleading\52 Ord extend brfng schedule.doc

[Proposed] Order
USA v. Continental; Case No. A98-285 CV (JWS)
Page 2 of 2