IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:98-cv-285-JWS |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| The Continental Casualty Company, dba The Continental Insurance Company, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

The United States of America's motion for an extension of time, until **April 6, 2006**, to respond to Defendant's Motion for Partial Summary Judgment is **GRANTED**. Defendant's reply is due **April 20, 2006.**

 3/29/06
Date:

/s/
John W. Sedwick
United States District Court Judge