DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>       Defendant. | Case No. 3:98-cv-285-JWS<br><br>**PLAINTIFF UNITED STATES' MOTION TO HAVE A STATEMENT OF THE ISSUES ALREADY DECIDED ON SUMMARY JUDGMENT READ TO THE JURY** |

## INTRODUCTION

Because the Court has already held that some of Continental's actions amount to bad faith as a matter of law, plaintiff United States moves the Court to read the following statement of decided issues to the jury as permitted by Fed.R.Civ.P. 56(d).

## STATEMENT OF ISSUES TO BE READ TO THE JURY

The following issues have been decided in this case:

1. "[T]he United States was an implied additional insured [under Continental Insurance Company's policy number HMA 9500648-5]." Dkt. 61 at 6, and 57 at 3.[1]

2. "Continental is liable for bad faith insurance practices." Dkt. 61 at 6.

3. "Continental repeatedly failed to accept tenders from the United States . . . ." Dkt. 61 at 9.

4. "[Continental] failed to reasonably evaluate the facts and legal principles supporting the United States' position [regarding tenders of defense and coverage] . . . ." Dkt. 61 at 9.

5. "[Continental] failed to advise the United States that another policy might provide coverage . . . ." Dkt. 61 at 9.

6. "[Continental] had counsel retained for the insured (BBAHC) author an opinion letter addressing coverage issues implicating the insurer's (Continental's) rights and interests in seemingly clear derogation of ethical precepts forbidding such activity." Dkt. 61 at 9-10.

7. "In denying tender, Continental also adopted positions which, based on the testimony of Continental's own witnesses in this case, were simply wrong." Dkt. 61 at 10.

8. Continental's witness, who's testimony bound the company, testified that Continental had a duty to defend (if not necessarily indemnify) BBAHC employees in their FTCA capacity. Those employees are deemed by law to be employees of the United States. Because Continental

---

[1] The docket and page numbers are not to be read to the jury.

admitted that it had a duty to defend the United States' employees, it had the duty also to defend the United States.  Dkt. 61 at 10.

9.  "The holding [of the Alaska supreme court] in Lloyd's [& Institute of London Underwriting Cos. v. Fulton] makes clear that a breach of the sort of which occurred here [a breach of the duty to defend] exposes the insurer to damages in excess of policy limits."  Dkt. 87 at 5.

## CONCLUSION

For the foregoing reasons, the United States moves to have the above previously decided issues read to the jury.

Respectfully requested this 4th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

s/Richard R. Stone, Sr.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone:  (202) 616-4291
Fax:  (202) 616-5200 fax
E-mail:  richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2006,
a copy of the foregoing PLAINTIFF
UNITED STATES' MOTION TO
HAVE A STATEMENT OF THE
ISSUES ALREADY DECIDED ON
SUMMARY JUDGMENT READ TO THE JURY
was served electronically on Gary A. Zipkin
and William Urquhart, and via U.S. mail on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758

s/ Richard L. Pomeroy