Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                          )<br>               Plaintiff,                     )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>CNA FINANCIAL CORPORATION )<br>AND THE CONTINENTAL          )<br>CASUALTY COMPANY d/b/a      )<br>THE CONTINENTAL INSURANCE )<br>COMPANY,                                    )<br>                                                          )<br>               Defendant.                  )<br>_____) | Case No. 3:98-cv-285-JWS |

[PROPOSED] ORDER ON MOTION IN LIMINE NO. 1

The court having considered Continental's Motion In Limine No. 1 to Exclude Evidence or Argument Relating to Alleged Bad Acts From Other Cases and any opposition thereto,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
The Honorable John W. Sedwick
U.S. District Court Senior Judge

F:\DATA\6024\1\Pleading\66 Ord Mtn Lim 1.doc

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:     s/Gary A. Zipkin


[Proposed] Order on Motion In Limine No. 2
USA v. Continental; Case No. A98-285 CV (JWS)