Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:   (907) 793-2200
Fax:     (907) 793-2299
E-mail:  gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CNA FINANCIAL CORPORATION )<br>AND THE CONTINENTAL )<br>CASUALTY COMPANY d/b/a )<br>THE CONTINENTAL INSURANCE )<br>COMPANY, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1. I am a shareholder of the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company in this action. I make this declaration in support of defendants' motion in *limine* to exclude evidence or argument relating to alleged bad acts from other cases.

2.	Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Susan Lindquist, as Designee for the United States pursuant to Fed. R. Civ. P. 30(b)(6), dated February 9, 2006.

3.	Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Kenneth S. Roosa dated December 15, 2005.

4.	Attached hereto as Exhibit C are true and correct copies of excerpts from the United States' Amended Responses to Defendants' First Set of Discovery Requests dated March 15, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 5th day of April, 2006 at Anchorage, Alaska.

_____
Gary Zipkin