Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
     vs.                     )
                             )
CNA FINANCIAL CORPORATION    )
AND THE CONTINENTAL          )
CASUALTY COMPANY d/b/a       )
THE CONTINENTAL INSURANCE    )
COMPANY,                     )
                             )
         Defendant.          )
                             )

Case No. A98-285 CV (JWS)

VIDEOTAPED DEPOSITION OF UNITED STATES OF AMERICA

SUSAN J. LINDQUIST

Pages 1 - 128, inclusive

Thursday, February 9, 2006
9:16 A.M.

Taken by Counsel for Defendant
at
GUESS & RUDD
510 L Street, Suite 700
Anchorage, Alaska

Page 31

1  versus someone at, say, Health & Human Services?
2       A.   No.
3       Q.   Do you -- do you know whether or not, prior
4  to this case, that theory had ever been expressed in
5  any other case?
6       A.   I have memory of conversations about
7  insurance, but not about explicit defenses or
8  theories of recovery.
9       Q.   So if I understand -- if I understand your
10 answer - I just want to make sure I understand it -
11 as you sit here now, you can't say that -- that this
12 wasn't the first case -- this Wilson case wasn't the
13 first case in which the government had -- had
14 contended it was an implied insured under a
15 liability policy?
16      A.   Under that specific --
17           MR. STONE:  Hold on a second.  You mean just
18 in Alaska.
19           MR. TAYBACK:  I'll limit it to Alaska now.
20           MR. STONE:  Because the Ritchie case is --
21           MR. TAYBACK:  Well, I don't think --
22           MR. STONE:  -- has been filed.
23           MR. TAYBACK:  -- the Ritchie case applies,
24 but --
25           MR. STONE:  Okay.

Page 32

1        MR. TAYBACK: And I think I'm trying to get
2    her knowledge, by the way, not yours.
3        MR. STONE: And you want to know in Alaska.
4    BY MR. TAYBACK:
5        Q.   I will say in Alaska for right now.
6        A.   Yeah, that's fine.  On that specific theory
7    of implied insurance, I don't know.  I do know we
8    had general discussions about insurance coverage and
9    the relationship between the United States and
10   tribal contractors.
11       Q.   Let me ask you:  Do you know whether or
12   not, beyond Alaska, this Wilson case was -- whether
13   this Wilson case was the first case in which the
14   government had articulated a theory in which --
15   under which it would be treated as an insured, as an
16   implied insured in a policy in which it's not named,
17   a liability policy in which it's not named?
18       A.   No.
19       Q.   You don't know one way or the other?
20       A.   No.  I have no discussions with attorneys
21   from other districts.
22       Q.   Would you -- based on -- based on your
23   knowledge of having been in the U.S. Attorney's
24   office here in Alaska for the last 15 years, 16
25   years, right -- 15 or going on 16 -- would you agree