Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      vs.                       )
                                )
CNA FINANCIAL CORPORATION       )
AND THE CONTINENTAL             )
CASUALTY COMPANY d/b/a          )
THE CONTINENTAL INSURANCE       )
COMPANY,                        )
                                )
            Defendant.          )
_____)
Case No. A98-285 CV (JWS)


VIDEOTAPED DEPOSITION OF KENNETH S. ROOSA


Pages 1 - 98, inclusive

Thursday, December 15, 2005
9:10 A.M.

Taken by Counsel for Defendant
                at
          GUESS & RUDD
    510 L Street, Suite 700
       Anchorage, Alaska

Page 24

1   America to Continental Insurance Company.  You're
2   familiar -- you understand about that?
3       A.   I -- I have not had any contact with this
4   case since 2002, so I have no idea what's taken
5   place in depositions in the last three years.
6       Q.   Fair enough.  Does it appear to you --
7   that's fair.  Does it appear to you, sir, as you
8   look at it, to be a copy of the very first tender
9   that was made by the United States to Continental,
10  through Ms. Wing, at Brady and Company?
11      A.   That's accurate.
12      Q.   And will you agree with me, Mr. Roosa, that
13  as indicated in the first paragraph, the last
14  sentence of the first paragraph, that you reference
15  in this letter a policy number 93 CBP O6114933-94, a
16  commercial general liability insurance policy?
17      A.   That's correct.
18      Q.   Would you agree with me that nowhere in
19  your letter do you reference the HMA policy that you
20  already had in your possession?
21      A.   Not in this letter, no.
22      Q.   Prior to sending this letter to Ms. Wing,
23  do you know, sir, whether you had ever tendered the
24  defense of the United States of America to any
25  liability insurance company presenting the argument

Page 25

1   or theory that the United States was an implied
2   additional insured on that liability policy?
3           MR. STONE: Objection. You're using the term
4   "you" there. Are you speaking to the witness
5   personally from what he did or what he did for the
6   United States Attorney's office --
7           MR. ZIPKIN: What -- oh, I'm sorry. Go
8   ahead.
9           MR. STONE: -- or what he's aware of that was
10  done by the United States Attorney's office?
11          MR. ZIPKIN: Thank you. The question was --
12  I tried to be specific, and I meant to say "you,"
13  meaning Mr. Roosa. And I will go on from there.
14          THE WITNESS: There were many instances in
15  which similar tenders were made. I do not know if
16  this was the first, the third, the fifth. I -- I have
17  no recollection of the timing of those, but there were
18  many instances, during my tenure at the U.S.
19  Attorney's office, when similar tenders were made to
20  carriers.
21  BY MR. ZIPKIN:
22      Q.   Okay. But can you identify in your
23  memory -- and I'm not trying to stretch what you
24  have just said, but I want to understand it. Can
25  you identify any such other matter in your memory

Page 26

1   that preceded this date of January 6, '95?
2       A.   I have no -- no -- I cannot identify order
3   with -- whether the others that I have some
4   recollection of preceded this or came after it.  I
5   do not know.
6       Q.   It jumps ahead a bit, but bear with me.  Do
7   you recall having a conversation with an attorney,
8   John Treptow, T-r-e-p-t-o-w, at Dorsey & Whitney in
9   relationship to the Kallstrom tender, which we'll
10  discuss down the road, in which you had a discussion
11  with Mr. Treptow about the origination of the
12  concept or theory of the government being an implied
13  additional insured?
14      A.   No.
15      Q.   To try --
16      A.   I don't recall.  I don't recall the
17  conversation.
18      Q.   To try to refresh your memory, didn't you
19  say, to Mr. Treptow, words to the effect that at the
20  time this tender was made, January 6, '95, that it
21  was a novel concept, words to that effect?
22      A.   I don't recall the conversation.
23      Q.   I'm just trying to refresh your memory.  So
24  if it doesn't refresh, it doesn't refresh.
25      A.   It doesn't.