Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:         (907) 793-2299
E-mail:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>                   Plaintiff,                  )<br>                                                           )<br>vs.                                                     )<br>                                                           )<br>CNA FINANCIAL CORPORATION  )<br>AND THE CONTINENTAL             )<br>CASUALTY COMPANY d/b/a       )<br>THE CONTINENTAL INSURANCE )<br>COMPANY,                                     )<br>                                                           )<br>                   Defendant.                )<br>_____)   | Case No. 3:98-cv-285-JWS |

[PROPOSED] ORDER ON MOTION IN LIMINE NO. 2

The court having considered Continental's Motion In Limine No. 2 to Exclude

Evidence or Argument Relating to New, Unpleaded Claims of Purported Bad Faith, and/or

Alleged Acts of Bad Faith that Do Not Bear on the Reasonableness of Continental's Tender Rejection and any opposition thereto,

        IT IS HEREBY ORDERED that the motion is GRANTED.

        DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 2006.

        _____
        The Honorable John W. Sedwick
        U.S. District Court Senior Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    s/Gary A. Zipkin