Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax: (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION AND THE CONTINENTAL CASUALTY COMPANY d/b/a THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declares as follows:

1. I am a shareholder of the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company in this action. I make this

declaration in support of defendants' motion in limine to exclude evidence or argument relating to the Court's prior bad faith rulings.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the expert report of Deborah Senn dated November 22, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 5th day of April, 2006 at Anchorage, Alaska.

_____
Gary A. Zipkin

F:\DATA\6024\1\Pleading\74 Decl GAZ.doc

USA v. Continental; Case No. 3:98-cv-285-JWS
Declaration of Gary A. Zipkin