Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:        (907) 793-2299
E-mail:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CNA FINANCIAL CORPORATION )<br>AND THE CONTINENTAL )<br>CASUALTY COMPANY d/b/a )<br>THE CONTINENTAL INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>_____) | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1.	I am a shareholder of the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company in this action.  I make this declaration in support of defendants' motion in limine to exclude evidence or argument regarding defendants' litigation assertions or conduct.

2.  Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Deborah Senn dated January 11, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

_____
Gary A. Zipkin

F:\DATA\6024\1\Pleading\71 Decl GAZ.doc

USA v. Continental; Case No. 3:98-cv-285-JWS
Declaration of Gary A. Zipkin