IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

UNITED STATES OF AMERICA,        )
                                 )
                     Plaintiff,  )
                                 )
    vs.                          )   No. A98-285 CV (JWS)
                                 )
CNA FINANCIAL CORPORATION AND THE )
CONTINENTAL CASUALTY COMPANY d/b/a THE )
CONTINENTAL INSURANCE COMPANY,   )
                                 )
                     Defendant.  )

---

VIDEO-TAPED DEPOSITION UPON ORAL EXAMINATION

OF

DEBORAH SENN

9:08 A.M. - 12:18 P.M. & 1:21 P.M. - 5:07 P.M.

Wednesday, January 11, 2005

600 University Street, Suite 320

Seattle, Washington

LORRAINE M. MILLAY, CCR/RPR

EXHIBIT A
Page 1 of 2

SEATTLE DEPOSITION REPORTERS
www.seadep.com       (206)622-6661 * (800)657-1110   FAX: (206)622-6236
cfe5ee7e-209a-4c65-a406-a069d5297898

1    Mr. Boysen.
2  Q  And in fact --
3  A  But I think it's important -- it's important for, for the
4    parties to understand that Continental Insurance Company is
5    a shell.
6  Q  Why is that important to understand?
7  A  Well, because of --
8  Q  In your opinion.
9  A  Because of its -- because of its net worth. See, if, if --
10    I'll tell you. If Continental had dismissed -- tried to
11    dismiss CNAF and CCC from this case, then I'd say there's a
12    problem. The fact that CCC is in the case and Mr. Boysen
13    has laid out that company's worth, I think it's not a
14    problem.
15  Q  So -- okay. So if it's not a problem, why --
16  A  Well, it is a problem now because Mr. Lohr has made an
17    argument that I think is incorrect.
18  Q  Okay. Well, my question is -- I think you -- do you
19    consider your expert report to be an argument in favor of
20    the government?
21  A  No. It's my opinion about this -- the matters in this case.
22  Q  Is there some reason that you think that his, Mr. Lohr's,
23    report is an argument and yours is not?
24  A  Well, fine. You can call mine an argument if I've called
25    his an argument. Mr. Lohr has proffered his opinion --