Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone: (907) 793-2200
Fax: (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,            )<br>                                 )<br>vs.                              )<br>                                 )<br>CNA FINANCIAL CORPORATION        )<br>AND THE CONTINENTAL              )<br>CASUALTY COMPANY d/b/a           )<br>THE CONTINENTAL INSURANCE        )<br>COMPANY,                         )<br>                                 )<br>            Defendants.           )<br>_____) | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1.    I am a shareholder of the law firm of Guess & Rudd, P.C., counsel for The Continental Insurance Company and Continental Casualty Company in this action. I make this declaration in support of defendants' motion *in limine* to exclude testimony of Rick R. Gaskins.

2. Attached hereto as Exhibit A is a true and correct copy of Rick R. Gaskins' Expert Report as produced by the Government in this case.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Rick R. Gaskins dated January 25, 2006.

4. Both The Continental Insurance Company and Continental Casualty Company have produced financial information from 1988 to 2004 in this case, including Continental Insurance Company's Annual Statements from 1995-2004 and Quarterly Statement for 2005 (CNA 001424 -- CNA 004096); Continental Casualty Company's Annual Statements from 1995-2004 and Quarterly Statement for 2005 (CNA 004097 -- CNA 006349); and Continental Insurance Company's and Continental Casualty Company's Annual Statements from 1988-1994 (CNA 10000 -- CNA 13811).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

_____
Gary A. Zipkin

F:\DATA\6024\1\Pleading\70 Decl GAZ.doc

USA v. Continental; Case No. 3:98-cv-385-JWS
Declaration of Gary A. Zipkin