Capital Reporting Company

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

---------------------------------:
UNITED STATES OF AMERICA,        :
                                 :
        Plaintiff,               :
                                 :
    vs.                          :Case No.:
                                 :A98-285CV (JWS)
CNA FINANCIAL CORPORATION, et al.,:
                                 :
        Defendants.              :
---------------------------------:

                              Washington, D.C.

                    Wednesday, January 25, 2006

Videotaped deposition of:

RICK GASKINS

called for oral examination by counsel for

Defendants, pursuant to notice, at Capital Reporting

Company, 1000 Connecticut Avenue, Northwest,

Washington, D.C., before Shari R. Broussard, of

Capital Reporting Company, a Notary Public in and

for the District of Columbia, beginning at 12:18

p.m., when were present on behalf of the respective

parties:

EXHIBIT B
Page 1 of 5

202.857.DEPO   www.CapitalReportingCompany.com
1000 Connecticut Avenue, NW Suite 505 Washington, D.C. 20006
04746d4a-cc13-4a50-90c2-eeea3c9ad3a3

1   Q   Where you say that this report expresses
2   your opinion of the financial information that
3   would assist a jury in considering an award of
4   punitive damages in this matter, how did you -- how
5   did you come to have an understanding about what
6   kinds of information a jury is supposed to consider
7   in making an award of punitive damages?
8   A   My reading and experience with punitive
9   damages and the elements of information that
10  typically a jury may consider.
11  Q   Okay.  Can you tell me the understanding
12  that you used in forming your opinion, as expressed
13  here, about what information a jury should
14  consider?
15  A   Well, I think that -- that guides of both
16  case law and treatises suggest basic elements would
17  be the wealth and income of the alleged wrongdoer.
18  To that one might add additional information about
19  how the wrongdoer spends its money or -- or
20  lifestyle.  So, for instance, executive
21  compensation is an area that I think is
22  appropriate.

EXHIBIT B
Page 2 of 5

1  Q    Okay. You mentioned executive
2  compensation. Is -- can you point me to -- to any
3  authority or treatise or a particular treatise or a
4  particular case or anything that -- that supports
5  the idea that executive compensation is something
6  that would be relevant to a jury's determination of
7  a punitive damage award?
8  A    I think it's related to the wealth and
9  income of the alleged wrongdoer.
10 Q    I understand your opinion. I guess my --
11 A    An alleged wrongdoer could be expected to
12 say we're poor and the level of executive
13 compensation is evidence that may either support
14 that contention or would refute it, so I think it's
15 --
16 Q    Okay. I guess my question though is --
17 is you mentioned that your understanding comes from
18 various treatises and case law, and I'm just
19 wondering if you have in mind a particular treatise
20 or a particular case that -- that stands for that
21 proposition because I didn't see it in your report.
22 A    I have no particular case.  EXHIBIT __B__
                                    Page __3__ of __5__

1     A     It relates to the decision makers within
2  the defendant organization.
3     Q     Okay.  Why is that important to your
4  analysis?
5     A     As I said, the -- the position of the
6  defendant would be we are poor, and if you're poor,
7  let's see how you -- how you pay.
8     Q     But then --
9     A     And let's look at the -- the key decision
10 makers within the organization who, at least by
11 position, theoretically have responsibility for the
12 conduct of the organization.
13    Q     Okay.  So I guess as far as seeing how a
14 company spends its money to measure whether
15 they're, I think you said whether they're poor or
16 not, wouldn't you want to look at how they spent
17 all their money, not just how they compensate
18 certain -- certain employees, certain executives?
19    A     I did overall look at their income and
20 expense and their wealth.
21    Q     Okay.  But the only particular
22 expenditure that you -- that you thought pertained

1   the defendants' revenue on an annual basis is spent
2   on the compensation of the executives whose
3   compensation you call out in your report?
4       A    Well, in theory you could calculate that
5   except in this particular fact pattern they're
6   entities that apparently have no employees which
7   are controlled by employees of other entities.
8           There are the quota sharing and pooling
9   arrangements also which make determination of what
10  would be the gross income of the entity.  In
11  essence, it's almost like a man's suit.  It has
12  many pockets.  Is it appropriate to just look at
13  one pocket?  Are we talking about the suit?  So
14  those are those issues.
15          The figures I've given are as presented
16  by the defendants in regulatory disclosures.
17      Q    And you think that's -- that's the kind
18  of thing you would typically rely upon as being
19  accurate, correct?
20      A    Yes.
21      Q    And I think you said that, in answer to
22  my question whether you calculated the -- whether