Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:     (907) 793-2299
E-mail:  gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CNA FINANCIAL CORPORATION )<br>AND THE CONTINENTAL )<br>CASUALTY COMPANY d/b/a )<br>THE CONTINENTAL INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 3:98-cv-285-JWS |

DEFENDANTS' MOTION IN LIMINE NO. 7 TO PRECLUDE
REFERENCE TO THE NUMBER OF LAW FIRMS RETAINED
BY DEFENDANTS IN THIS CASE AND THE AMOUNT OF
<u>MONEY DEFENDANTS HAVE SPENT ON LEGAL FEES</u>

USA v. Continental; Case No. 3:98-cv-285-JWS
Defendant's Motion in Limine No. 7 to Preclude Evidence Regarding Number of Firms Retained

Page 1 of 4

Preliminary Statement

Based on the Government's statements in briefs to the Court, defendants believe the Government intends to reference the number of law firms defendants have retained in this case and/or the amount of money defendants have spent on legal fees in its presentation to the jury. Reference to such information could serve no proper purpose. Instead, the Government will talk about the amount of money defendants have paid their lawyers to improperly imply that defendants are willing to spend money only to protect themselves, but not when it comes to paying meritorious claims. The Court should disallow any attempt to prejudice defendants in this way.

**Argument**

I.   THE COURT SHOULD PRECLUDE ANY REFERENCE TO THE NUMBER OF LAW FIRMS RETAINED BY DEFENDANTS OR THE AMOUNT OF MONEY DEFENDANTS HAVE SPENT ON LEGAL FEES

The number of law firms defendants have retained and the amount of money defendants have spent on legal fees are irrelevant and have no probative value. In referring to such matters, the Government's obvious intention would be to prejudice defendants and distract the jury, implying that defendants always had plenty of money to pay their lawyers, but no money to pay the claims of Continental's insured. The Court should preclude the Government from making such a facially improper argument at trial. Fed. R. Evid. 402, 403; United States v. Ellis, 147 F.3d 1131, 1135 (9th Cir. 1998) (evidence should be excluded under Rule 403 "if its probative value is outweighed by unfair prejudice. . . .  'Unfair prejudice' refers to an 'undue

USA v. Continental; Case No. 3:98-cv-285-JWS
Defendant's Motion in Limine No. 7 to Preclude Evidence Regarding Number of Firms Retained

Page 2 of 4

tendency to suggest decision on an improper basis, commonly, though not necessarily, an emotional one' or 'evidence designed to elicit a response from the jurors that is not justified by the evidence.'") (quoting 2 Jack B. Weinstein & Margaret A. Berger, Weinstein's Federal Evidence, § 403.04[1][b] (2d ed. 1997)).

## Conclusion

For the foregoing reasons, defendants respectfully request that the Court preclude any reference by the Government to the number of law firms retained by defendants in this case or the amount of money defendants have spent on legal fees.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

GUESS & RUDD P.C.
Attorneys for Defendants

By: _____S/Gary A. Zipkin_____
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone: 907-793-2200
Fax:   907-793-2299
Email: gzipkin@guessrudd.com
Alaska Bar No. 7505048

USA v. Continental; Case No. 3:98-cv-285-JWS
Defendant's Motion in Limine No. 7 to Preclude Evidence Regarding Number of Firms Retained

Page 3 of 4

>QUINN EMANUEL URQUHART
>  OLIVER & HEDGES, LLP
>Attorneys for Defendants
>
>By:   S/A. William Urquhart
>      Quinn Emanuel Urquhart
>       Oliver & Hedges, LLP
>      865 South Figueroa
>      Street, 10th Floor
>      Los Angeles, CA  90017
>      Phone: 1-213-443-3000
>      Fax:   1-213-443-3100
>      Email:
>      billurquhart@quinnemanuel.com

F:\DATA\6024\1\Pleading\69 Mtn Lim #7.DOC

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:     S/Gary A. Zipkin

USA v. Continental; Case No. 3:98-cv-285-JWS
Defendant's Motion in Limine No. 7 to Preclude Evidence Regarding Number of Firms Retained