Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    (907) 793-2200
Fax:    (907) 793-2299
E-mail:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>)<br>Plaintiff,    )<br>)<br>vs.                                                          )<br>)<br>CNA FINANCIAL CORPORATION    )<br>AND THE CONTINENTAL              )<br>CASUALTY COMPANY d/b/a         )<br>THE CONTINENTAL INSURANCE   )<br>COMPANY,                                         )<br>)<br>Defendant.    )<br>_____) | Case No. 3:98-cv-285-JWS |

[PROPOSED] ORDER ON MOTION IN LIMINE NO. 7

The court having considered Continental's Motion In Limine No. 7 to Preclude Reference to the number of Law Firms Retained by Defendants in this Case and the Amount of Money Defendants have Spent on Legal Fees and any opposition thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall not present evidence, testimony, or refer to the number of law firms that represented defendants or the amount of legal fees incurred by defendants in this case.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
The Honorable John W. Sedwick
U.S. District Court Senior Judge

F:\DATA\6024\I\Pleading\69 Ord Mtn Lim 7.doc

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Guess & Rudd P.C.


By:_____s/Gary A. Zipkin_

[Proposed] Order on Motion In Limine No. 7
USA v. Continental; Case No. A98-285 CV (JWS)
Page 2 of 3