Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:      (907) 793-2200
Fax:          (907) 793-2299
E-mail:      gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CNA FINANCIAL CORPORATION | ) | |
| AND THE CONTINENTAL | ) | |
| CASUALTY COMPANY d/b/a | ) | |
| THE CONTINENTAL INSURANCE | ) | |
| COMPANY, | ) | Case No. 3:98-cv-285-JWS |
| | ) | |
| Defendants. | ) | |
| | ) | |


[PROPOSED] ORDER ON MOTION IN LIMINE NO. 9


The court having considered Continental's Motion In Limine No. 9 to Exclude

Evidence About or References to the Destination of any Punitive Damages Awarded by the Jury

and any opposition thereto,

IT IS HEREBY ORDERED that the motion is granted. Plaintiff shall not present evidence or refer to the destination of any punitive damages potentially awarded by the jury.


DATED at Anchorage, Alaska, this ____ day of _____, 2006.



_____
The Honorable John W. Sedwick
U.S. District Court Senior Judge

F:\data\6024\1\pleading\75 Ord Mtn Lim 9.doc


CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Guess & Rudd P.C.


By: _____s/Gary A. Zipkin_


USA v. Continental; Case No. 3:98-cv-285-JWS
[Proposed] Order re Motion in Limine #9