Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:   (907) 793-2200
Fax:     (907) 793-2299
E-mail:  gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CNA FINANCIAL CORPORATION ) | |
| AND THE CONTINENTAL ) | |
| CASUALTY COMPANY d/b/a ) | |
| THE CONTINENTAL INSURANCE ) | |
| COMPANY, ) | Case No. 3:98-cv-285-JWS |
| ) | |
| Defendants. ) | |
| _____) | |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1.    I am a shareholder of the law firm of Guess & Rudd, P.C., counsel for The Continental Insurance Company and Continental Casualty Company in this action. I make this declaration in support of defendants' motion *in limine* to enforce damages stipulation.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Deborah Senn, dated January 11, 2006.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Susan Lindquist, dated February 9, 2006.

4. Attached hereto as Exhibit C is a Stipulation Regarding Damages.

5. Email from Richard Stone, Esq. to Dylan Proctor, Esq., dated March 27, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

_____
Gary A. Zipkin

F:\DATA\6024\1\Pleading\72 Decl GAZ.doc