Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:      (907) 793-2200
Fax:        (907) 793-2299
E-mail:     gzipkin@guessrudd.com

QUINN EMANUEL URQUHART OLIVER & HEDGES
  A. William Urquhart (admitted *pro hac vice*)
  Christopher Tayback (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION<br>AND THE CONTINENTAL<br>CASUALTY COMPANY d/b/a<br>THE CONTINENTAL INSURANCE<br>COMPANY,<br><br>          Defendants. | Case No. A98-285 CV (JWS)<br><br>STIPULATION REGARDING DAMAGES |

WHEREAS, defendants intended to take discovery on certain topics, and the United States indicated that such discovery was unnecessary based on stipulations to which it would agree,

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

(1) The United States settled the underlying Federal Tort Claims Act case brought by the Wilsons for $2.8 million. Continental's rejection of the United States' tenders did not increase the amount of that settlement. Even if Continental had accepted the United States' first tender, the amount of the eventual settlement with the Wilsons would have been the same.

(2) Because there were no ongoing litigation activities in the Kallstrom case, the United States did not suffer any damages, and was not harmed in any way, including defense costs, by Continental's failure to respond to the United States' tender of the claims in the Kallstrom case in 2001.

(3) Aside from the amount of the settlement with the Wilsons and defense costs, the United States has not been injured by Continental's conduct in any way.

DATED: March __, 2006          QUINN EMANUEL URQUHART
                               OLIVER & HEDGES

                               By: _____
                                   Christopher Tayback
                                   Attorneys for Defendants

DATED: March ___, 2006         U.S. DEPARTMENT OF JUSTICE
                               CIVIL DIVISION, TORTS BRANCH

                               By: _____
                                   Richard R. Stone, Sr.
                                   Attorneys for the United States