# Gregory G. Silvey

| | |
|---|---|
| **From:** | Dylan Proctor [dylanproctor@quinnemanuel.com] |
| **Sent:** | Monday, April 03, 2006 6:25 PM |
| **To:** | Gregory G. Silvey |
| **Subject:** | FW: draft stipulation |

```
-----Original Message-----
From: Richard.Stone@usdoj.gov [mailto:Richard.Stone@usdoj.gov]
Sent: Monday, March 27, 2006 12:30 PM
To: Dylan Proctor
Cc: Richard.Pomeroy@usdoj.gov
Subject: RE: draft stipulation
```

1. The introduction should read: "The parties stipulate as follows:"
2. I am not authorized to stipulate to items 1 or 3 3. The United States will stipulate to paragraph 2 only as follows:

"The United States will not introduce any evidence that its defense costs for the Kallstrom appeal were increased by Continental's failure to respond to the United States' retender of the Kallstrom appeal defense in October 2001."

If, because I am unable to stipulate further, you need more time to prepare a motion on those items, I will work that out with you by stipulation.

```
-----Original Message-----
From: dylanproctor@quinnemanuel.com
[mailto:dylanproctor@quinnemanuel.com]
Sent: Wednesday, March 01, 2006 1:42 PM
To: Stone, Richard (CIV)
Cc: christayback@quinnemanuel.com
Subject: draft stipulation
```

Dear Richard:

As I believe you and Chris Tayback discussed, please review the proposed stipulations in the attached document, which we think are consistent with our understanding. Please do not hesitate to call us if they require changes. We are working on our draft of the Statement of Issues and Statement of Undisputed Facts, and will send those later. Thanks.


B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: dylanproctor@quinnemanuel.com
<mailto:dylanproctor@quinnemanuel.com>
Web: www.quinnemanuel.com <blocked::http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT D
Page 1 of 1