IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                   Plaintiff,           )<br>                                                              )<br>    vs.                                                  )<br>                                                              )<br>The Continental Casualty               )<br>Company, dba The Continental      )<br>Insurance Company,                       )<br>                                                              )<br>                   Defendants.       )<br>_____ ) | Case No. 3:98-cv-285-JWS<br><br>[PROPOSED] ORDER |

The United States of America's motion for an extension of time, until April 11, 2006, to respond to Defendant's Motion for Partial Summary Judgment is GRANTED.  Defendant's reply is due April 25, 2006.

Date: _____          _____
                                                                          John W. Sedwick
                                                                          United States District Court Judge