Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:      (907) 793-2200
Fax:        (907) 793-2299
E-mail:     gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                           )<br>                        Plaintiff,           )<br>                                                           )<br>vs.                                                      )<br>                                                           )<br>CNA FINANCIAL CORPORATION   )<br>AND THE CONTINENTAL                )<br>CASUALTY COMPANY d/b/a          )<br>THE CONTINENTAL INSURANCE   )<br>COMPANY,                                        )<br>                                                           )<br>                        Defendants.        )<br>_____ ) | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1.      I am a shareholder of the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company in this action. I make this declaration in support of defendants' motion in limine to preclude the testimony of Deborah Senn.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Deborah Senn dated January 11, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of Deborah Senn's Expert Report dated November 22, 2005.

4. Attached hereto as Exhibit C are true and correct copies of portions of the United States' Amended Responses to Defendant's First Set of Discovery Requests in the Punitive Damages Phase dated March 15, 2006.

5. Attached hereto as Exhibit D are true and correct copies of excerpts from the Deposition of William Hutson dated April 7, 2000.

6. Attached hereto as Exhibit E is a true and correct copy pf a letter from James Friderici to Bill Hutson dated January 20, 1995.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

_____
Gary A. Zipkin