```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                         DISTRICT OF ALASKA

 3

 4
         UNITED STATES OF AMERICA,
 5
                 Plaintiff,
 6
             vs.          CIVIL ACTION NO. A98-285-CV(JWS)
 7
         CNA FINANCIAL CORPORATION and
 8       THE CONTINENTAL CASUALTY COMPANY,
         d/b/a THE CONTINENTAL INSURANCE COMPANY,
 9
                 Defendants.
10
                                                    COPY
11

12       DEPOSITION OF:     WILLIAM W. HUTSON, JR.

13       DATE:               April 7, 2000

14       TIME:               9:55 AM

15       LOCATION:           Offices of
                             A. William Roberts, Jr., &
16                           Associates
                             Suite 1980, 1201 Main Street
17                           Columbia, SC

18       TAKEN BY:           Counsel for the Plaintiff

19       REPORTED BY:        JANE G. LA PORTE
                             Professional & Merit Certifications
20
         Computer-aided transcription by:
21

22           A. WILLIAM ROBERTS, JR., & ASSOCIATES

23       Charleston, SC                      Columbia, SC
         (843) 722-8414                      (803) 731-5224
24
         Greenville, SC                      Charlotte, NC
25       (864) 234-7030                      (704) 537-3919


              A. WILLIAM ROBERTS, JR., & ASSOCIATES
```

EXHIBIT D
Page 1 of 2

WILLIAM W. HUTSON  -  EX. BY MR. POMEROY

1   Mike Cox.  That would be the only people I could
2   think of.
3        Q.   Is there anybody else you would have run
4   it by?
5        A.   No.  That would have been the person I
6   reported to.
7        Q.   Would the Corporate Claims have been
8   involved in the decision-making process?
9        A.   Corporate Claims didn't really have any
10  authority.  They could recommend, but ultimately the
11  authority was with Health Care.  They were an
12  ancillary organization who was there, as I said, to
13  be more of a quality control and recommendations;
14  ultimate decision would have been with Health Care.
15       Q.   And did you do any analysis, independent
16  of Friderici's recommendation to you?
17       A.   I'm sure we looked at the case and all of
18  its merits independently.  And we ended up looking at
19  his material, and what we had in the file.  And we
20  came to the conclusion that we agree with him.
21       Q.   Did you have any notes or keep any
22  records on what analysis or research you had done?
23       A.   It would be that, if it's there.
24       Q.   And why, since -- well, why was the
25  United States' tendered declined?

A. WILLIAM ROBERTS, JR., & ASSOCIATES

EXHIBIT D
Page 2 of 2