Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>vs.                                 )<br>                                    )<br>CNA FINANCIAL CORPORATION           )<br>AND THE CONTINENTAL                 )<br>CASUALTY COMPANY d/b/a              )<br>THE CONTINENTAL INSURANCE           )<br>COMPANY,                            )   Case No. 3:98-cv-285-JWS<br>                                    )<br>            Defendant.              )<br>_____) | |

JOINT MOTION TO MODIFY FILING
DEADLINES FOR CERTAIN PRE-TRIAL MATTERRS

The parties jointly request an extension of the deadline for filing their joint statement of uncontested facts, joint statement of issues, and for the exchange of their trial exhibits from Wednesday, April 5, 2006 to Friday, April 7, 2006. The parties are working toward a completion of these items, but despite good faith efforts on both sides, some modest additional

Joint Motion to Modify Filing Deadlines for Certain Pre-Trial Matters
USA v. Continental; Case No. 3:98-cv-285-JWS)
Page 1 of 3

time is still needed to allow the parties to complete these tasks. Objections to exhibits are still due on or before April 17, and replies to objections by April 24, the same dates they would have been due had exhibits been exchanged on April 5, 2006. No other pre-trial deadlines are affected by this proposed change.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendants

        By:     s/Gary A. Zipkin
            Guess & Rudd P.C.
            510 L Street, Suite 700
            Anchorage, Alaska  99501
            Phone: 907-793-2200
            Fax:   907-793-2299
            Email: gzipkin@guessrudd.com
            Alaska Bar No. 7505048

        QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP
        Attorneys for Defendants

        By:     s/A. William Urquhart
            Quinn Emanuel Urquhart
              Oliver & Hedges, LLP
            865 South Figueroa
            Street, 10th Floor
            Los Angeles, CA  90017
            Phone: 1-213-443-3000
            Fax:   1-213-443-3100
            Email:
            billurquhart@quinnemanuel.com

Joint Motion to Modify Filing Deadlines for Certain Pre-Trial Matters
USA v. Continental; Case No. 3:98-cv-285-JWS)
Page 2 of 3

DATED at Anchorage, Alaska, this 5th day of April, 2006.

        DEBORAH M. SMITH
        Acting United States Attorney

        By:   s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        Alaska Bar No. 8906031

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   s/Gary A. Zipkin
F:\DATA\6024\1\Pleading\77 joint mtn for extension of time.doc

Joint Motion to Modify Filing Deadlines for Certain Pre-Trial Matters
USA v. Continental; Case No. 3:98-cv-285-JWS)
Page 3 of 3