Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>vs.                                )<br>                                   )<br>CNA FINANCIAL CORPORATION          )<br>AND THE CONTINENTAL                )<br>CASUALTY COMPANY d/b/a             )<br>THE CONTINENTAL INSURANCE          )<br>COMPANY,                           )     Case No. 3:98-cv-285-JWS<br>                                   )<br>            Defendant.             )<br>_____) | |

[PROPOSED] ORDER

    The parties' motion to modify the schedule as to filing joint statements of uncontested facts and issues, and for the exchange of exhibits to allow until April 7, 2006 for those tasks to be completed, is GRANTED.

_____        _____
Dated                                  John W. Sedwick
                                       United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    s/Gary A. Zipkin
F:\DATA\6024\1\Pleading\78 Ord extend deadlines.doc