Robert A. Lohr
2515 Telequana Drive
Anchorage, Alaska 99517
907-248-5432
907-223-9836 (cell)

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| Alaska Division of Insurance<br>Director | Department of Community & Economic Development<br>Anchorage, Alaska<br>1999-2003 |

Promote Alaskan business and protect the public by regulating the insurance industry in Alaska to ensure that a wide range of insurance products are available at affordable prices. Licensed only qualified, financially sound companies and approved or disapproved significant changes in their status. Considered the proposal by Premera Blue Cross to convert from non-profit to profit status. Montored the financial solvency of insurance companies. Ensured that only those qualified and of good character are licensed to engage in the insurance business. Supervised the consumer complaint function and ordered restitution where appropriate. Directed market conduct examinations designed to ensure industry compliance with insurance statutes and regulatons. Investigated possible criminal and adminstrative violations of the Insurance Code. Reviewed proposed policy language to determine that it is not misleading or ambiguous and review proposed rates to ensure that they are neither excessive, inadequate, nor unfairly discriminatory. Oversaw a staff of 55. Testified to legislative committees on proposed insurance legislation and worked with businsses, insurance companies, agents, brokers and the public to support passage of needed bills.

Held national insurance regulatory leadership positions, such as Executive Committee member of the National Association of Insurance Commissioners, a $55 million agency. Served as Vice Chair and Acting Chair of the 14-state Western Zone. Served on the Internal Administration Subcommittee and chaired the Database Fee Working Group that is responsible for the organization's primary revenue source and serves as a member of the Internal Administration subcommittee that oversees NAIC operations. Co-chaired the NARAB Working Group that dramatically streamlined agent/broker licensing nationally. Served a member of the International Committee, traveling to conduct training seminars and participated extensively in meetings of the International Association of Insurance Supervisors.

| | |
|---|---|
| Alaska Public Utilities Commission<br>Executive Director | Department of Commerce & Economic Development<br>Anchorage, Alaska<br>1991-1999 |

Under the direction of the Chair and the Commissioners, served as chief administrator of the staff of the Alaska Public Utilities Commission. Supervised the staff of the Commission that regulates the rates, services and practices of Alaskan public utilities and pipeline carriers. Advised the Commission on regulatory matters; upon request of the Commission, designated a staff team to formally participate as a party in contested cases. Maintained the administrative functions of the Commission. Testified on behalf of the Commission to the legislature. The position had principal

200144

responsibility for the implementation of Commission-established policy, short and long range plans and budgets.

Developed and obtained legislative enactment of the new revenue source for the Commission, the regulatory cost charge on utility gross revenues. This freed the APUC from its dependence on unrestricted general funds for its operations.

Bob Lohr & Associates 1986-1991
Owner & Principal Consultant Anchorage, Alaska

Provided technical assistance to non-profit organizations and businesses. Served as Executive Director for a Native association facing severe administrative difficulties, internal strife and bankruptcy. Developed and commenced implementation of action plan to ensure continued ability to operate successfully this association delivering $2 million per year worth of health and social services to local people.

*Obtained confirmation of board commitment to original goals of the organization
*Re-established internal communications
*Developed clear priorities
*Restored good relationships with funding sources
*Developed network of individuals and organizations concerned about the success of organization.

Advocacy Services of Alaska 1989-1991
Executive Director Anchorage, Alaska

Executive Director for the protection & advocacy agency for Alaska, which provides legal representation to persons with developmental disabilities and chronic mental illness. Developed new funding sources including the first non- governmental grants for this statewide agency. Expanded mandate of agency substantially and obtained corresponding expansion in scope of state grant.

Rural Alaska Community Action Program, Inc 1979-1986
Executive Director and other positions Anchorage, Alaska

Maintained funding for this major statewide non-profit with annual contracts in excess of $5 million. Established continued funding to meet Rural CAP's goal of rural economic development throughout Alaska.

Managed internal and external functions under the supervision of 21-member statewide board of directors; supervised a staff of 175. The position required a detailed knowledge of and interaction with the legislature, as well as state and federal agencies.

Addressed wide-ranging needs, including: village community development, energy weatherization), head start, natural resources, alcohol/drug abuse prevention

200145

Established a statewide network of non-profit organizations concerning the issues of federal budget cuts and proposed restrictions on lobbying by grass roots organizations.

Business Manager, Energy Director and Deputy Director 1979-1982. Developed rural energy policy for Alaskan villages and persuaded Governor Hammond to adopt major provisions, developed administrative and program budgets to enable program to focus on priorities during a time of budget reductions; supervised all programs and internal operations of the agency.

| | |
|---|---|
| Upper Tanana Development Corporation, 1975-1979 | Executive Director  Tok, Alaska |

Founded this regional development corporation serving the Upper Tanana region of eastern interior Alaska with the commitment to establish and operate education and social service programs. Worked with the board of directors to establish the first comprehensive senior citizen program in rural Alaska, as well as pre-school programs.

Developed grass roots movement to ensure local involvement in the gas pipeline planning process. Assessed the pros and cons for community residents, intervened in Federal Energy Regulatory Commission hearings on behalf of local villages. The planning group that grew out of this effort is now active representing local interests concerning other projects.

**EDUCATION**

Harvard University, Kennedy School of Government, Cambridge, MA, Master's Degree in Public Administration 1987-1988. Co-chair, Kennedy School Student Government.

Swarthmore College Swarthmore, PA 19081   B.A. Degree in International Relations and Economics, 1970

200146

ROBERT LOHR

2515 Telequana Drive
Anchorage, AK  99517                                              (907) 223-9836
                                                                  (907) 248-5647 Fax

# RATE SCHEDULE
### (Effective January 2004)

| | |
|---|---|
| Initial Discussion with counsel (up to one hour) | No Charge |
| Review of documents, meetings with counsel, preparation for trial | $225/hour |
| Deposition and Testimony Time | $275/hour |

**200147**