

# Professional Profile

www.pattonboggs.com



Douglas J. Serdahely
Partner
Anchorage Office
907.263.6310
dserdahely@pattonboggs.com

**Practice Areas**
Litigation
Environmental, Health and Safety
Antitrust

**Education**
Harvard Law School, J.D., 1972

Northwestern University, B.A., *highest distinction*, Phi Beta Kappa, 1968

**Bar and Court Admissions**
United States Supreme Court
U.S. Court of Appeals for the 9th Circuit

## Douglas J. Serdahely

### Experience

Douglas Serdahely, managing partner of Patton Boggs' Anchorage office, concentrates his practice in complex civil litigation involving environmental and antitrust issues.

Mr. Serdahely represents, among others, ExxonMobil Corporation in the Exxon Valdez Oil Spill litigation in Alaska. He has also advised ExxonMobil Production Company, Sea River Maritime Inc., Safeway Inc., Tesoro Alaska Company, Marathon Oil Company, Travelers Insurance Company, Matanuska Electric Association, Anchorage Police and Firemen, and various energy, transportation and fuel distribution companies in Alaska. Mr. Serdahely has also served as the liaison counsel to more than 40 defendants in a $1 billion class action brought by 4,000 Alaska fishers. Mr. Serdahely also maintains an active antitrust practice, including representation of various companies in major mergers and acquisitions in Alaska. In addition, he has served as a settlement mediator in over 1,000 state and federal civil actions, as well as an arbitrator and special master in civil actions.

Prior to joining the firm, Mr. Serdahely was a litigation partner at Anchorage office of Bogle & Gates. Additionally, Mr. Serdahely served as an Alaska Superior Court Judge from 1981 to 1989, and during his tenure on the Alaska bench, Mr. Serdahely also served as presiding judge of the Third Judicial District, and as a *pro tem* panelist on the Alaska Court of Appeals and Alaska Supreme Court.

### Professional Affiliations

Member, Patton Boggs Management Committee

Alaska Bar Association

District of Columbia Bar Association

200092