# CURRICULUM VITAE OF ROBERT N. WAINSCOTT

## INSURANCE CLAIMS EXPERIENCE

<u>1988 - Present</u>   Independent Claims Consultant/Expert Witness

Consulting on claims handling procedures and coverage issues related to First and Third Party claims, Contractual obligations, Fair Claims Practices Act, Bad Faith and Damages.

Qualified as an expert witness in Alaska Superior Court and Federal District Court in Alaska

From 1988-2005 retained as an expert witness or claims consultant in approximately 85 cases.

<u>1958 - 1995</u> Cigna Corporation Claims

Various claims positions within the Cigna Corporation, including predecessor company INA and affiliate Alaska Pacific Assurance Company. Positions included Field Adjuster INA, Supervisor INA, Director of Liability Claims, Liability Claims Manager and Liability Claims Specialist. Prior claims handling experience Included all of the lines of coverage issued by the company except worker's compensation.

Full time employee from 1958 - 1988.

From 1988--1995 employed as contract and part time employee in the capacity of Liability Claims Specialist responsible for the investigation and disposition of complex claims.

## EDUCATION

Bachelor of Science, Pennsylvania State University

## INSURANCE RELATED EDUCATION/ACTIVITIES

1965      INA Supervisory School
1966      Louis Alan Professional Management Program

**C.V. R.N.WAINSCOTT -PAGE 2**

1968- 1974 Arbitration Committee

1974-1976  American Education Institute-Law for the Claims Man
1977-1980  Chairman of the Alaska Committee of Insurance Arbitration
1980       Advanced Negotiations


1981-1983  Alaska Insurance Guaranty Association Claim Committees
1982  Dimensional Management Training
1983  Alaska Litigation Task Force
1985  CGL/ISO Workshop on Policy Coverage on Claims Made Policies
1985  Litigation Workshop
1986  Products Liability Law and Claims Handling Seminar


**Personal Information**

*Address: 23553 Lower Terrace Street*
*Eagle River, Alaska 99577*

Phone:   (907) 694-2407

Fax   :   (907) 694-2428
Date of Birth: 11/05/32
Resident of State of Alaska since 1974

ROBERT N. WAINSCOTT
23553 LOWER TERRACE STREET
EAGLE RIVER, ALASKA 99577
(907) 694-2407

LIST OF CASES FOR WHICH TESTIMONY WAS PROVIDED IN LAST 4 YEARS

Dickson vs. State Farm

Holderness vs. State Farm

Everidge vs. American Equity

Tush vs. Pharr

Mutz vs. Leader

200063