Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              )
CNA FINANCIAL CORPORATION     )
AND THE CONTINENTAL           )
CASUALTY COMPANY d/b/a        )
THE CONTINENTAL INSURANCE     )
COMPANY,                      )
                              )
        Defendant.            )
_____)
Case No. A98-285 CV (JWS)

DEPOSITION OF ROBERT N. WAINSCOTT

Pages 1 - 145, inclusive

Wednesday, February 8, 2006
        9:06 A.M.

Taken by Counsel for Plaintiff
           at
       GUESS & RUDD
   510 L Street, Suite 700
      Anchorage, Alaska

Exhibit 3

Page 1 of 3 pages

Page 9

1      A.   Correct.
2      Q.   I'm only asking about bad faith, to begin
3  with.  The district court has already decided the
4  issue of bad faith in this case, hasn't it?
5      A.   The district court?
6      Q.   Yes, sir.  Judge Sedwick.
7      A.   The United States District Court.  Well,
8  they decided it twice.  Actually, three times, I
9  guess.
10     Q.   Okay.  What is the law of the case at this
11 time on that issue?
12     A.   That the final determination was, yes, that
13 there was a situation of bad faith, as defined by
14 Judge Sedwick.
15     Q.   Aren't you bound by that determination by
16 the federal district court?
17     A.   Well, depends on your definition of
18 "bound."  I think that --
19     Q.   Let me help you with that.
20          MR. URQUHART:  Please let him finish.
21 BY MR. STONE:
22     Q.   You can go ahead, if you want, but let me
23 help with the definition of "bound."
24          MR. URQUHART:  No.  Let him finish his
25 answers.  Otherwise, this is going to be a confused

Exhibit 3  Page 2 of 3 pages

1    record.
2              THE WITNESS:  The definition of "bound," if
3    you're talking about the fact that -- is that the law
4    of this case as it stands right now, as we sit here?
5    Yes, it is.
6              Am I bound by it to say that I think he was
7    right?  Well, I hope not, because I don't think he was
8    correct.
9    BY MR. STONE:
10       Q.   By "bound," I mean, do you feel that you
11   will be permitted to testify to the jury in a manner
12   contradictory to the law of the case?
13       A.   I don't know.
14       Q.   Have you ever testified for a plaintiff?
15       A.   Yes, I have.
16       Q.   In a punitive damages case?
17       A.   Yes.
18       Q.   And you have concluded, in the past, that
19   punitive damages actually were indicated in a case
20   brought against an insurance company?
21       A.   Yes.
22            MR. URQUHART:  Where appropriate?
23            MR. STONE:  Listen to the question.  The
24   witness listened.
25            MR. URQUHART:  Okay.  Then I object.  It's

Exhibit 3   Page 3 of 3 pages