Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )
                              )
     vs.                      )
                              )
CNA FINANCIAL CORPORATION     )
AND THE CONTINENTAL           )
CASUALTY COMPANY d/b/a        )
THE CONTINENTAL INSURANCE     )
COMPANY,                      )
                              )
           Defendant.         )
                              )

Case No. A98-285 CV (JWS)

DEPOSITION OF ROBERT A. LOHR

Pages 1 - 200, inclusive

Tuesday, February 7, 2006
        9:03 A.M.

Taken by Counsel for Plaintiff
            at
       GUESS & RUDD
  510 L Street, Suite 700
     Anchorage, Alaska

Exhibit 5

Page 1 of 4 pages

Page 25

1    know that, right?
2        A.   I read the opinion.
3        Q.   Well, I'm asking you:  You know that he
4    says that.  Isn't that true?
5        A.   I don't know if that's a verbatim statement
6    of his opinion.
7        Q.   Is it a close paraphrase?
8        A.   I believe it is a summary of his holding.
9        Q.   So in this case, the court has already held
10   that Continental acted in bad faith.  Isn't that
11   true?
12       A.   "The court" in this case the federal
13   district court?
14       Q.   Yes, sir.
15       A.   I believe the federal district court has
16   ruled several different ways over the pendency of
17   this case.
18       Q.   The law of the case at this time, however,
19   sir, is that Continental acted in bad faith.  Isn't
20   that true?
21       A.   That is my understanding, but that's a
22   non-attorney's understanding of the law of the case.
23       Q.   Okay.  Since you do not have listed, in
24   this first section here, a key issue of whether or
25   not Continental acted in bad faith towards the

Page 26

1   United States, you're accepting the court's
2   determination that bad faith occurred in this case,
3   aren't you?
4           MR. URQUHART:  What?  Give me a break.
5   Objection.  Argumentative, assumes facts not in
6   evidence.  Of course he doesn't accept the court's
7   opinion.
8           MR. STONE:  Is that a stipulation from you,
9   that he doesn't accept the court's opinion?
10          MR. URQUHART:  Absolutely it is.
11          MR. STONE:  He is here as an expert witness,
12  but he doesn't accept the court's opinion?
13          MR. URQUHART:  The judge is a human being.
14  Human beings get things wrong.  As you know, we don't
15  accept the judge's opinion either.  We think he's
16  wrong.  That's why we have appealed it to the Ninth
17  Circuit.
18          MR. STONE:  And you lost.
19          MR. ZIPKIN:  Well, the issue of bad faith is
20  still very much alive for ultimate resolution by the
21  Ninth Circuit.  I'm sure you agree with that.  So it's
22  still an issue in the case.
23          MR. POMEROY:  Are you referring to your
24  second appeal, the petition for interlocutory appeal?
25          MR. URQUHART:  Yes.

1   MR. STONE: Well, then, just let him answer
2   the question.
3   THE WITNESS: I do need to hear that again,
4   please.
5   THE REPORTER: "If the Ninth Circuit is
6   correct, that the United States is an additional
7   insured, and the district court is correct, that
8   Continental acted in bad faith, does that change any
9   of the opinions in your report?"
10  THE WITNESS: If I believed that the Ninth
11  Circuit is correct and the district court is correct
12  on the issues that you specified, then my opinions
13  would be different.
14  However, I have indicated, in response to
15  your questions, a number of places where I don't agree
16  with those opinions, and I do so respectfully. I also
17  believe that it's impossible for Continental
18  officials, at the time of the claim in 1993 to 1994,
19  to anticipate how the courts would rule many, many
20  years hence.
21  BY MR. STONE:
22  Q. You don't feel obligated to start with the
23  law of the case, as stated by the Ninth Circuit and
24  the district court, before you enter into any
25  opinions, do you?