# Gaskins Associates, P.C.

7183 Stillwater Court
Frederick, Maryland 21702
Telephone: 301-698-9777
Fax: 301-698-9779
E-mail: RRGaskins@aol.com
http://www.RickGaskins.com

March 2005

Resume of Rick R. Gaskins, MBA, CPA

**Experience:**   Rick Gaskins has 29 years of experience in the public accounting profession and 27 years of experience as an expert witness and consultant in the fields of forensic economics and accounting. He has extensive experience in performing and directing consulting engagements involving:

> Economic and accounting analysis of damages
> Asset valuation studies
> Settlement design and evaluation
> Computer based modeling, simulation and forecasting

Prior to forming Gaskins Associates he was senior Management Advisory Services Partner with a regional certified public accounting (CPA) firm. Earlier he was a senior consultant with the health care consulting division of a national CPA firm. His experience also includes management positions in banking and higher education.

He is a past adjunct instructor at the Georgetown University School of Business Administration where he taught financial and managerial accounting theory. He also serves as an instructor for continuing professional education seminars on forensic economics, forensic accounting and business damages/valuation.

He augments his consulting capabilities with computer programming skills in high-level languages and database management systems. He is experienced in the use of on-line database research tools, computer modeling and statistical analysis tools. In addition, he has special training in computer controls evaluation and computer auditing.

Exhibit   1
page   1   of   4   pages

Resume of Rick R. Gaskins, MBA, CPA        March 2005        Page 2 of 4

**Representative Engagements:**

**Forensic accounting, economic analysis and expert testimony**

Economic loss in personal injury and wrongful death cases, before federal and state courts.

Identification, valuation and analysis for distributions of marital property.

Business valuation and lost profits analysis for commercial torts, before state courts.

Lost profits analysis and business valuation for business interruption, before state courts.

Funds flow analysis in criminal fraud and RICO case, before federal court.

Business valuation and pension valuation in marital dissolutions.

Economic analysis of a real estate investment trust's (REIT's) management of a major real estate development project, before bankruptcy court.

Economic value of management services, before federal court.

Assessment of damages for contract cancellation and misappropriation of intellectual property (software), before federal court.

Cost of proposed (injunctive relief) worldwide medical treatment program, financial management, and accounting to the court, in federal court.

Assessment of damages resulting from cancellation of wholesale distribution agreement, before federal court.

Forensic accounting regarding fraud, embezzlement and Securities Acts violations by bank management, before federal court.

Economic loss of foreign nationals for injury and death, before federal courts.

Exhibit  1
page  2  of  4  pages

Resume of Rick R. Gaskins, MBA, CPA        March 2005        Page 3 of 4

| | |
|---|---|
| Representative Engagements (continued) | **Cost studies and economic analyses not in litigation:** |

Fraud and abuse detection system for a federal health insurance program.

Market assessment and forecast for worldwide demand of a pharmaceutical product for private placement of securities.

Differential costs of two policy options for a federal program.

Stock valuation for wholly-owned subsidiary of national professional association.

Medicare data collection cost.

Economics of burn injury treatment in 500 hospitals.

Business valuation and negotiation for purchase of a technical consulting firm.

**Computer system consulting and software development:**

Comprehensive automation for 245-bed acute care general hospital: system specification and selection.

Distribution system for 500,000-member not-for-profit association: remedy flawed system selection and stalled software development.

Point-of-sale system for 15-store retail chain: specification and selection.

Real-time order entry and dispatch system for delivery of highly perishable product: custom software design and development.

Design and development of programs for preparation and transmission of Federal Reserve (NACHA) formatted direct deposit payroll and direct debit transactions to banks via data communications. The software applications have been marketed nationally since 1988.

**License:** Certified Public Accountant, Maryland, Certificate 5039, issued January 31, 1977.

Exhibit 1
page 3 of 4 pages

Resume of Rick R. Gaskins, MBA, CPA     March 2005     Page 4 of 4

**Education:**   Continuing professional education seminars and teaching

Wharton School, University of Pennsylvania, 1975, Master of Business Administration (emphasis in accounting, economics, finance, statistics and quantitative methods)

University of Rhode Island, studies in mathematics and accounting

Brown University, 1971, BA in English literature, minor in sciences

**Professional Affiliations:**   American Academy of Economic and Financial Experts
Board of Directors 2001 - 2004

American Institute of Certified Public Accountants

Institute of Business Appraisers

National Association of Forensic Economics
Vice-president, Eastern Region 2002 - 2005

**Publications:**   *The Costs of Acute Care Utilization Review Activities Conducted by Medicare Fiscal Intermediaries, Medicaid State Agencies, and State Licensing and Certification Agencies* (Report OPEL 77-12), Gaskins, Rick R., et al., U.S. National Technical Information Service, Washington, DC.

"Worklife Estimates by Occupation: A Comment", Gaskins, Rick R. and Paul C. Taylor, *Journal of Forensic Economics*, Vol. 11, No. 2, Spring/Summer 1998, pp. 139-141.

Rrg32005.doc

Exhibit 1
page 4 of 4 pages