# Deborah Senn Expert Services

Attachment A

501 Wellington Avenue • Seattle, WA 98122 • (206) 328-5004 • deborahsenn@comcast.net

## *CURRICULUM VITAE*

**Education:**	J.D., Loyola University of Chicago
M.A., Political Science, University of Illinois
B.A, History, University of Illinois

**Professional:**	**Principal, Deborah Senn Expert Services**
2001-present		Seattle, Washington
Consulting and testifying on insurance and regulatory issues as Washington's former chief regulator. Areas of testimony include corporate structure, coverage issues, financial and ratemaking standards, unfair practices and standards of practice, bad faith, in life, health, disability and property and casualty cases.

Recent projects:
- *Sitton v. State Farm* (WA)
- *Bigfoot v. Penn-American Insurance Company* (NV)
- *Logan v. Farmers* (CA)
- *Dickerson v. State Farm* (IL)
- *Segal v. State Farm* (CA)
- *Decker v. Farmers* (CA)
- *Werlinger v. Clarendon National Insurance* (WA)
- *Thueringer v. Edwards and Seattle BMW* (WA)
- *Hodge v. Blue Cross* (VI)
- *Scammel v. Farmers* (WA)
- *Moeller v. Farmers* (WA)
- *Tacoma Orthopedic Surgeons v. Regence Blue Shield* (WA)
- *Rose v. Nationwide* (WA)
- *Laughlin v. Allstate* (WA)
- *Van Winkle v. Farmers* (MT)
- *Martinez v. Farmers* (CA)
- *Curtis v. NOLIC* (WA)
- *Bouma v. Fortis*
- *Truong v. Allstate* (NM)
- *Jolley v. Regence Blue Shield* (WA)
- *Webb v. USAA* (WA)

**Partner, Bergman Senn Pageler & Frockt**
2001-2004	Seattle, Washington
Complex insurance litigation.

**Washington State Insurance Commissioner**
1993-2000		Olympia, Washington
Elected twice, each time with well over 1 million votes. Regulated $18 billion per year insurance industry. Oversaw $28 million biennial budget. Supervised staff of 160 people. *(See attached)*

Exhibit 2
Page 1 of 3 pages

**Deborah Senn, Attorney at Law**
1989-1993             Seattle, Washington
Represented Washington clients with business before the Washington State Legislature.

**Legal Counsel, Washington State House-Senate**
1985-1989             Olympia, Washington
Joint Select Committee on Telecommunications, Subcommittee on Telecommunications, House Energy and Utilities Committee. Drafted and reviewed legislation regarding telecommunications and telephone deregulation.

**Deborah Senn, Attorney at Law**
1982-1986             Seattle, Washington
Complex litigation in telephone, gas, and electric regulatory matters.

**Attorney, Bailey & Mason**
1983                  Anchorage, Alaska
Practiced telecommunications, business and regulatory law.

**Supervising Attorney, Governor's Office of Consumer Services**
1979-1982             Chicago, Illinois
Complex litigation in telephone, gas and electric cases.

**Enforcement Attorney, Illinois Environmental Protection Agency**
1977-1979             Chicago, Illinois
Enforced Illinois State law regarding air and water pollution.

**Admitted to:**

**Practice:** State of Washington, Federal Court, Western District of Washington
State of Illinois, Federal Court, Northern District of Illinois

**Awards and Honors:**

Honored by Washington State Legislature, January, 2001

*Honored for Contributions to the Complementary and Alternative Medicine Profession*
The Acupuncture Association of Washington, February, 2000

*Governor's Public Service Award for Exemplary Public Service*
Northwest AIDS Foundation, 1999

*Freedom Award* Washington State Chiropractic Association, 1999

*Special Recognition Award* Washington State Nurses Association, 1999

*Special Recognition*
American College of Obstetricians and Gynecologists, May 12, 1998

*Legislative Award* American Massage Therapy Association, 1996

*Political Leadership Award* Washington Citizen Action, March 31, 1995

*Dorothy Bullitt Women of Achievement Award* Women's Funding Alliance, April, 1995

*Person of the Year* Home Care Association of Washington, 1994

American Podiatric Medical Association, 1994

*Citizen of the Year Award* -The Disability Coalition, 1993

Exhibit 2
Page 2 of 3 pages

# DEBORAH SENN
## Accomplishments as Washington State Insurance Commissioner
## 1993-2001

**Legislation–Successfully enacted**
*(Either requested by the Commissioner's office or spearheading support)*

Financial Solvency including specification of types of insurance investment
Patient Bill of Rights
Prohibiting Insurance Discrimination Against Victims of Domestic Violence
Medicare Portability
Holocaust Victims Assistance Act
Regulating Viatical Settlements
Continuing Education and Licensing for Agents and Brokers
Midwifery Malpractice Insurance Pool
Trigger Mechanism for Guaranty Fund for Insurance Insolvencies
Insurer Capital and Surplus Requirements

**Rules and Regulations–Successfully Adopted**

Environmental Cleanup
Comprehensive Rules on Personal Injury Protection
Deregulation of Large Commercial Lines
Accelerated Benefits for Life Insurance
Health Insurance Portability and Accessibility Rules
Direct Access to Women's Healthcare Providers
Manager Care Rules
Insurance Coverage of Chemical Dependency
Disclosure of Mental Health Benefits
Privacy of Medical and Insurance Records
Coverage of "Off-Label" Drugs
Disclosure of Prescription Drug Benefits
Every Category Of Health Provider (adding Alternative Health Providers)
Cost of Service Rate Regulation
Expedited Grievances for Treatment Denials
Triple X Life Insurance Consumer Protection

- An excellent record on insurance solvency. Only two health care companies placed in receivership. One company was liquidated; the other was successfully rehabilitated.

- Millions of dollars recovered on behalf of consumers. Each year the OIC broke the record set in the previous year.

- Major initiative to provide access to emergency room coverage.

- Chair of National Association of Insurance Commissioners Task Force on Domestic Violence, Experimental Treatments Working Group, Holocaust Task Force, and President of the Western Zone of Commissioners.

- Served with Governor on Washington State Health Care Facility Authority. Approved tax exempt bonds for hospitals and other health care organizations.

Exhibit 2
Page 3 of 3 pages