# Transcript of the Testimony of **Lawrence Boysen**

**Date:** November 1, 2005
**Volume:** 1

**Case:** United States of America v. The Continental Casualty Company

Printed On: November 2, 2005

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

Exhibit ___2___

Page __1__ of __14__ pages

1   Q. Well, CNA Financial Corporation,
2   controller or comptroller?
3   A. With an N, controller.
4   Q. I believe you verified Interrogatories
5   as controller for Continental Insurance
6   Corporation; is that correct?
7   A. To my knowledge, there is no
8   Continental Insurance Corporation.
9   Q. Is there a Continental Insurance
10  Company?
11  A. There is a Continental Insurance
12  Company, yes.
13  Q. Is that the company that you verified
14  the Interrogatories for?
15  A. I am the senior vice president and
16  corporate controller of the Continental
17  Insurance Company.
18  Q. Okay. Who pays your salary?
19  A. I'm an employee of Continental Casualty
20  Company.
21  Q. My question is who pays your salary,
22  does that come directly from Continental

```
 1                    off the record.)
 2   BY MR. STONE:
 3       Q.   Mr. Boysen, is it fair to say that
 4   Continental Casualty Company is the only entity
 5   up through the first half of this organizational
 6   chart that has any employees?
 7       A.   I'm not sure what you mean by the first
 8   half of the organizational chart.
 9       Q.   Well, up to Continental Casualty
10   Company?
11       A.   From the bottom up?
12       Q.   Yes, sir.
13       A.   That is correct.
14       Q.   When we started this deposition, you
15   said you were controller for CNA Financial Corp,
16   senior vice president.
17       A.   Correct.
18       Q.   Do you act as controller or in any
19   other capacity for any of the other entities
20   within this organizational chart below CNA
21   Financial Corporation?
22       A.   Yes, I do.
```

Exhibit 2

Page 3 of 14 pages

```
 1   employees provide services to the insurance

 2   companies and the holding company group, and the

 3   expenses relating to those employees performing

 4   those functions are allocated to those

 5   companies, and amounts are settled back and

 6   forth between the companies for the performance

 7   of those services.

 8   BY MR. STONE:

 9        Q.   If a premium is paid to Continental

10   Insurance Company, does it ever go to

11   Continental Insurance Company's accounts in any

12   way?

13        A.   When you say accounts?

14        Q.   Financial accounts.

15        A.   Their books and records, a bank

16   account?

17        Q.   Let's starts with books and records.

18        A.   If Continental Insurance Company

19   receives a direct premium, yes, that flows

20   through their books and records.

21        Q.   Who maintains those books and records?

22        A.   Employees of Continental Casualty
```

1  Company.

2  Q.  What about bank accounts, does

3  Continental Insurance Company have any banking

4  accounts?

5  A.  Yes, it does.

6  Q.  Who writes the checks on Continental

7  Insurance Company bank accounts?

8  A.  Employees of Continental Casualty

9  Company.

10  Q.  I have an example.  I can show it to

11  you, if you want.  But it is a check that was

12  written to one of the lawyers earlier on in this

13  case, and it says CNA, and then underneath it

14  says Continental Insurance Company.

15      Is that the way most of the checks or

16  all of the checks are written, they're all CNA

17  with the name of the company underneath that the

18  payment is coming from?

19  MS. ROSS:  Object to the form.  You can

20  answer.

21  THE WITNESS:  I'm not necessarily familiar

22  with what all the checks have looked at over

1          The officers of Continental Insurance
2   Company and Continental Casualty Company are the
3   same. So it is the same group of individuals
4   are officers across both of those companies.
5   And then showing how that overlaps with the
6   officers of CNA Financial Corporation is what
7   this exhibit shows.
8       Q. Back to net worth for a moment. Let's
9   say for the sake of argument here that the jury
10  in Alaska finds that there should be punitive
11  damages against Continental Insurance Company in
12  this case.
13          Where would the money come from to pay
14  the punitive damages judgment?
15      MS. ROSS: Object to the form. You can
16  answer.
17      THE WITNESS: The Continental Insurance
18  Company.
19  BY MR. STONE:
20      Q. Who maintains the account for
21  Continental Insurance Company?
22      MS. ROSS: Object to the form. I'm not sure

```
 1      Q.   For Continental Insurance Company to
 2   write policies, receive premiums from insureds,
 3   to do all the acts that Continental Insurance
 4   Company would have to do to operate as a
 5   company, does it employ third party contractors
 6   or third parties of any sort?
 7      A.   I'm sure it does.
 8      Q.   Who would enter into the agreements
 9   that were made between Continental Insurance
10   Company and the third party contractor?
11      MS. ROSS:  This witness is not designated for
12   this topic.  To the extent you know the answer,
13   you can answer.
14      THE WITNESS:  I believe if the Continental
15   Insurance Company is a party to an agreement, it
16   would be a signatory of that agreement, you
17   know, an officer of the Continental Insurance
18   Company.
19   BY MR. STONE:
20      Q.   Which would also be an officer of
21   Continental Casualty Corp?
22      A.   At the current time, correct.
```

1    Q.    Is that true also since 1995 up through
2    today?
3    A.    That is correct.
4    MS. ROSS:  Same objection.  You can answer,
5    and you did.  You've got to give me a chance to
6    get my objections in.
7    BY MR. STONE:
8    Q.    We're down to item D on page 3 of
9    Exhibit 1.
10   A.    Okay.
11   Q.    What entity or company designs and
12   prices insurance products sold by Continental
13   Insurance Company?
14   A.    The way that our business is organized
15   is really around business units.  And the
16   individuals in those business units are focused
17   on designing and pricing the products that
18   they're going to sell, and then those products
19   may be sold across several different insurance
20   companies within the holding company group.  So
21   those individuals are employees of Continental
22   Casualty Company.

```
 1        Q.   So it would be Continental Casualty

 2   Company that designs and prices the insurance

 3   products sold by Continental Insurance Company?

 4        MS. ROSS:  Object to the form.  The witness

 5   has answered and can answer again.

 6        THE WITNESS:  It would be the employees of

 7   Continental Casualty Company that would be

 8   performing those services and activities.

 9   BY MR. STONE:

10        Q.   Does Continental Casualty Company also

11   do the underwriting for Continental Insurance

12   Company?

13        MS. ROSS:  Object to the form.  The witness

14   can answer.

15        THE WITNESS:  Employees of Continental

16   Casualty Company perform services for the

17   Continental Insurance Company.  Included in

18   those services would be underwriting activities.

19   BY MR. STONE:

20        Q.   Who does the actuarial research for

21   Continental Insurance Company?

22        A.   I'm not familiar with the term
```

1   actuarial research.

2       Q.   Well, I'll withdraw the question.

3            Do you know whether at Continental --

4   the question is withdrawn.

5            What entity or company develops the

6   sales strategy for products sold by Continental

7   Insurance Company?

8       A.   Much like the answer to the previous

9   item, the business units within the group

10  holding company group are focused on their

11  markets, and they're the ones who were focused

12  on how they're going to get their product to

13  customers.

14           And so, again, it is done by employees

15  of Continental Casualty Company providing

16  services to the various companies. That's how

17  that would be accomplished.

18      Q.   What entity or company processes and

19  adjusts claims for insurance products sold by

20  Continental Insurance Company?

21      A.   The claims staff, for the most part, is

22  employees of Continental Casualty Company, and

```
 1       Q.   What entity or company financially

 2   manages revenue received by Continental

 3   Insurance Company?

 4       A.   Could you explain what financially

 5   manages means?

 6       Q.   Give you an example.  The premiums come

 7   into Continental Insurance Company and there is

 8   money available to invest.  What company would

 9   invest the capital that's received in that

10   manner by Continental?

11       A.   The investment accounts of the

12   Continental Insurance Company are just that,

13   they're accounts of the Continental Insurance

14   Company.  The administrative activities around

15   those accounts would be carried out by employees

16   of Continental Casualty Company, and then, you

17   know, expenses related to those services would

18   flow to the Continental Insurance Company.

19       Q.   What entity or company engages in

20   strategic planning focused on Continental

21   Insurance Company?

22       A.   We currently don't have an
```

1  organizational unit called strategic planning.

2    Q. Would the officers of CNA Insurance

3  Companies have any involvement in doing

4  strategic planning for Continental Insurance

5  Company?

6    MS. ROSS: Object to the form. Assumes facts

7  not in evidence and is contrary to the witness's

8  testimony. The witness can answer if he can.

9    THE WITNESS: My discussion of how the

10 business units really are focusing on their

11 business would apply here as well. I mean, it

12 really is the individuals leading these business

13 units and in their capacity are thinking about

14 the strategic direction of those businesses.

15 BY MR. STONE:

16    Q. What entity or company trains the sales

17 force to sell insurance products sold by

18 Continental Insurance Company?

19    A. Any -- I'm not -- first of all, I will

20 say that I'm not fully familiar with all sales

21 training.

22    But my general understanding is, is

# REPORT ON ASSOCIATION EXAMINATION

AS TO
FINANCIAL CONDITION

OF

## CONTINENTAL INSURANCE COMPANY
## CHICAGO, ILLINOIS
## (STATUTORY HOME OFFICE
## COLUMBIA, SOUTH CAROLINA)

AS OF
DECEMBER 31, 2003
SUBMITTED FEBRUARY 24, 2005



EXHIBIT #2
Boysen
11/17/05

RECORDS, under the caption <u>Intercompany Agreements</u> for comments regarding this agreement.

The following organizational chart presents the interrelationship between the Company, its direct Parent, its direct subsidiaries, and the ultimate controlling parties at December 31, 2003:



### E. GROWTH OF THE COMPANY

The following information was extracted from copies of the Company's filed Annual Statements for each year indicated. Year 2003 was verified during the current examination; see Section J. **STATEMENT OF ASSETS, LIABILITIES, SURPLUS AND OTHER FUNDS** for examination changes:

CNA 007064