Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:   (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION<br>AND THE CONTINENTAL<br>CASUALTY COMPANY d/b/a<br>THE CONTINENTAL INSURANCE<br>COMPANY,<br><br>    Defendants. | Case No. 3:98-cv-285-JWS |

## DECLARATION OF GARY A. ZIPKIN

Gary Zipkin, hereby declares as follows:

1.  I am an attorney with the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company ("Continental") in this

action. I make this affidavit in support of Continental's Opposition to Motion for Partial Summary Judgment Regarding Kallstrom Re-Tender.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Deborah Senn, dated January 11, 2006.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Susan Lindquist, dated February 9, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of a portion of Policy HMA 9500648-5, issued by Continental Insurance Company to Bristol Bay Area Health Corporation for the period September 30, 1993 to September 30, 1994.

5. Attached hereto as Exhibit D is a true and correct copy of the Kallstrom Answer and Counterclaim, dated September 14, 1995.

6. Attached hereto as Exhibit E are true and correct copies of excerpts from the Deposition of Erin Finn, dated November 8, 2005.

7. Attached hereto as Exhibit F are true and correct copies of excerpts from the Deposition of Kenneth Roosa, dated December 15, 2005.

8. Attached hereto as Exhibit G are true and correct copies of excerpts from the Deposition of John Treptow, dated January 23, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 6th day of April, 2006.

_____
Gary A. Zipkin

F:\data\6024\1\pleading\64gaz aff kallstrom.doc

CERTIFICATE OF SERVICE
I hereby certify that on the
6th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Guess & Rudd P.C.


By:_____S/Gary A. Zipkin_____

USA v. Continental; Case No. 3:98-cv-285-JWS
Affidavit of Gary A. Zipkin