Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     vs.                     )
                             )
CNA FINANCIAL CORPORATION    )
AND THE CONTINENTAL          )
CASUALTY COMPANY d/b/a       )
THE CONTINENTAL INSURANCE    )
COMPANY,                     )
                             )
          Defendant.         )
_____)

Case No. A98-285 CV (JWS)


VIDEOTAPED DEPOSITION OF UNITED STATES OF AMERICA

SUSAN J. LINDQUIST


Pages 1 - 128, inclusive

Thursday, February 9, 2006
9:16 A.M.


Taken by Counsel for Defendant
at
GUESS & RUDD
510 L Street, Suite 700
Anchorage, Alaska


EXHIBIT  B
Page 1 of 2

02ed9c80-8f2a-4ca4-b5ee-fb55a8ed8273

USA v CNA                                    SUSAN LINDQUIST
                                             2/9/2006

Page 104

1    Lori and Ms. Kallstrom.  And that's what I remember
2    about reading that case.
3        Q.   Do you know when Kallstrom -- when the
4    defense of the Kallstrom counterclaim against the
5    United States was tendered to Continental?
6        A.   I don't know when, but I know it was.
7        Q.   And you know -- well, let me ask you:  What
8    was -- what, if anything, was outrageous or
9    malicious or reckless with respect to Continental's
10   handling of that tender, the Kallstrom tender?
11       A.   I don't know.
12       Q.   It's true, isn't it, that -- that after the
13   Kallstrom case was tendered in October of 2001, the
14   government incurred no additional expenses or costs
15   in defending Kallstrom?
16           MR. STONE:  We have stipulated to that.
17           MR. TAYBACK:  Yeah.
18           THE WITNESS:  Sure.  It's true then.
19           MR. TAYBACK:  I'm going to show you -- this
20   one to mark.  Okay.
21           (Exhibit 23 marked.)
22   BY MR. TAYBACK:
23       Q.   Showing you what's been marked as
24   Exhibit 23.  Do you recognize that?   EXHIBIT__B__
25       A.   No.                          Page_2_of_2

PACIFIC RIM REPORTING    907-272-4383
www.courtreportersalaska.com
02ed9c80-8f2a-4ca4-b5ee-fb55a8ed8273