A254

Jonathon A. Katcher, Esq.
Pope & Katcher
421 W First Ave., Suite 220
Anchorage, Alaska 99501
(907) 272-8577

Ray Richard Brown, Esq.
Dillon & Findley
510 L Street, Suite 603
Anchorage, Alaska 99501
(907) 277-5400

Clifford W. Holst, Esq.
310 K Street, Suite 306
Anchorage, Alaska 99501
(907) 277-3861

Attorneys for Third-Party Defendant
Blanche Kallstrom

RECEIVED
SEP 14 1995
Office of
United States Attorney
Anchorage, Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARILYN WILSON, individually and as parent and natural guardian of LORI DEE WILSON, a minor,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |
| UNITED STATES OF AMERICA,<br><br>　　Third-Party Plaintiff,<br><br>　　vs.<br><br>BLANCHE KALLSTROM,<br><br>　　Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

ANSWER AND
COUNTERCLAIM TO
THIRD-PARTY COMPLAINT

Case No. A94-488 Civil HRH

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

EXHIBIT D
Page 1 of 6    901002

EXHIBIT 16
Roosa

A255

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

## ANSWER TO THIRD-PARTY COMPLAINT

22   COMES NOW Third-Party Defendant, Blanche Kallstrom, by and through co-counsel, and in response to Defendant/Third-Party Plaintiff's Complaint states as follows:

Paragraphs 1 and 2:     Admitted.

Paragraphs 3, 4 and 5:  Denied.

## AFFIRMATIVE DEFENSES

1.  Third-Party Plaintiff has failed to state claims upon which relief can be granted.

2.  Third-Party Plaintiff's claims are barred or should be reduced by its own comparative negligence and comparative negligence per se.

3.  Third-Party Plaintiff's damages were caused by other persons or legal entities over whom Third-Party Defendant had responsibility or control.

3.  Answering Third-Party Defendant reserve the right to assert additional affirmative defenses as may be developed through discovery.

WHEREFORE, Answering Third-Party Defendant requests this honorable court to award Third-Party Plaintiff nothing for its complaint and that Answering Third-Party Defendant be awarded her costs and reasonable attorney's fees incurred in the defense of this action, plus such other and additional relief as this court may deem just and proper.

ANSWER TO THIRD-PARTY COMPLAINT                               PAGE 2

EXHIBIT   D
Page  2  of  6

901003

## COUNTERCLAIM AGAINST THIRD-PARTY PLAINTIFF

1. At all times relevant hereto, Bristol Bay Area Health Corporation was engaged in the business of providing social and health services to certain members of the public, including owning and operating Jake's Place, an alcohol abuse transitional care facility.

2. On or about the evening of November 27, 1993, plaintiff Marilyn Wilson, her daughter Lori Dee Wilson, and third-party defendant Blanche Kallstrom attended a dance and social function at Jake's place. Most of the lights in the facility had been either turned off or dimmed for the dance.

3. At approximately 9:30 p.m. on the above date, Lori Dee Wilson requested a drink of juice from Blanche Kallstrom, a close family friend. Blanche Kallstrom poured Lori Dee Wilson a dri from a pitcher on the kitchen counter which contained a red liquid that appeared to be juice.

4. After Lori Dee Wilson ingested the liquid, it was discovered that instead of juice, the pitcher contained a caustic liquid dish washing detergent.

5. Within seconds, Blanche Kallstrom observed Lori Dee Wilson's horrible reaction to the ingestion of the detergent.

6. Since November 27, 1993, Blanche Kallstrom has had to observe and endure the progression of Lori Dee Wilson's severe internal injuries, pain, suffering, disability and loss of enjoyment of the life which has resulted from the tragic incident that evening.

ANSWER TO THIRD-PARTY COMPLAINT                                            PAGE 3

EXHIBIT ___D___
Page __3__ of __6__   901004

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

A256

A257

7.  Defendant and third-party plaintiff, United States of America, owed a duty to Blanche Kallstrom, and each and every other person in attendance at Jake's Place that evening, to provide a safe facility for the dance.

8.  Defendant and third-party plaintiff United States of America was negligent in that:

   (a) a resident of Jake's Place who was under the supervision and control of the defendant and third-party plaintiff placed the detergent in a drinking pitcher and left it on the kitchen counter.

   (b) the pitcher containing the caustic liquid had been left on the counter for over two weeks prior to this incident;

   (c) residents and staff members were aware of the danger the pitcher presented, i.e. the likelihood that someone migl mistake the liquid for juice and drink it;

   (d) on the night of the dancer, the lights throughout Jake's Place were dimmed or turned off, and additional pitchers were provided which did, in fact, contain red juice, increasing the likelihood that someone might mistake the detergent for juice; and

   (e) the defendant and third-party thereby failed to provide a safe facility in which to hold the dance.

9.  As a direct and proximate result of the negligence of the defendant and third-party plaintiff as set forth above, Blanche Kallstrom has sustained severe and foreseeable emotional distress and damages.

*Law Offices of*
**POPE & KATCHER**
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

WHEREFORE, third-party defendant Blanche Kallstrom prays for judgment against defendant and third-party plaintiff United States of America as follows:

(1) for compensatory damages against the defendant and third-party plaintiff for all losses which are the natural and proximate consequences of the defendant and third-party plaintiff's negligence in an amount to be proven at trial;

(2) for costs and attorney's fees incurred by the third-party defendant; and

(3) for such further relief as the court may deem just in the premises.

DATED this 14 day of September, 1995, at Anchorage, Alaska.

POPE & KATCHER
Co-Counsel for
Blanche Kallstrom
Third-Party Defendant

By _____
Jonathon A. Katcher

DATED this 14 day of September, 1995, at Anchorage, Alaska.

DILLON & FINDLEY
Co-Counsel for
Blanche Kallstrom
Third-Party Defendant

By _____
Ray Richard Brown

ANSWER TO THIRD-PARTY COMPLAINT                           PAGE

A258

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

EXHIBIT D
Page 5 of 6

901006

A259

DATED this 14 day of September, 1995, at Anchorage, Alaska.

CLIFFORD W. HOLST
Co-Counsel for
Blanche Kallstrom
Third-Party Defendant

By _____
Clifford W. Holst

Certificate of Service

I hereby certify that on the 14 day of September, 1995, I hand delivered the foregoing to counsel of record:

Kenneth S. Roosa, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., #9, Room 253
Anchorage, AK 99513-7567

L. Ames Luce, Esq.
1015 W. Seventh Ave.
Anchorage, AK 99501

_____
Jonathon A. Katcher

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

ANSWER TO THIRD-PARTY COMPLAINT                                    PAGE

EXHIBIT D
Page 6 of 6                                                        901007