

**United States Attorney**
*District of Alaska*

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253        Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567             Fax Number: (907) 271-3224

January 25, 2006

Gary A. Zipkin
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK 99501

RE:   United States v. Continental Insurance
      Case No. A98-285 CV (JWS)

Dear Gary:

I am writing to follow up on a few loose ends as we approach the close of discovery.

First, we will need to agree to extend discovery past January 30, 2006 in order to complete the depositions that have been scheduled or may need to be rescheduled. Is there a date by which you think we can get everything done?

At yesterday's deposition of John Treptow, you offered the suggestion that I might want to help John's recollection of his conversations with Ken Roosa by offering his memo of the conversations. I did not want to make much of it at the time, but, to my knowledge, you have not produced Treptow's memo of the conversation nor the draft letter that John referred to which would have accepted tender. Please produce those two documents, or if you have, you may take this opportunity to embarrass me and refer me to the bates number of the documents.

The Bristol Bay Area Health Corporation contract files are contained in eight (8) boxes. I suspect that you neither want nor need an additional eight boxes of documents, many of which you already have. The contract files will be made available for you, or someone from your office to inspect and to identify which documents you would like a copy of. On a related note, do you intend to depose Debra Sigelhorst? If so, we should discuss when that would occur so that we can calendar the deposition and set aside funds.

Richard Stone has informed me that he notified Chris Tayback yesterday that Paul Figley will be available for his 30(b)(6) deposition on or after February 7. Also, we would like to make Ken Roosa available next Friday as an additional 30(b)(6) witness. Chris informed Richard that he would talk to you about that, since you will be defending your experts also next week. Please let us know if you can accommodate this schedule. We are searching for documents that we may need to make available regarding these depositions. As you and Chris agreed on January 4, and he confirmed to Mr. Stone yesterday, we will not be producing documents that have already been produced in the litigation.

Also, on January 4, we discussed the issues raised by your 30(b)(6) notice and you and Chris agreed to provide stipulations that might help to resolve some of those discovery issues. Chris again promised yesterday to follow up. Please forward those to us as soon as practical.

Exhibit _____1_____
Page __1__ of __2__ pages

If you have any questions, please do not hesitate to call.

Sincerely,

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy* (signature)

Richard L. Pomeroy
Assistant U. S. Attorney

Exhibit __1__
Page __2__ of __2__ pages