DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail:  richard.stone@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 3:98-cv-285-JWS<br><br>**UNITED STATES' EXHIBIT LIST** |

　　　The Plaintiff, United States of America, through counsel, submits its list of exhibits to be

introduced at trial in the above-captioned matter:

| Exh. # | DESCRIPTION OF EXHIBIT | ID | ADM |
|---|---|---|---|
| 1 | Policy No. HMA 9500648-5, effective September 30, 1993-September 30, 1994.  (Ex. 1, First Amended Complaint) | X | |
| 2 | Letter dated February 16, 1994 - - Ms. Debra Wyatt Brown, Underwriter, to Mr. Bill Hutson (with enclosures).  (CNA 000524-33) | X | |
| 3 | Letter dated February 17, 1994 - - Mr. William W. Hutson to Mr. John Kurtz.  (CNA 000512-15) | X | |
| 4 | Letter dated February 18, 1994 - - Mr. William W. Hutson to Mr. John Kurtz, Continental Loss Adjusting.  (CNA 000510-11) | X | |
| 5 | INITIAL FILE RECAP/MAJOR RESERVE REPORT dated February 18, 1994 - - by Mr. William W. Hutson.  (CNA 000516-23; BBAHC 000192-99 same as CNA 000516-23, therefore not included) | X | |
| 6 | Interoffice Communications and letter dated March 3, 1994, March 2, 1994 and February 18, 1994 - - to, from or reviewed by Mr. William W. Hutson.  (CNA 000507-09) | X | |
| 7 | Letter dated March 18, 1994 - - Mr. George Ertle, Director of Liability Continental Insurance to Mr. Bill Hutson, Claims Director.  (CNA 000505-06) | X | |
| 8 | Letter dated April 6, 1994 - - Mr. William W. Hutson to George Ertle.  (CNA 000493-95; and BBHC 001212-14) | X | |
| 9 | Letter dated May 3, 1994 - - Mr. George Ertle to Mr. Bill Hutson.  (CNA 0000468-70) | X | |
| 10 | Letter dated May 4, 1994 - - Mr. William W. Hutson to Jim Friderici, Esq.  (CNA 000476-77) | X | |
| 11 | Letter dated May 10, 1994 - - James B. Friderici, Esq. to Mr. William Hutson, Claims Director, Continental Insurance Healthcare. (CNA 000471-75) | X | |
| 12 | Letter dated May 16, 1994 - - James B. Friderici, Esq. to Mr. William W. Hutson. (CNA 000461-63) | X | |

| 13 | Letter dated June 1, 1994 - - James B. Friderici, Esq. to Mr. William W. Hutson.  (CNA 000457-59) | X | |
| 14 | Letter dated June 3, 1994 - - James B. Friderici, Esq. to Mr. William W. Hutson.  (CNA 000454-56) | X | |
| 15 | Blank | | |
| 16 | Letter dated June 23, 1994 - - James B. Friderici, Esq. to Mr. William W. Hutson.  (CNA 000451-52) | X | |
| 17 | Letter dated July 15, 1994 - - Mr. William W. Hutson to Mr. Mike Cox, Senior Vice President Continental Healthcare.  (CNA 000453) | X | |
| 18 | Letter dated January 6, 1995 - - AUSA Kenneth S. Roosa to Ms. Lori Wing. (CNA 000336-38) | X | |
| 19 | Facsimile dated January 9, 1995 (with partial attachment) - - Ms. Julie McCarty to Randi King, Claims Supervisor Continental Insurance Co. (CNA 000440-41) | X | |
| 20 | Facsimile dated January 12, 1995 - - Ms. Julie McCarty to Mr. Bill Hutson. (CNA 00439) | X | |
| 21 | Letter dated January 20, 1995 - - James B. Friderici, Esq. to Mr. William Hutson, Claims Director Continental Insurance Healthcare (Report). (CNA 000562-66) | X | |
| 22 | Letter dated January 20, 1995 - - James B. Friderici, Esq., to Mr. Greg Hance, Continental Loss Adjusting Services, Inc.  (CNA 000560-61) | X | |
| 23 | Letter dated February 1, 1995 - - AUSA Kenneth S. Roosa to Ms. Lori Wing. (Ex. 3, First Amended Complaint) | X | |
| 24 | Letter dated February 2, 1995 - - James B. Friderici, Esq. to AUSA Kenneth S. Roosa.  (BBHC 1137-38) | X | |
| 25 | Letter and facsimile cover sheet dated February 13, 1995 - - James B. Friderici, Esq. to Mr. William Hutson. (CNA 000431-33; and 569-70) | X | |
| 26 | Letter dated February 13, 1995 - - James B. Friderici, Esq. to AUSA Kenneth S. Roosa. (CNA 000340-41) | X | |

| 27 | Letter dated May 8, 1995 - - Mr. William W. Hutson, Claims Director Continental Insurance to Jim Friderici, Esq.  (CNA 000430) | X | |
| 28 | Letter dated May 25, 1995 - - James B. Friderici, Esq. to Mr. William Hutson. (CNA 000571-73) | X | |
| 29 | Letter dated June 1, 1995 - - Robert K. Stewart, Jr., Esq. to James B. Friderici, Esq. | X | |
| 30 | Letter dated June 6, 1995 - - AUSA Kenneth S. Roosa to James Frederici, Esq. [sic] (CNA 00042-45) | X | |
| 31 | Letter dated June 8, 1995 - - James B. Friderici, Esq. to AUSA Kenneth S. Roosa. | X | |
| 32 | Letter dated June 8, 1995 - -  James B. Friderici, Esq. to Mr. William Hutson. (CNA 000623-24) | X | |
| 33 | Letter dated July 12, 1995 (enclosing bill) --James B. Friderici, Esq. to Mr. William Hutson.  (CNA 000702-08) | X | |
| 34 | Letter dated September 13, 1995 - - AUSA Kenneth S. Roosa to Mr. Bill Hutson. (CNA 000347-48) | X | |
| 35 | Facsimile dated September 13, 1995 (attaching January 6, 1995 USA tender letter to Ms. Lori Wing) - - AUSA Ken S. Roosa to Mr. Bill Hutson. (CNA 000445, 442-44) | X | |
| 36 | Certified letter dated October 3, 1995 - - Mr. William W. Hutson, Claims Manager, CNA Health Pro to AUSA Kenneth S. Roosa. (BBHC001514) | X | |
| 37 | Letter dated October 3, 1995 - - William W. Hutson, Claims Manager CNA HealthPro to Mr. Kenneth Roosa. (Ex. 8, First Amended Complaint) | X | |
| 38 | Letter dated July 26, 1996 -- Jennifer E. Tayor, Esq., [sic] Claims Consultant to James B. Friderici, Esq. (CNA 000417) | X | |
| 39 | August 16, 1996 letter - - James B. Friderici, Esq. to Ms. Jennifer E. Taylor.  (CNA 000414-16) | X | |

| 40 | Letter dated February 20, 1997 - - AUSA Kenneth S. Roosa to Ms. Jennifer Taylor, HealthPro (Formal retender of Kallstrom). (CNA 000410-12; and 000350-52) | X | |
|----|----|----|----|
| 41 | Letter dated March 18, 1997 - - Ms. Jennifer Eve Taylor, Esq., Claims Consultant CNA HealthPro to AUSA Kenneth S. Roosa. (Ex. 10, First Amended Complaint) | X | |
| 42 | Facsimile dated May 16, 1997 - - AUSA Kenneth S. Roosa to Mr. Ray Faccenda (with attachment). (Ex. 11, First Amended Complaint) | X | |
| 43 | Letter and Report dated May 28, 1997 - - Craig F. Stowers, Esq. to Mr. Ray Faccenda.  (CNA 000249-61) | X | |
| 44 | Letter dated June 19, 1997 - - Craig F. Stowers, Esq., to AUSA Kenneth Roosa. (CNA 000368-76) | X | |
| 45 | Stipulation for Compromise Settlement in Wilson v. United States dated August 28, 1997. (Ex. 13, First Amended Complaint) | X | |
| 46 | File Activities Report dated April 28, 1997 through July 1, 1997. (CNA 000669-71) | X | |
| 47 | Facsimile cover sheet dated May 20, 1997 - - Mr. Ray Faccenda to Craig Stowers, Esq. (CNA 000681) | X | |
| 48 | Letter dated November 11, 1998 - - Robert Stewart, Esq. to AUSA Kenneth S. Roosa.  (USA 000074-75) | X | |
| 49 | Letter dated October 30, 2001 - - Kenneth S. Roosa to Evan Schwab | X | |
| 50 | Undated Employee Information - - Mr. Raymond Mark Faccenda reports to Mr. Gregory Allen Steele.  (CNA 000559) | X | |
| 51 | File Summary.  (CNA 000581, 83, 85-93) | X | |
| 52 | Notes.  (CNA 000596-612) | X | |
| 53 | Continental Claims Handling Guidelines (CNA 015712-28) | X | |
| 54 | CNA 2004 Annual Statement (CNA 003804-4053) | X | |

| 55 | Alaska Statues, Title 21 Insurance, Chapter 36, Trade Practices and Fraud | X | |
| 56 | NAIC's "Unfair Claims Settlement Practices Act"  (CNA 015724) | X | |
| 57 | William W. Hutson Deposition, April 7, 2000 | X | |
| 58 | Lawrence Boysen Deposition, November 2, 2005 | X | |
| 59 | Erin M. Finn Deposition, November 8, 2005 | X | |
| 60 | Robert A. Lohr Deposition, February 7, 2006 | X | |
| 61 | Robert N. Wainscott Deposition, February 8, 2006 | X | |
| 62 | Deborah Segelhorst Deposition, February 14, 2006 | X | |
| 63 | Policy Premium Chart | X | |
| 64 | Deborah Senn Expert Report | X | |
| 65 | Deborah Senn Resume | X | |
| 66 | Rick Gaskins Expert Report | X | |
| 67 | Rick Gaskins' resume | X | |
| 68 | Schedule 1 to Rick Gaskins Report, Continental Casualty Company Summary Financial Data 1995 - 2004 | X | |
| 69 | Schedule 2 to Rick Gaskins Report, Continental Casualty Company Key Financial Data 1995 - 2004 | X | |
| 70 | Schedule 3 to Rick Gaskins Report, Top Executive Compensation 1995 - 2004 | X | |
| 71 | Schedule 4 to Rick Gaskins Report, Consumer Price Index 1979 -2004 | X | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |

| | | | |
|---|---|---|---|
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | | | |

The United States has attempted to prepare a comprehensive list of exhibits that it likely will use in the trial of this matter.  It reserves the right, however, to rely on United States' exhibits listed in Index of Exhibits filed July 31, 2001, or any other exhibit already received into evidence in the summary judgment and other briefings by either side.

Respectfully submitted this 12th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

s/Richard R. Stone, Sr.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone:  (202) 616-4291
Fax:  (202) 616-5200 fax
E-mail:  richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2006,
a copy of the foregoing Plaintiff
UNITED STATES' EXHIBIT LIST
was served electronically on Gary A. Zipkin
and William Urquhart, and via U.S. mail  on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758


s/ Richard L. Pomeroy