Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| THE CONTINENTAL CASUALTY COMPANY d/b/a THE CONTINENTAL INSURANCE COMPANY, | ) | Case No. 3:98-cv-285-JWS |
| Defendant. | ) | |

DEFENDANTS' EXHIBIT LIST

Pursuant to this court's Order for Final Pre-Trial Proceedings dated September 26, 2005, Dkt. 161, defendants submit the following exhibit list.

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| A | 10/1/87 | Award/Contract; Bates Nos. A7515-7616 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| B | 4/5/88 | Ltr to Robert Clark from S. Bobo Dean (Exhibit 2 to Dean deposition); Bates Nos. 900,710-900,731 (CNA000928) | | X |
| C | 5/31/88 | Ltr to Sidney Yates from S. Bobo Dean (Exhibit 3 to Dean deposition); Bates Nos. 900,732-900,734 | | X |
| D | 9/20/88 | Conversation Record for File from Rollins Burdick, talked with Ronald Hihn; Bates No. BC 002166 | | X |
| E | 3/2/89 | Fax from Lori Wing to Kim McCavera; Bates Nos. BC 000466-000469 | | X |
| F | 3/8/89 | Fax to Kim McCavera from Lori Wing/ Bates Nos. BC 000460-000461 | | X |
| G | 3/16/89 | Fax transmittal from Lori Wing to Kim McCavera; Bates No. BC 000445 | | X |
| H | 9/22/89 | Fax to Lori Wing from Kim McCavera; Bates No. BBHC 000620 | | X |
| I | 9/30/89 | Application for Hospital Professional Liability and General Liability Coverage; Bates Nos. CNA 16879-16886 | | X |
| J | 10/17/89 | Ltr to John Fontana from Lori Wing; Bates Nos. BC 002395-002396 | | X |
| K | 12/21/89 | Ltr from Lori Wing to Jeff Furnia; Bates Nos. IHS 0216-0217 (Segelhorst Ex. C) | | X |
| L | 7/30/90 | Application for Hospital Professional Liability and General Liability Coverage; Bates No. BBHC 000487-000494 (Padgitt Ex. 1) | | X |
| M | 10/5/90 | Ltr to Robert Clark from Lori Wing re: insurance binders; Bates Nos. BC 002768-002769 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| N | 12/11/90 | Memo from Kris Lampi to Sally Padgitt; Bates Nos. BBHC 00623-000680 (Padgitt Ex. A) | | X |
| O | 12/17/90 | Bristol Bay Area Health Corporation Register of Insurance; Bates No. BC 000379-000409 | | X |
| P | 2/8/91 | Memo to Navajo School clients from Carol L. Barbero and Matthew S. Jaffe re: FTCA and general liability insurance (Exhibit 6 to Dean depo; Exhibit L to Wing depo); Bates Nos. 900,742-900,756 (CNA 001145-001159) | | X |
| Q | 7/3/91 | Ltr to Everett R. Rhoades, M.D. from S. Bobo Dean (Exhibit 7 to Dean depo); Bates Nos. 900,575-900,765; CNA 001162-001170 | | X |
| R | 8/22/91 | Ltr to S. Bobo Dean from Everett R. Rhoades (Exhibit 8 to Dean depo); Bates Nos. 900,766-900,767; CNA 001171-001172 | | X |
| S | 8/27/91 | Ltr to Dr. Everett R. Rhoades from S. Bobo Dean (Exhibit 9 to Dean depo); Bates Nos. 900,767A-900,768; CNA 001173-001174 | | X |
| T | 9/3/91 | Ltr from Lori Wing to John Roskopf; Bates Nos. BC 000354-000355 | | X |
| U | 9/6/91 | Memo to Tribal Clients from Hobbs, Strauss, Dean & Wilder (Exhibit 10 to Dean depo); Bates Nos. 900,769-900,770; CNA 001104-001105 | | X |
| V | 9/10/91 | Memo from Gary Thogerson to Richard D. Frost (Exhibit F to Segelhorst depo); Bates Nos. IHS 0250-51 | | X |
| W | 9/11/91 | Ltr to Lori Wing from S. Bobo Dean (Exhibit 11 to Dean depo); Bates Nos. 900,771-900,795 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| X | 9/13/91 | Ltr to Lori Wing from Debra Wyatt Brown; Bates Nos. CNA 00074-00075 | | X |
| Y | 9/13/91 | Submission Analysis Form; Bates Nos. CNA 000083-000087 | | X |
| Z | 9/23/91 | Ltr to Debra Wyatt Brown from Lori Wing with BBAHC Financial Statements and Independent Auditor's Report; Bates Nos. CNA 000243, CNA 000232-242, CNA 000245 | | X |
| AA | 9/26/91 | Bristol Bay Area Health Corporation Financial Statements and Additional Information and Independent Auditors' Report for Year Ended September 30, 1990; Bates Nos. BBHC 001085-001097 | | X |
| AB | 9/30/91 | 1 page memo signed by D. Brown; Bates No. CNA 00068 | | X |
| AC | 9/26/91 | Transmittal and Application for Insurance; Bates Nos. CNA 000093-000100 | | X |
| AD | 11/22/91 | Financial Statements and Independent Auditor's Report for Year Ended September 30, 1991 Bristol Bay Area Health Corporation; Bates Nos. CNA 17397-17405; BBHC 000395-000403 | | X |
| AE | 1/23/92 | Amendment of Solicitation/Modification of Contract; Bates Nos. A7861-7862 | | X |
| AF | 1/24/92 | Indian Self-Determination Memorandum No. 92-1, Dept. of Health and Human Services; Bates Nos. CNA 001185-001198 | | X |
| AG | 5/1/92 | General Memorandum 92-53 (Exhibit 12 to Dean depo); Bates Nos. 900,796-900,801 | | X |
| AH | 7/17/92 | Ltr from Art Stanford to Liz Hartshorn; Bates Nos. BC 001878-001888 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| AI | 7/30/92 | Ltr from Lori Wing to Maurice Sidy, NAS Insurance Services; Bates No. BC 0001892 | | X |
| AJ | 8/6/92 | Ltr from Lori Wing to Liz Hartshorn; Bates Nos. BC 001889-001890 | | X |
| AK | 8/20/92 | Application for Hospital Professional Liability and General Liability Coverage; Bates Nos. CNA17389-17396 | | X |
| AL | 8/30/92 | Fax from Debra Wyatt Brown to Lori Wing; Bates Nos. CNA 17522-17523 | | X |
| AM | 9/9/92 | Ltr to Patrick Campbell from Lori Wing; Bates No. BC 001880 | | X |
| AN | 9/9/92 | Ltr to Jack Espland from Lori Wing; Bates No. BC 001881 | | X |
| AO | 9/9/92 | Ltr to Carol Mitchell from Lori Wing; Bates No. BC 001882 | | X |
| AP | 9/9/92 | Ltr to Fran O'Connell from Lori Wing; Bates No. BC 001883 | | X |
| AQ | 9/9/92 | Ltr to Jeremy Coverhouse from Lori Wing; Bates No. BC 001884 | | X |
| AR | 9/9/92 | Ltr to Ron Neupaurer from Lori Wing; Bates No. BC 001885 | | X |
| AS | 9/9/92 | Ltr to Kathleen Poly from Lori Wing; Bates No. BC 001886 | | X |
| AT | 9/9/92 | Ltr to The Doctors Company from Lori Wing; Bates No. BC 001887 | | X |
| AU | 9/10/92 | Ltr to Bud Buettner from Lori Wing; Bates No. BC 01879 | | X |
| AV | 9/20/92 | Ltr from Lori Wing to Debra Wyatt Brown; Bates No. CNA 17373 | | X |
| AW | 9/23/92 | Ltr from L. Wing to CNA; Bates Nos. BC 001843-001871 | | X |
| AX | 9/30/92 | Application for Hospital Professional Liability and General Liability Coverage - Claims Made; Bates Nos. BBHC 000404-000412<br><br>(D. Brown Ex. A) | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| AY | 11/10/92 | Association of Regional Health Directors FTCA Discussion Outline; Bates No. 900,804 | | X |
| AZ | 11/20/92 | Bristol Bay Area Health Corp. Financial Statements and Additional Information for Year Ended September 30, 1992 and Independent Auditors Report by Deloitt Touche [submitted with 8/6/03 Application]; Bates No. CNA 17550-17582; BBHC 000251-000283 | | X |
| BA | 1993-95 | CIC Premerger Corporate Claims Standards; Bates Nos. CNA 015729-015789 | | X |
| BB | 1/7/93 | Memo from Jeffrey Axelrad to All United States Attorneys; Bates Nos. DWT 0358-0366 (Lindquist Ex. 3) | | X |
| BC | 2/25/93 | Fax from L. Wing to D. Brown; Bates No. BBHC 000364 (D. Brown Ex. 4 excerpt) | | X |
| BD | 4/15/93 | Fax from L. Wing to D. Brown; Bates No. BBHC 000365 (D. Brown Ex. 4 excerpt) | | X |
| BE | 4/16/93 | Fax transmittal from Lori Wing to Debra Wyatt Brown; Bates Nos. CNA 17367, BC 002706 | | X |
| BF | 4/30/93 | Fax to Debra Wyatt Brown from Kris Lampi; Bates Nos. BC 002703 | | X |
| BG | 6/1/93 | Fax transmittal from Kris Lampi to Debra Wyatt Brown; Bates No. CAN 17525 | | X |
| BH | 7/10/93 | Ltr from D. Brown to L. Wing; Bates No. BBHC 000357 (D. Brown Ex. 4 excerpt) | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| BI | 8/6/93 | Application for Hospital Professional Liability and General Liability Coverage; CNA 17542-17549; BBHC 000243-000250<br><br>(D. Brown Ex. A) | | X |
| BJ | 8/11/93 | Memo from Kris Lampi to Debra Wyatt Brown; Bates No. CNA17524 | | X |
| BK | 8/12/93 | 1 page of handwritten notes by D. Brown; Bates No. BBHC 000381<br><br>(D. Brown Ex. 2 excerpt) | | X |
| BL | 8/13/93 | Ltr to Lori Wing from Debra Wyatt Brown; Bates Nos. CNA 17308, BC 002695 | | X |
| BM | 8/17/93 | Submission Analysis Form; Bates Nos. CNA17527-17535; BBHC 000228-000233 | | X |
| BN | 8/18/93 | Ltr to Strickland from Lampi; Bates No. BC 002694 | | X |
| BO | 8/30/93 | Ltr to Lori Wing from Debra Wyatt Brown, Bates Nos. CNA 17520-17521; BC 00118-00119; BBHC 000221-000222<br><br>(D. Brown Ex. 4 excerpt) | | X |
| BP | 9/27/93 | Ltr from Lori Wing to Robert Clark; Bates No. BC 001158 | | X |
| BQ | 9/30/93 | CIC Policy #HMA 9500648-5; Bates Nos. CNA000289-000335; A2345-2383<br><br>(D. Brown Ex. 1) | | X |
| BR | 9/30/93-9/30/94 | Insurance Policy 93 CBP 06114933-94; Bates Nos. A2315-2391 | | X |
| BS | 10/4/93 | Fax transmittal from Lori Wing to Debra Wyatt Brown; Bates No. CNA 17513-17514 | | X |
| BT | 10/7/93 | Miscellaneous Coding Slip; Bates No. CNA 17417 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| BU | 2/1/94-7/26/96 | Claim File Notes re: Wilson v. BBAHC; Bates Nos. CNA 000270-000286 | | X |
| BV | 1994 | Marketing Submission Fiscal Year 1994; Bates Nos. BC 000001-000110 | | X |
| BW | 1/12/94 | Ltr to Continental Insurance form Julie McCarty reporting claim; Bates Nos. CNA 000543-000548 | | X |
| BX | 1/17/94 | Ltr to Stewart from Luce; Bates Nos. BBHC 001277-001280 | | X |
| BY | 3/28/94 | Ltr from Marilyn Wilson to BBAHC; Bates No. CNA 000488 | | X |
| BZ | 3/28/94 | Claim for Damage, Injury, or Death; Bates Nos. CNA 000490-000492 | | X |
| CA | 4/6/94 | Memo from Hutson to George Ertle; Bates Nos. CNA 000493-000495 | | X |
| CB | 4/7/94 | Ltr from Stewart to Hutson; Bates Nos. CNA 000489-000492 | | X |
| CC | 4/7/94 | Ltr from Robert Stewart to Gary Thogerson; Bates No. A2180, BBH 000970<br><br>(Segelhorst Ex. G)<br>(Lindquist Ex. 5) | | X |
| CD | 4/11/94 | Complaint in Wilson v. Bristol Bay Native Corp., an Alaska Corp. and Bristol Bay Area Health Corp.; Bates Nos. BBHC 001782-001785 | | X |
| CE | 4/11/94 | HHS memo from Gary Thogerson to Art Simon; Bates No. A2034 | | X |
| CF | 4/20/94 | Ltr from Hutson to Stewart; Bates No. BBHC 001204 | | X |
| CG | 4/23/94 | Ltr to Thogerson from Parry Grover; Bates Nos. CNA 000625-000627; BBHC 001715-001717 | | X |
| CH | 4/26/94 | Ltr from Stewart to Hutson; Bates Nos. CNA 000482-000483 | | X |
| CI | 5/17/94 | Ltr to Robert Clark from Hutson; Bates Nos. CNA 000466-000467 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| CJ | 6/10/94 | Ltr to Stewart from Friderici; Bates Nos. CNA 000628-000629 | | X |
| CK | 6/16/94 | Ltr to Litigation Branch of DHHS from Friderici; Bates Nos. CNA 000621-000622; BBHC 001713-001714 | | X |
| CL | 6/21/94 | Order dismissing Wilson v. Bristol Bay Area Corp.; Bates Nos. CNA 000842-000843 | | X |
| CM | 6/23/94 | Unknown notes; Bates No. CNA 000176 | | X |
| CN | 9/8/94 | Ltr to Lori Wing from Debra Wyatt Brown; Bates Nos. CNA 17675-17677 | | X |
| CO | 9/30/94 | Application for Hospital Professional Liability and General Liability Coverage - Claims Made; Bates Nos. BBHC 000104-000111 (D. Brown Ex. A) | | X |
| CP | 10/14/94 | Summons to United States Attorney General and Complaint - Wilson v. United States; No. A94-488 CV; Bates Nos. A21-26; A271-278 | | X |
| CQ | 11/18/94 | Ltr to Ken Roosa from Sally Trebbe; Bates Nos. A130-135 | | X |
| CR | 12/7/94 | Ltr to Ken Roosa from Robert Stewart; Bates Nos. A117-118 | | X |
| CS | 12/9/94 | Ltr to Ken Roosa from Robert Stewart; Bates No. A115 | | X |
| CT | 1/11/95 | Ltr to Ken Roosa from Robert Stewart; Bates No. A116 | | X |
| CU | 3/15/95 | Answer in Wilson v. United States; No. A94-488 CV (HRH); Bates Nos. A299-302 | | X |
| CV | 5/95 | Handwritten Notes by Ken Roosa; Bates No. A184 | | X |
| CW | 5/1/95 | Third Party Complaint in Wilson v. United States; No. A94-488 CV (HRH); Bates Nos. A15-18; A267-270; CNA 000844-000846 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| CX | 5/26/95 | Defendant's Responses to Plaintiffs' First Discovery Requests in Wilson v. USA; Bates Nos. A5963-5967 | | X |
| CY | 5/30/95 | Ltr to Friderici from Stewart; Bates Nos. CNA 000576-000577 | | X |
| CZ | 5/31/95 | Ltr to Robert Stewart from Friderici; Bates Nos. CNA 000426-000427 | | X |
| DA | 6/2/95 | Ltr to Stewart from Friderici; Bates Nos. CAN 000579-000580 | | X |
| DB | 6/6/95 | Ltr to Friderici from Roosa; Bates Nos. CNA 000342-000345 | | X |
| DC | 6/8/95 | Ltr to Hutson from Friderici; Bates Nos. CNA 000623-000624 | | X |
| DD | 6/14/95 | Ltr from Hutson to Richardson; Bates No. BBHC 001837 | | X |
| DE | 7/11/95 | Invoice to Hutson from Friderici; Bates Nos. CNA 000633-000637 | | X |
| DF | 7/12/95 | Ltr to Hutson from Friderici; Bates Nos. BBHC 001319-001325 | | X |
| DG | 9/14/95 | Kallstrom's Answer and Counterclaim to Third Party Complaint; Wilson v. United States; No. A94-488 CV (HRH); Bates Nos. A254-259 | | X |
| DH | 9/29/95 | Answer to Counterclaim by U.S. in Wilson v. United States; No. A94-488 CV (HRH); Bates Nos. A243-246 | | X |
| DI | 10/3/95 | Certified Ltr to Darrell Richardson from Hutson enclosing 6/14/95 ltr; Bates Nos. CNA 000424-000425; BBHC 001832, BBHC 001837 | | X |
| DJ | 1996 or 1997 | Claims File Notation; Bates No. CNA 000586 | | X |
| DK | 4/23/96 | E-mail from Hutson to Michael Ragan; Bates No. BBHC 001752 | | X |
| DL | 6/28/96 | Ltr to Robert Bundy and Ken Roosa from William C. Smart; Bates Nos. A708-714 | | X |
| DM | 10/1/96 | Ltr to William C. Smart from Roosa; Bates No. A702 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| DN | 11/6/96 | Ltr to Ken Roosa from William C. Smart; Bates Nos. A700-701 | | X |
| DO | 11/12/96 | Ltr to William C. Smart from Ken Roosa; Bates No. A678 | | X |
| DP | 1/27/97 | Order on Motion for Summary Judgment in Wilson v. United States; No. A94-488 CV (HRH); Bates Nos. A600-602 | | X |
| DQ | 3/18/97 | Ltr to Roosa from Jennifer Taylor; Bates No. CNA 000353 | | X |
| DR | 3/18/97 | Fax Ltr to Jennifer Taylor from Roosa; Bates No. CNA 000408 | | X |
| DS | 4/18/97 | Memo from Howard Greene to Steven Garrett; Bates No. CNA 000406 | | X |
| DT | 4/28/97 | E-mail to Gregory Steele from Steve Garrett w/cc to Ray Faccenda; Bates No. CNA 000388 | | X |
| DU | 5/15/97 | Ltr to Ken Roosa from L. Ames Loose - apparent settlement demand; Bates Nos. CNA 000355-000367; A624-636 | | X |
| DV | 5/20/97 | Ltr from McCarty to Stowers; Bates No. CP 00248 | | X |
| DW | 5/27/97 | Ltr to Craig Stowers from Ken Roosa; Bates No. A606 | | X |
| DX | 6/19/97 | Ltr to Ken Roosa from Craig Stowers with handwritten note "Ken this is persuasive, what do you think?" (Jim Thogerson); Bates Nos. A583-A592 | | X |
| DY | 7/25/97 | Correspondence from Robert Bundy to Jeffrey Axelrad; Bates Nos. A1311-1314 | | X |
| DZ | 8/21/97 | CNA File Activities report; Bats Nos. BBHC 001287-001289 | | X |
| EA | 1998-2000 | Clinician's Handbook on the Federal Tort Claims Act; Bates Nos. 200,154-200,189 | | X |
| EB | 2/11/98 | Order Dismissing Culstrom Counterclaim; Wilson v. United States; No. A94-488 CV (HRH); Bates Nos. A206-213 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| EC | 2/13/98 | Judgment in a Civil Case; <u>Wilson v. United States</u>; No. A94-488 CV (HRH); Bates No. A205 | | X |
| ED | 4/22/98 | US Dept of Justice Memo – COVERAGE ISSUES UNDER THE INDIAN SELF-DETERMINATION ACT; Bates Nos. DWT 0406-0417 | | X |
| EE | 8/21/98 | File Activities Report; Bates Nos. CNA 000669-000671 | | X |
| EF | 8/21/98 | General memo 98-103 by Hobbs Strauss (Exhibit 16 to Dean depo); Bates Nos. 900,807-900,810 | | X |
| EG | 10/16/98 | Update Memorandum from Director of Torts Branch to U.S. Attorney re: FTCA coverage of certain tribal organizations; Bates Nos. DWT 0418-0435 | | X |
| EH | 12/1/98 | Declaration of Lori Wing | | X |
| EI | 12/30/98 | General Memo 98-152 from Hobbs Strauss; Bates Nos. 900,811-900,813 | | X |
| EJ | 1/26/99 | Bobo Dean letter to Thogerson (Exhibit 18 to Dean depo); Bates Nos. 900,814-900,816 | | X |
| EK | 2/8/99 | Letter to Parry Grover from US Attorney Bundy re indemnity demand; Bates Nos. BBH 001935-1937; DWT 0388-90 | | X |
| EL | 3/2/99 | Letter to Lori Wing from Robert Clark re US demand for indemnity (Exhibit 23 to Lindquist depo); Bates No. DWT 0387 | | X |
| EM | 3/17/99 | Lori Wing letter to April Minkus at CNA Health Pro re tender of US Gov't indemnity claim against BBAHC; Bates No. DWT 0386 | | X |
| EN | 4/23/99 | Ltr from Parry Grover to Kenneth Roosa; Bates No. USA 000066 | | X |
| EO | 4/30/99 | Draft letter to Janet Reno from S. Bobo Dean; Bates Nos. DWT 1051-1065 | | X |
| EP | 5/4/99 | Memo from S. Bobo Dean; Bates Nos. DWT 0592-0595 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| EQ | 5/24/99 | Letter to Robert Stewart from David Maulbetsch re CIC's denial of BBAHC's 3/17/99 tender; Bates Nos. DWT 0367-0381 | | X |
| ER | 6/8/99 | Letter to David Maulbetsch from Robert Stewart; Bates Nos. BBH 001941-1942 | | X |
| ES | 6/22/99 | Letter to David Maulbetsch from Robert Stewart; Bates Nos. DWT 0474-0475 | | X |
| ET | 6/22/99 | Letter to Robert Stewart from David Maulbetsch; Bates No. DWT 480 | | X |
| EU | 7/21/99 | Ltr from Kenneth Roosa to Jeffrey Axelrad<br><br>(Roosa Ex. 15) | | X |
| EV | 3/24/00 | Plaintiff's Responses to Defendants' First Discovery Requests | | X |
| EW | 4/10/00 | Ltr to Duke McCloud from S. Bobo Dean (Exhibit 19 to Dean depo); Bates No. 900,817 | | X |
| EX | 5/2/00 | Letter from Bobo Dean to Duke McCloud, HHS Office of General Counsel, re: U.S. Atty's demand that BBAHC indemnify government (Exhibit 20 to Dean depo); Bates Nos. 900,818-900,832 | | X |
| EY | 5/3/00 | Letter from Bobo Dean to Duke McCloud, re: U.S. suit against CIC; Bates Nos. DWT 0568-0570; 000158-000160<br><br>(Dean Ex. 21) | | X |
| EZ | 5/20/00 | Craig Stowers' notes of telephone call with Lori Wing; Bates Nos. CP 00405-00410 | | X |
| FA | 5/27/00 | Craig Stowers' notes of telephone call with Ken Roosa; Bates Nos. DW 001038 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| FB | 6/2/00 | Tribal Reimbursement Memo; Bates Nos. 000350-000354<br><br>(Dean Ex. 23) | | X |
| FC | 6/26/00 | Letter from Bobo Dean to Mark Van Norman, DOJ's Office of Tribal Justice re: government's suit against CIC; Bates No. DWT 0565; 000144<br><br>(Dean Ex. 22) | | X |
| FD | 7/12/00 | Willis Testimony; Bates Nos. 000203-000213<br><br>(Dean Ex. 24) | | X |
| FE | 7/26/00 | Letter from Bobo Dean & Willis to Sen. Inouye re: BBAHC's opposition to U.S.'s position on being an additional insured; Bates Nos. DWT 0495-0512 | | X |
| FF | 10/11/01 | Ltr from Susan Lindquist to Lori Wing; Bates Nos. US30b6 000046-000048<br><br>(Lindquist Ex. 2) | | X |
| FG | 6/11/02 | Ltr to Roosa from John Treptow; Bates Nos. CNA 001421-001422 | | X |
| FH | 3/28/03 | District Court's Order granting summary judgment to Continental in United States v. CNA | | X |
| FI | 10/20/04 | 9th Circuit Opinion in United States v. CNA | | X |
| FJ | 11/10/05 | United States' Responses to Defendant's First Set of Discovery Requests in the Punitive Damages Phase | | X |
| FK | 11/21/05 | Rick R. Gaskins's Expert Report; Bates Nos. A7475-7492 | | X |
| FL | 11/22/05 | Deborah Senn's Expert Report; Bates Nos. A7415-7474 | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| FM | 12/13/05 | Supplement to United States Responses to Defendant's First Set of Discovery Requests in the Punitive Damages Phase | | X |
| FN | 12/20/05 | Robert N. Wainscott's Expert Report; Bates Nos. 200,000-200,033 | | X |
| FO | 12/22/05 | Douglas J. Serhadely's Expert Report; Bates Nos. 200,065-200,091 | | X |
| FP | 12/22/05 | Robert A. Lohr's Expert Report; Bates Nos. 200,114-142; 200,153 | | X |
| FQ | 1/9/06 | Plaintiff United States' Responses to Continental Insurance Company's Second Set of Discovery Requests in the Punitive Damages Phase | | X |
| FR | 1/30/06 | United States of America's Responses to Continental Insurance Company's Third and Fourth Sets of Discovery Requests to Plaintiff in the Punitive Damages Phase | | X |
| FS | 3/7/06 | Affidavit of Ray Faccenda accompanying Continental's Motion for Partial Summary Judgment on the United States' Prayer for Punitive Damages | | X |
| FT | 3/14/06 | Affidavit of James Friderici accompanying Continental's Motion for Partial Summary Judgment on the United States' Prayer for Punitive Damages | | X |
| FU | 3/8/06 | Affidavit of Lawrence Boysen | | X |
| FV | 3/14/06 | Affidavit of Lawrence Boysen accompanying Continental Casualty Company's Motion for Summary Judgment | | X |
| FW | 3/15/06 | Affidavit of William Hutson accompanying Continental's Motion for Partial Summary Judgment on the United States' Prayer for Punitive Damages | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| FX | 3/15/06 | United States' Amended Responses To Defendant's First Set Of Discovery Requests In The Punitive Damages Phase | | X |
| FY | 3/16/06 | Affidavit of Craig F. Stowers accompanying Continental's Motion for Partial Summary Judgment on the United States' Prayer for Punitive Damages | | X |
| FZ | 11/89 | Bristol Bay Area Health Corporation Statement of Revenues and Expenses Year Ended September 30, 1989<br><br>(Segelhorst Ex. E) | | X |
| GA | 11/93 | Bristol Bay Area Health Corporation Statement of Revenues and Expenses, Year Ended September 30, 1993 | | X |
| GB | 11/94 | Bristol Bay Area Health Corporation Statement of Revenues and Expenses, Year Ended September 30, 1994<br><br>(Segelhorst Ex. K) | | X |
| GC | | Blanche Kallstrom v. USA Opinion; Bates Nos. CNA 001408-001420<br><br>(Roosa Ex. 18) | | X |
| GD | | Public Law 101-512 | | X |
| GE | | Public Law 101-121 | | X |
| GF | | Stewart-Smith Heidinger, Inc. Avi-Truck, Inc., 682 P.2d 1108 (Alaska 1984) | | X |
| GG | 11/90 | Bristol Bay Area Health Corporation Financial Statements and Additional Information for the Year Ending September 30, 1990; Bates Nos. BBHC 001085-001097<br><br>(D. Brown Ex. C) | | X |

| EXHIBIT NO. | DATE | DESCRIPTION | ADM | ID |
|---|---|---|---|---|
| GH | 9/30/94 | Continental Insurance Business Policy Package; Bates Nos. BC 002770-002914 | | X |
| GI | | Deposition of William Hutson | | X |
| GJ | | Deposition of Susan Lindquist | | X |
| GK | | Deposition of Debra Segelhorst | | X |
| GL | | Deposition of Lori Wing | | X |
| GM | | Deposition of Debra Wyatt-Brown | | X |
| GN | | Deposition of Sally Padgitt | | X |
| GO | | Deposition of S. Bobo Dean, Esq. | | X |
| GP | | Deposition of Robert Clark | | X |
| GQ | | Deposition of Robert K. Stewart, Esq. | | X |
| GR | | Deposition of Darrell Richardson | | X |
| GS | | Deposition of Elizabeth Hartshorn | | X |
| GT | | Deposition of Kenneth Roosa, Esq. | | X |
| GU | | Deposition of Paul Figley | | X |
| GV | 5/21/97 | CNA File Activities Report on Wilson Litigation; Bates Nos. BBHC 001287-001318 | | X |
| GW | 8/21/98 | Summons and Complaint Issued to CNA Financial Corp. | | X |
| GX | 7/28/99 | Memo from U.S. Public Health Service to tribal leaders | | X |

DATED at Anchorage, Alaska, this _____ day of April, 2006.

>GUESS & RUDD P.C.
>Attorneys for Defendants
>
>By: ___s/Gary A. Zipkin___
>     Guess & Rudd P.C.
>     510 L Street, Suite 700
>     Anchorage, Alaska  99501
>     Phone: 907-793-2200
>     Fax:   907-793-2299
>     Email: gzipkin@guessrudd.com
>     Alaska Bar No. 7505048
>
>QUINN EMANUEL URQUHART
>    OLIVER & HEDGES, LLP
>Attorneys for Defendants
>
>By: ___s/A. William Urquhart___
>     Quinn Emanuel Urquhart
>       Oliver & Hedges, LLP
>     865 South Figueroa
>     Street, 10th Floor
>     Los Angeles, CA  90017
>     Phone: 1-213-443-3000
>     Fax:   1-213-443-3100
>     Email:
>     billurquhart@quinnemanuel.com

CERTIFICATE OF SERVICE
I hereby certify that on the
_____ day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   s/Gary A. Zipkin

F:\DATA\6024\1\Pleading\82 Exhibit List.doc