Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|          ) | |
|      Plaintiff,  ) | |
|          ) | |
| vs.          ) | |
|          ) | |
| THE CONTINENTAL CASUALTY  ) | |
| COMPANY d/b/a     ) | |
| THE CONTINENTAL INSURANCE ) | |
| COMPANY,       ) | Case No. 3:98-cv-285-JWS |
|          ) | |
|     Defendant.  ) | |
| _____) | |

ERRATA


The Continental Casualty Company d/b/a The Continental
Insurance Company (hereinafter "Continental") filed its Exhibit
List on April 12, 2006, Dkt 288.  The signature date and the
service date were inadvertently omitted.  Attached is a copy of
Defendants' Exhibit List with the signature date and service date
inserted.

DATED at Anchorage, Alaska, this 13th day of April, 2006.

GUESS & RUDD P.C.
Attorneys for Defendants

By: _____S/Gary A. Zipkin_____
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone: 907-793-2200
Fax:   907-793-2299
Email: gzipkin@guessrudd.com
Alaska Bar No. 7505048

QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
Attorneys for Defendants

By: ___S/A. William Urquhart___
Quinn Emanuel Urquhart
    Oliver & Hedges, LLP
865 South Figueroa
Street, 10th Floor
Los Angeles, CA  90017
Phone: 1-213-443-3000
Fax:   1-213-443-3100
Email:
billurquhart@quinnemanuel.com

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
13th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    S/Gary A. Zipkin

F:\DATA\6024\1\Pleading\83 Errata.doc