Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>           Plaintiff,    )<br>)<br>vs.                          )<br>)<br>CNA FINANCIAL CORPORATION    )<br>AND THE CONTINENTAL          )<br>CASUALTY COMPANY d/b/a       )<br>THE CONTINENTAL INSURANCE    )<br>COMPANY,                     )<br>)<br>           Defendant.    )<br>_____) | Case No. 3:98-cv-285-JWS |

ORDER

      The parties' motion to modify the schedule as to filing joint statements of uncontested facts and issues, and for the exchange of exhibits to allow until April 7, 2006 for those tasks to be completed, is **GRANTED**.


Dated 4/13/06            /s/ John W. Sedwick
                         United States District Court Judge