MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *CNA FINANCIAL CORP. AND THE CONTINENTAL CAS. CO. d/b/a THE CONTINENTAL INS. CO.*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:98-cv-00285 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date: April 14, 2006

      There are presently pending approximately 20 substantive motions in this case, not all of which are yet fully briefed. They include dispositive motions and important motions *in limine* and even a motion to amend the complaint. It is impossible for the court to decide all of these motions in an orderly way in time to proceed to trial on the date presently set given the numerous other demands of the court's docket. Accordingly, the final pre-trial conference and trial by jury are hereby **VACATED**. Vacation of these dates does **NOT** extend the deadlines for any pre-trial milestones previously set which have not yet been accomplished, **NOR** does it extend the time for any motion practice.

      The court will issue an order soliciting suggested new trial dates after it has worked its way through the plethora of motions which have been filed.