## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**UNITED STATES OF AMERICA**     v.     **CNA FINANCIAL CORP. AND THE CONTINENTAL CAS. CO. d/b/a THE CONTINENTAL INS. CO.**

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:98-cv-00285 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**                    Date:  April 14, 2006

_____

The unopposed motion for extension of time at docket 245 is **GRANTED**.

_____