Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>           Plaintiff,              )<br>                                   )<br>vs.                                )<br>                                   )<br>CNA FINANCIAL CORPORATION          )<br>AND THE CONTINENTAL                )<br>CASUALTY COMPANY d/b/a             )<br>THE CONTINENTAL INSURANCE          )<br>COMPANY,                           )   Case No. 3:98-cv-285-JWS<br>                                   )<br>           Defendant.              )<br>_____) | |

UNOPPOSED MOTION TO EXTEND DEADLINE FOR
OBJECTIONS TO EXHIBITS AND DEPOSITION DESIGNATIONS

Defendants seek, and plaintiff does not oppose, that the deadlines for filing objections to proposed trial exhibits, and for objecting to deposition designations and making counter-designations, each be extended by a week to April 24, 2006. The proposed extension will assist the parties in more accurately

Unopposed Motion to Extend Deadline for
Objections to Exhibits and Deposition Designations
USA v. Continental; Case No. A98-285 CV (JWS)
Page 1 of 2

making the necessary objections to the trial exhibits and deposition designations offered by the other side, and extension of these deadlines will not impact any other trial deadlines.

Defendants' counsel has contacted Richard Pomeroy, who indicated that plaintiff does not oppose this request.

DATED at Anchorage, Alaska, this 17th day of April, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendants

        By:     s/Gary A. Zipkin
            Guess & Rudd P.C.
            510 L Street, Suite 700
            Anchorage, Alaska  99501
            Phone: 907-793-2200
            Fax:   907-793-2299
            Email: gzipkin@guessrudd.com
            Alaska Bar No. 7505048

        QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP
        Attorneys for Defendants

        By:     s/A. William Urquhart
            Quinn Emanuel Urquhart
              Oliver & Hedges, LLP
            865 South Figueroa Street, 10th Floor
            Los Angeles, CA  90017
            Phone: 1-213-443-3000
            Fax:   1-213-443-3100
            Email: billurquhart@quinnemanuel.com

Unopposed Motion to Extend Deadline for
Objections to Exhibits and Deposition Designations
USA v. Continental; Case No. A98-285 CV (JWS)
Page 2 of 2

CERTIFICATE OF SERVICE
I hereby certify that on the
17th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    s/Gary A. Zipkin
F:\DATA\6024\1\Pleading\85 unopp mtn extend objections.doc

Unopposed Motion to Extend Deadline for
Objections to Exhibits and Deposition Designations
USA v. Continental; Case No. A98-285 CV (JWS)
Page 3 of 2