Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>vs.                                     )<br>                                        )<br>CNA FINANCIAL CORPORATION               )<br>AND THE CONTINENTAL                     )<br>CASUALTY COMPANY d/b/a                  )<br>THE CONTINENTAL INSURANCE               )<br>COMPANY,                                )<br>                                        )<br>            Defendant.                  )<br>                                        ) | Case No. 3:98-cv-285-JWS |

[PROPOSED] ORDER

Defendants' motion to extend the deadline for objections to exhibits and deposition designations to April 24, 2006, is GRANTED.

_____        _____
Dated                            John W. Sedwick
                                 United States District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
17th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    s/Gary A. Zipkin
F:\DATA\6024\1\Pleading\86 Ord extend objections.doc

[Proposed] Order
USA v. Continental; Case No. A98-285 CV (JWS)
Page 2 of 2