**Robert A. Lohr**
2515 Telequana Drive
Anchorage, Alaska 99517
907-248-5432
907-223-9836 (cell)

## PROFESSIONAL EXPERIENCE

Alaska Division of Insurance                    Department of Community & Economic Development
Director                                        Anchorage, Alaska
                                                1999-2003

Promote Alaskan business and protect the public by regulating the insurance industry in Alaska to
ensure that a wide range of insurance products are available at affordable prices.  Licensed only
qualified, financially sound companies and approved or disapproved significant changes in their
status.  Considered the proposal by Premera Blue Cross to convert from non-profit to profit
status.  Montored the financial solvency of insurance companies.  Ensured that only those
qualified and of good character are licensed to engage in the insurance business.  Supervised the
consumer complaint function and ordered restitution where appropriate.  Directed market conduct
examinations designed to ensure industry compliance with insurance statutes and regulatons.
Investigated possible criminal and adminstrative violations of the Insurance Code.   Reviewed
proposed policy language to determine that it is not misleading or ambiguous and review
proposed rates to ensure that they are neither excessive, inadequate, nor unfairly discriminatory.
Oversaw a staff of 55.  Testified to legislative committees on proposed insurance legislation and
worked with  businsses, insurance companies, agents, brokers and the public to support passage
of needed bills.

Held national insurance regulatory leadership positions, such as Executive Committee member of
the National Association of Insurance Commissioners, a $55 million agency.    Served as Vice
Chair and Acting Chair of the 14-state Western Zone.  Served on the Internal Administration
Subcommittee and chaired the  Database Fee Working Group that is responsible for the
organization's primary revenue source and serves as a member of the Internal Administration
subcommittee that oversees NAIC operations.  Co-chaired the NARAB Working Group that
dramatically streamlined agent/broker licensing nationally.  Served a member of the International
Committee, traveling to conduct training seminars and participated extensively in meetings of the
International Association of Insurance Supervisors.

Alaska Public Utilities Commission             Department of Commerce & Economic Development
Executive Director                             Anchorage, Alaska
                                               1991-1999

Under the direction of the Chair and the Commissioners, served as chief administrator of the staff
of the Alaska Public Utilities Commission.  Supervised the staff of the Commission that regulates
the rates, services and practices of Alaskan public utilities and pipeline carriers.  Advised the
Commission on regulatory matters; upon request of the Commission, designated a staff team to
formally participate as a party in contested cases.  Maintained the administrative functions of the
Commission. Testified on behalf of the Commission to the legislature.  The position had principal

200144

EXHIBIT __B__
Page _1_ of _4_

Exhibit _____1_____
Page _1_ of _3_ pages

responsibility for the implementation of Commission-established policy, short and long range plans and budgets.

Developed and obtained legislative enactment of the new revenue source for the Commission, the regulatory cost charge on utility gross revenues. This freed the APUC from its dependence on unrestricted general funds for its operations.

Bob Lohr & Associates                                                      1986-1991
Owner & Principal Consultant                                      Anchorage, Alaska

Provided technical assistance to non-profit organizations and businesses. Served as Executive Director for a Native association facing severe administrative difficulties, internal strife and bankruptcy. Developed and commenced implementation of action plan to ensure continued ability to operate successfully this association delivering $2 million per year worth of health and social services to local people.

*Obtained confirmation of board commitment to original goals of the organization
*Re-established internal communications
*Developed clear priorities
*Restored good relationships with funding sources
*Developed network of individuals and organizations concerned about the success of organization.

Advocacy Services of Alaska                                          1989-1991
Executive Director                                                     Anchorage, Alaska

Executive Director for the protection & advocacy agency for Alaska, which provides legal representation to persons with developmental disabilities and chronic mental illness. Developed new funding sources including the first non- governmental grants for this statewide agency. Expanded mandate of agency substantially and obtained corresponding expansion in scope of state grant.

Rural Alaska Community Action Program, Inc                    1979-1986
Executive Director and other positions                         Anchorage, Alaska

Maintained funding for this major statewide non-profit with annual contracts in excess of $5 million. Established continued funding to meet Rural CAP's goal of rural economic development throughout Alaska.

Managed internal and external functions under the supervision of 21-member statewide board of directors; supervised a staff of 175. The position required a detailed knowledge of and interaction with the legislature, as well as state and federal agencies.

Addressed wide-ranging needs, including: village community development, energy weatherization), head start, natural resources, alcohol/drug abuse prevention

Exhibit ____1_____

Page __2__ of __3__ pages

EXHIBIT __B__
Page __2__ of __4__

Established a statewide network of non-profit organizations concerning the issues of federal budget cuts and proposed restrictions on lobbying by grass roots organizations.

Business Manager, Energy Director and Deputy Director 1979-1982.  Developed rural energy policy for Alaskan villages and persuaded Governor Hammond to adopt major provisions, developed administrative and program budgets to enable program to focus on priorities during a time of budget reductions; supervised all programs and internal operations of the agency.

Upper Tanana Development Corporation,                          Executive Director
1975-1979                                                      Tok, Alaska

Founded this regional development corporation serving the Upper Tanana region of eastern interior Alaska with the commitment to establish and operate education and social service programs. Worked with the board of directors to establish the first comprehensive senior citizen program in rural Alaska, as well as pre-school programs.

Developed grass roots movement to ensure local involvement in the gas pipeline planning process. Assessed the pros and cons for community residents, intervened in Federal Energy Regulatory Commission hearings on behalf of local villages. The planning group that grew out of this effort is now active representing local interests concerning other projects.

**EDUCATION**

Harvard University, Kennedy School of Government, Cambridge, MA, Master's Degree in Public Administration 1987-1988. Co-chair, Kennedy School Student Government.

Swarthmore College Swarthmore, PA 19081    B.A. Degree in International Relations and Economics, 1970

3

200146

EXHIBIT __B__
Page __3__ of __4__

Exhibit ____l____

Page __3__ of __3__ pages