IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>                    Plaintiff,             )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>CNA FINANCIAL CORPORATION )<br>AND THE CONTINENTAL          )<br>CASUALTY COMPANY d/b/a      )<br>THE CONTINENTAL INSURANCE )<br>COMPANY,                                  )<br>                                                        )<br>                    Defendant.          )<br>_____) | Case No. A98-285 CV (JWS) |

### AFFIDAVIT OF ROBERT A. LOHR

I, ROBERT A. LOHR, being first duly sworn upon my oath, depose and state as follows:

1. I have personal knowledge of the following facts unless otherwise indicated, and I am in all other ways competent to testify.

2. From 1999 through 2003, I served as the Director of the Alaska Division of Insurance (ADOI or Division). As the highest officer in the ADOI, I was responsible for regulating the insurance industry in Alaska to protect insurance customers in Alaska. The Division's mission is to develop, interpret, and enforce the insurance

June 6, 1995: Roosa tenders defense to Friderici, local counsel to BBAHC, under Policy # HMA 9500648-5.

Feb 20 1997: Roosa tendered to Continental only under CBP policy and not HMA policy. Neither CBP or HMA policies contained any language intending USA. as an additional insured.

May 27, 1997: Roosa wrote to Craig Stowers (Continental's local counsel) informing a tender and taking on responsibility for claim and settlement negotiations.

June 19, 1997: Stowers wrote to Roosa informing there is no coverage for USA under Continental policies.

B. What the financial records and filings pertaining to Continental Insurance Company's participation in the Alaska insurance market during the relevant time period indicate or suggest was <u>Continental Insurance Company's profit or loss from those Alaska operations</u>.

If, despite my opinion that punitive damages are unwarranted in this case, and punitive damages were to be found, I believe the proper measure of damages would be the Alaska earnings of Continental.

The schedule attached hereto as Exhibit A sets out Continental Insurance Company's premium volume by year for the most recent ten-year period. The result is that the average annual profit for Continental Insurance Company in Alaska has been approximately $339,105.

The premium and loss information is taken directly from Continental Insurance Company's Annual Statements filed with the Division and the NAIC. However, those statements do not contain profitability information by state. (<u>See also</u>,

Deposition of Lawrence Boysen). The profitability information is for all insurance lines for the Alaska market for 2002. It includes investment earnings.

Alaska was not a target state for Continental. (Crystal Brown, Assistant Vice President of Underwriting), states in her deposition that she believes that the coverage was written as a "broker accommodation" because it did not meet the $25,000 minimum that Continental expects to generate from an account. It appears to her that the credit was developed to keep the premium at or under $16,000. Brown states firmly that Continental would never have written the coverage if the United States was an insured.

Continental was not targeting insurance business in Alaska. This was the only primary CGL policy they wrote.

The premium billed to BBAHC was well below Continental's minimum premium of $25,000 per year and it was done to accommodate the broker's request.

The Alaska Division of Insurance issued a certificate of authority for Continental Insurance Company and Continental Assurance Co. It approved Continental's rates in the state.

Alaska's premium tax is based on Continental's premium revenues in Alaska.

200133

3 of 4 pages

Continental Insurance Company
Premium Volume in Alaska
1995-2004

| State/Year | Licensed? | Direct Premiums Written | Direct Premiums Earned | Direct Losses Paid (Deducting Salvage) | Direct Losses Incurred | Direct Losses Unpaid | Bates Page Reference |
|---|---|---|---|---|---|---|---|
| Alaska | Yes | | | | | | |
| 1995 | Yes | $ 5,195,373 | $ 6,835,274 | $ 4,746,064 | $ 4,402,471 | $ 10,181,681 | CNA 001695 |
| 1996 | Yes | 2,472,845 | 3,584,303 | 2,401,058 | 1,041,814 | 8,822,437 | CNA 001937 |
| 1997 | Yes | 1,562,206 | 1,727,568 | 2,368,812 | (551,632) | 5,901,993 | CNA 002199 |
| 1998 | Yes | 999,449 | 1,828,401 | 1,979,491 | 290,738 | 4,213,239 | CNA 002453 |
| 1999 | Yes | 1,549,085 | 804,935 | 2,370,284 | 3,868,974 | 5,711,931 | CNA 002699 |
| 2000 | Yes | 1,389,584 | 1,428,302 | 903,609 | 699,587 | 5,507,908 | CNA 002943 |
| 2001 | Yes | 1,831,085 | 1,660,314 | 1,475,807 | 773,746 | 4,805,846 | CNA 003178 |
| 2002 | Yes | 2,285,760 | 2,163,128 | 1,833,304 | 2,745,925 | 5,718,468 | CNA 003433 |
| 2003 | Yes | 2,215,430 | 2,533,970 | 821,484 | 2,255,303 | 7,152,287 | CNA 003725 |
| 2004 | Yes | 1,961,550 | 1,841,670 | 1,177,342 | 1,022,707 | 6,997,651 | CNA 003987 |
| TOTALS | | $ 21,462,367 | $ 24,407,865 | $ 20,077,255 | $ 16,549,633 | $ 65,013,441 | |
| Average Over 10 Years | | $ 2,146,237 | $ 2,440,787 | $ 2,007,726 | $ 1,654,963 | $ 6,501,344 | |

$ 339,105   15.8% profit on insurance transaction from 2002 NAIC Profitability Report (Alaska)
$ 339,105   Estimated average profit for Continental Insurance Company in Alaska, based on 10 years of insurance regulatory reports.

Sources: Annual Financial Filed with State Insurance Regulatory Agency
Schedule T: Exhibit of Premiums Written, Allocated by States and Territories
NAIC Profitability Report by State by Line of Insurance, page 38.

200143

EXHIBIT: A
Page ___ of ___

Exhibit 2
Page 4 of 4