Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>vs.                                     )<br>                                        )<br>CNA FINANCIAL CORPORATION               )<br>AND THE CONTINENTAL                     )<br>CASUALTY COMPANY d/b/a                  )<br>THE CONTINENTAL INSURANCE               )<br>COMPANY,                                )   Case No. 3:98-cv-285-JWS<br>                                        )<br>            Defendant.                  )<br>                                        ) | |

<u>ORDER</u>

Defendants' motion to extend the deadline for objections to exhibits and deposition designations to April 24, 2006, is **GRANTED**.

                                                /s/
Dated 4/19/2006                    Hon. John W. Sedwick
                                   United States District Court Judge