DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:98-cv-285-JWS<br><br>**JOINT MOTION FOR EXTENSION OF TIME OF CERTAIN MOTION PRACTICE DEADLINES** |

The parties jointly move for modification of certain deadlines coming due on several of the motions that have been recently filed in this case.

The parties propose the following time extensions:

- Oppositions to motions in limine, currently due April 20, extended to **April 27, 2006**.
- Replies to oppositions to motions in limine, currently due April 27, extended to **May 8, 2006**.
- Continental's reply to opposition to partial motion for summary judgment (Docket No. 231) currently due April 25, extended to **April 28, 2006**.

This request, if granted, will allow the parties to adequately address the plethora of issues that have been raised, hopefully assisting the court in resolving these matters.

The undersigned provided a draft of this motion to Greg Silvey at Guess & Rudd, an attorney for defendant, who concurred in this request.

Respectfully requested this 19th day of April, 2006, in Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/Richard L. Pomeroy
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    E-mail: richard.pomeroy@usdoj.gov
    AK #8906031

    s/Richard R. Stone, Sr.
    Trial Attorney
    U.S. Department of Justice
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C. 20044
    Phone: (202) 616-4291
    Fax: (202) 616-5200 fax
    E-mail: richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2006,
a copy of the foregoing JOINT MOTION
FOR EXTENSION OF TIME OF CERTAIN
MOTION PRACTICE DEADLINES
was served electronically on Gary A. Zipkin
and William Urquhart, and via fascimile on

Rebecca L. Ross  (312) 759-1939 fax


s/ Richard L. Pomeroy