Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CNA FINANCIAL CORPORATION | ) | |
| AND THE CONTINENTAL | ) | |
| CASUALTY COMPANY d/b/a | ) | |
| THE CONTINENTAL INSURANCE | ) | |
| COMPANY, | ) | Case No. 3:98-cv-285-JWS |
| | ) | |
| Defendants. | ) | |
| | ) | |

[PROPOSED] ORDER ON MOTION TO STRIKE LATE FILED MOTION

The court having considered Continental's Motion to Strike Plaintiff's Late Filed Motion to Strike and any opposition thereto,

IT IS HEREBY ORDERED that the motion is granted. Plaintiff's Motion to Strike Unqualified Expert Witness Testimony

of Robert Lohr is stricken and will not be considered by the court.

        DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 2006.

                                            _____
                                            The Honorable John W. Sedwick
                                            U.S. District Court Senior Judge

F:\DATA\6024\1\Pleading\87 Ord Mtn Stike.doc

CERTIFICATE OF SERVICE
I hereby certify that on the
21st day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   s/Gary A. Zipkin