Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>vs.                                )<br>                                   )<br>CNA FINANCIAL CORPORATION          )<br>AND THE CONTINENTAL                )<br>CASUALTY COMPANY d/b/a             )<br>THE CONTINENTAL INSURANCE          )<br>COMPANY,                           )<br>                                   )<br>            Defendants.            )<br>_____) | Case No. 3:98-cv-285-JWS |

[PROPOSED] ALTERNATIVE ORDER ON MOTION FOR EXTENSION OF TIME

       The court having considered Continental's Alternative Motion for Extension of Time to Oppose Plaintiff's Motion to Strike and any opposition thereto,

       IT IS HEREBY ORDERED that the alternative motion is granted.  Defendants' Opposition to Plaintiff's Motion to Strike Unqualified Expert Witness Testimony of Robert Lohr is due twenty (20) days from the date of distribution of this Order.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
The Honorable John W. Sedwick
U.S. District Court Senior Judge

F:\DATA\6024\1\Pleading\87 Ord Mtn Stike.doc

CERTIFICATE OF SERVICE
I hereby certify that on the
21st day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:   s/Gary A. Zipkin