Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>vs.                                     )<br>                                        )<br>THE CONTINENTAL                         )<br>CASUALTY COMPANY d/b/a                  )<br>THE CONTINENTAL INSURANCE               )<br>COMPANY,                                )<br>                                        )<br>            Defendant.                  )<br>_____) | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1.  I am a shareholder with the law firm of Guess & Rudd, P.C., attorneys for Continental Insurance Company and Continental Casualty Company in this action.  I make this declaration in support of defendants' combined oppositions to

the U.S.A.'s motions (1) to have a statement of the issues purportedly already decided on summary judgment read to the jury and (2) to have read to the jury the facts from summary judgment rulings.

    2.   Attached hereto as Exhibit A is a true and correct copy of the United States' Amended Responses to Defendant's First Set of Discovery Requests in the Punitive Damages Phase dated March 15, 2006.

    3.   Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Susan Lindquist dated February 9, 2006.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    DATED at Anchorage, Alaska, this 24th day of April, 2006.

_____
Gary A. Zipkin

F:\DATA\6024\1\Pleading\91gazdecl.doc