DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail:  richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:98-cv-285-JWS<br><br>**UNITED STATES' OBJECTIONS TO CONTINENTAL'S PROPOSED TRIAL EXHIBITS** |

      The United States reserves the right to object to any of the Defendant's proposed exhibits at trial, depending on what the exhibit is offered by Continental to prove.

      At this time, Continental's purpose in offering many of its 205 exhibits is obscure.  Most

of the exhibits proposed by Continental appear to have no relevance to the issues to be tried to the jury, many appear to be hearsay statements not subjection to an exception, but those are objections to admissibility at trial and not objections that are amenable to pretrial motion practice.

Since the United States cannot make meaningful objections, it should not be required to waive its right to object in a vacuum.

Respectfully requested this 24th day of April, 2006, in Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/Richard L. Pomeroy
                Assistant U.S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-2344
                E-mail: richard.pomeroy@usdoj.gov
                AK #8906031

                s/Richard R. Stone, Sr.
                Trial Attorney
                U.S. Department of Justice
                P.O. Box 888
                Benjamin Franklin Station
                Washington, D.C. 20044
                Phone: (202) 616-4291
                Fax: (202) 616-5200 fax
                E-mail: richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2006,
a copy of the foregoing UNITED STATES'
OBJECTIONS TO CONTINENTAL'S
PROPOSED TRIAL EXHBIITS was served
electronically on Gary A. Zipkin and William Urquhart
and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

by U.S. mail

s/ Richard L. Pomeroy