Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CNA FINANCIAL CORPORATION | ) | |
| AND THE CONTINENTAL | ) | |
| CASUALTY COMPANY d/b/a | ) | |
| THE CONTINENTAL INSURANCE | ) | |
| COMPANY, | ) | Case No. 3:98-cv-285-JWS |
| | ) | |
| Defendant. | ) | |
| | ) | |

REQUEST FOR ORAL ARGUMENT


        Pursuant to Local Rule 7.2(a), The Continental Casualty

Company d/b/a The Continental Insurance Company (hereinafter

"Continental") hereby requests oral argument on the following

motions:

1.    Continental's Motion for Partial Summary Judgment
      on Punitive Damages, Dkt. 231, filed on March 16,
      2006;

2.    Continental Casualty Company's Motion for Summary
      Judgment, Dkt. 237, filed on March 16, 2006;

3.    The United States' Motion for Summary Judgment on
      Failure to Accept Kallstrom Re-Tender, Dkt. 227,
      filed March 14, 2006; and

4.    The United States' Motion for Partial Summary
      Judgment on Actual Damages, Dkt. 228, filed
      March 14, 2006.

DATED at Anchorage, Alaska, this 25th day of April,
2006.

                          GUESS & RUDD P.C.
                          Attorneys for Defendants


                          By: _____s/Gary A. Zipkin_____
                                Guess & Rudd P.C.
                                510 L Street, Suite 700
                                Anchorage, Alaska  99501
                                Phone: 907-793-2200
                                Fax:   907-793-2299
                                Email: gzipkin@guessrudd.com
                                Alaska Bar No. 7505048

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Attorneys for Defendants


By:  ___s/A. William Urquhart_____
     Quinn Emanuel Urquhart
       Oliver & Hedges, LLP
     865 South Figueroa
     Street, 10th Floor
     Los Angeles, CA  90017
     Phone: 1-213-443-3000
     Fax:   1-213-443-3100
     Email:
     billurquhart@quinnemanuel.com


CERTIFICATE OF SERVICE
I hereby certify that on the
25th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:___s/Gary A. Zipkin___

F:\DATA\6024\1\Pleading\76 RFOA MSJs.doc


Request for Oral Argument
USA v. Continental; Case No. A98-285 CV (JWS)
Page 3 of 3