Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:         (907) 793-2299
E-mail:     gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE CONTINENTAL ) <br> CASUALTY COMPANY d/b/a ) <br> THE CONTINENTAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1.     I am a shareholder with the law firm of Guess & Rudd, P.C., attorneys for Continental Insurance Company and Continental Casualty Company in this action.  I make this declaration in support of Continental's Opposition to United States' Motion to Exclude "Expert" Testimony on the Decided Law and Facts of the Case.

     2.     Attached hereto as Exhibit A is a true and correct copy of the expert report of Deborah Senn as it was provided to Continental.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 25th day of April, 2006.

                                          Gary A. Zipkin

F:\data\6024\1\pleading\94 GAZ Decl.doc