IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:98-cv-285-JWS |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| The Continental Casualty Company, dba The Continental Insurance Company, | ) ) ) ) | |
| Defendants. | ) ) | |

The joint motion for an extension of certain motion practice deadlines is hereby GRANTED. Oppositions to motions *in limine*, currently due April 20, are due **April 27, 2006**. Replies to oppositions to motions *in limine*, currently due April 27, are due **May 8, 2006**. Continental's reply to opposition to partial motion for summary judgment (Docket No. 231), currently due April 25, is due **April 28, 2006**.

Date: April 26, 2006

/s/
John W. Sedwick
United States District Court Judge