DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail:  richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>          Defendant. | Case No. 3:98-cv-285-JWS<br><br>**MOTION TO STRIKE DEFENDANT'S LATE FILED REPLY AT DOCKET NO. 304** |

   Plaintiff moves to strike Defendant's reply brief filed at Docket No. 304.  Defendant's

reply was filed on April 21, 2006.  The deadline for filing the reply was April 20, 2006.  See

Docket No. 294.  Defendant's reply is late and is not accompanied by a motion for late filing or

other request for leave of court to make their tardy submission.  Accordingly, the late filed pleading should be stricken.

 Respectfully requested this 26th day of April, 2006, in Anchorage, Alaska.

              DEBORAH M. SMITH
              Acting United States Attorney

              s/Richard L. Pomeroy
              Assistant U.S. Attorney
              222 West 7th Ave., #9, Rm. 253
              Anchorage, AK 99513-7567
              Phone: (907) 271-5071
              Fax: (907) 271-2344
              E-mail: richard.pomeroy@usdoj.gov
              AK #8906031

              s/Richard R. Stone, Sr.
              Trial Attorney
              U.S. Department of Justice
              P.O. Box 888
              Benjamin Franklin Station
              Washington, D.C.  20044
              Phone:  (202) 616-4291
              Fax:  (202) 616-5200 fax
              E-mail:  richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006,
a copy of the foregoing MOTION TO
STRIKE DEFENDANT'S LATE FILED
REPLY AT DOCKET NO. 304
was served electronically on Gary A. Zipkin and
William Urquhart  and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

by U.S. mail

s/ Richard L. Pomeroy