DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 3:98-cv-285-JWS<br><br>**OPPOSITION TO CONTINENTAL'S MOTION TO STRIKE AT DOCKET NO. 305** |

　　　Defendant Continental has moved, at Docket No. 305, to strike the United States' motion to "strike that part of the testimony of Defendant's expert, Robert Lohr, in which he offers opinion testimony as to the valuation of Continental's transactions in Alaska due to a lack of

professional qualification to render such an opinion." Docket No. 297 at 1. Continental claims that the motion challenging Mr. Lohr's qualifications is untimely.

The Order for Pre-Trial Proceedings and Final Pre-Trial Conference at Docket No. 171 requires that

> Expert witnesses will be identified as such and as to their area(s) of expertise, and a statement of each expert's qualifications will be appended to the witness list. The statement of qualifications of experts will be sufficiently detailed <u>to permit opposing counsel to serve and file objections on or before the date specificied hereinafter for the filing of objections to proposed exhibits</u>. Any dispute as to qualifications will be resolved at the final pre-trial conference.

Id. at 3 (emphasis added). The original date to object to exhibits, April 3, was extended twice; first to April 17, 2006[1], then again to April 24, 2006.[2]

On April 17, 2006, the United States filed its objection to the qualifications of one of Continental's expert witnesses in the form of a motion to strike. Not only was the motion timely filed, it was actually filed seven days before the April 24, 2006 deadline for such motions. Continental's reliance on the deadline for filing motions in limine is misplaced.

Continental's motion to strike should be denied.

---

[1] Docket No. 243.

[2] Docket No. 299.

Respectfully requested this 26th day of April, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031
>
>s/Richard R. Stone, Sr.
>Trial Attorney
>U.S. Department of Justice
>P.O. Box 888
>Benjamin Franklin Station
>Washington, D.C. 20044
>Phone: (202) 616-4291
>Fax: (202) 616-5200 fax
>E-mail: richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006,
a copy of the foregoing OPPOSITION
TO CONTINENTAL'S MOTION TO STRIKE AT
DOCKET NO. 305 was served electronically
on Gary A. Zipkin and William Urquhart and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

by U.S. mail

s/ Richard L. Pomeroy