DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 3:98-cv-285-JWS<br><br>**UNITED STATES' OPPOSITION TO MOTION IN LIMINE NO. 7 TO EXCLUDE REFERENCE TO THE NUMBER OF LAW FIRMS REPRESENTING DEFENDANT. DOCKET NO. 260** |

　　Continental has moved to prohibit Plaintiff from referring to the "dream team' of law firms

and resources that it has amassed to represent it over the years in this matter. Docket No. 260.

Plaintiff has no intention of emphasizing this fact to the jury. However, it is not agreed that this

is irrelevant nor is it unduly prejudicial.  Continental's litigation tactics and proceedings have been unduly burdensome and overreaching.  The defendants' briefs have been riddled with misrepresentations, half truths and arguments unsupported by the law and the facts.  Every time Continental has lost a major point, it has fired its law firm and thrown a fresh team of lawyers at the problem.  These firms often have not felt obligated to ensure that their presentations comport with the record.  Continental's approach has increased the costs to the insured astronomically in terms of both attorney time and money.  The jury should be allowed to know everything about Continental's tactics and actions in its defense, because they are a large part of the bad faith in this case.  The fact that Continental has retained the law firms of:

    Delaney, Wiles, Hayes, Gerety, Ellis & Young

    Clapp, Peterson & Stowers

    Lane Powell Spears & Lubersky (now Lane Powell)

    Dorsey & Whitney

    Guess & Rudd

    Quinn Emmanuel Urquhart

    Ross, Dixon & Bell, LLP

    as well as Patton Boggs

and that Continental has devoted untoward resources to this case, is relevant to the issues for trial.

    Plaintiff opposes this motion.  The exhibits in this case include correspondence that has come from most of the above catalogued law firms that have represented Continental at various times in this case.  The jury may reasonably note that Continental has devoted considerable

resources to this case and had numerous law firms represent it at various points during the history of the case. The jury should be free to draw whatever inferences that they may, including the inference that if Continental took this approach with some 87 year old widow or a sole proprietor, either of whom relies on their insurance, the effect would be devastating. If Continental will increase expenses and drag out the litigation against the government like it has, it has no incentive to treat anyone else in Alaska any better. The jury should punish Continental for its acts in Alaska. The marshaling of its massive array of law firms against this case, is not mere zealous advocacy, nor can it be characterized as nothing more than an aggressive defense. Against the normal insured in Alaska, Continental's actions would be crippling.

   Plaintiff strongly opposes this motion. The Court will recall that one of the first major acts of bad faith occurring in this case arose out of an agreement by Continental with its first counsel not to address a relevant policy. Another occurred when Continental misled its second law firm into believing that the policy premium was designed to take into account the FTCA coverage. After that, law firm after law firm, has been hired to protect those acts. The law firms that followed essentially ignored Alaska law and searched other jurisdictions for their support. Indeed, the current law firm representing Continental has hired another law firm to prepare a brief to present to the jury that again ignores the <u>Avi Truck</u> analysis, and ignores the increased premiums for reduced risk, and argues that this Court and the Ninth Circuit are wrong on the law. This problem arises out of the very Continental activity that it does not want the jury to know about – the assumption that oppressive litigation tactics will end this case in its favor. That being said, the United States' position on this issue is not based on mere numbers of law firms. It is based on the defendant's use of those firms to increase the cost and complexity of the

case. The insured should not be hampered in its presentation to the jury by having to tip-toe around Continental's use of an inordinate amount of resources, in part in the form of law firms, to attempt to protect its bad faith activities.

Plaintiff also should be permitted during jury selection to inquire whether any of the jurors have had interaction or association with any of the law firms that Continental has employed.

For the foregoing reasons, Continental's motion in limine no. 7 should be denied.

Respectfully requested this 26th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

s/Richard R. Stone, Sr.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200 fax
E-mail: richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006,
a copy of the foregoing UNITED STATES'
OPPOSITION TO MOTION IN LIMINE NO. 7
TO EXCLUDE REFERENCE TO THE NUMBER
OF LAW FIRMS REPRESENTING DEFENDANT.
DOCKET NO. 260 was served electronically
 on Gary A. Zipkin and William Urquhart  and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

by U.S. mail

s/ Richard L. Pomeroy