DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail:  richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>  Defendant. | Case No. 3:98-cv-285-JWS<br><br>**QUALIFIED NON OPPOSITION TO MOTION IN LIMINE NO. 9 TO EXCLUDE REFERENCE TO DESTINATION OF MONEY AWARDED. DOCKET NO. 261.** |

Continental has moved to prohibit the United States from referring to the destination of any money that the jury may award the United States for punitive damages.  Docket No. 261.

Defendant contends that if the jury is told that any money that it awards will go into the United States Treasury, it will unfairly prejudice Continental.

The United States had no intention of mentioning, much less introducing evidence of, the destination of any monetary award. That is a legal issue, however, it is not an unduly prejudicial fact to be suppressed. Regardless, the United States does not oppose this motion with one qualification: Defendant should also be prohibited from referring to where any monies awarded might go. It is equally possible that argument by Defendant that monies awarded would disappear into the gaping maw of the federal deficit without benefitting anyone, or a similar anti-government screed, would be an unfair and prejudicial appeal to the jury's monetary sensibilities.

Respectfully submitted this 26th day of April, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031
>
>s/Richard R. Stone, Sr.
>Trial Attorney
>U.S. Department of Justice
>P.O. Box 888
>Benjamin Franklin Station
>Washington, D.C. 20044
>Phone: (202) 616-4291
>Fax: (202) 616-5200 fax
>E-mail: richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006,
a copy of the foregoing QUALIFIED
NON OPPOSITION TO MOTION IN
LIMINE NO. 9 TO EXCLUDE REFERENCE
TO DESTINATION OF MONEY
AWARDED. DOCKET NO. 261
was served electronically on Gary A. Zipkin and
William Urquhart  and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

by U.S. mail

s/ Richard L. Pomeroy