IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:98-cv-285-JWS<br><br>**[PROPOSED] ORDER** |

　　Plaintiff's motion to strike, filed at Docket No. 318, Defendant's late filed reply, filed at Docket No. 304, is hereby GRANTED.

_____　　_____
Date:　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　United States District Court Judge