DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>     Defendant. | Case No. 3:98-cv-285-JWS<br><br>**UNITED STATES' OPPOSITION TO CONTINENTAL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF CONTINENTAL'S BAD ACTS IN OTHER CASES. Docket No. 249** |

    Continental has moved to exclude reference to the reported and unreported cases that have

variously found them liable for unfair insurance practices, bad faith, and/or punitive damages.

The United States had not intended to try to introduce evidence of other cases in which Continental has been found liable for unfair insurance practices, bad faith, and/or punitive damages. However, any prohibition on the introduction of, or allusion to, other cases in which Continental has been found liable for unfair insurance practices, bad faith, and/or punitive damages should apply equally to Continental: they should be prohibited from attempting to introduce evidence that bolsters Continental's reputation for a lack of unfavorable decisions, pointing out the failure of the United States to present evidence of similar practices by Continental, or arguing that Continental has not been found liable for bad faith or punitive damages in other cases.

Respectfully submitted this 27th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

s/Richard R. Stone, Sr.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200 fax
E-mail: richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006, a copy of the foregoing UNITED STATES' OPPOSITION TO CONTINENTAL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF CONTINENTAL'S BAD ACTS IN OTHER CASES. Docket No. 249 was served electronically on Gary A. Zipkin and William Urquhart and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758
(312) 759-1920
(312) 759-1939 fax

by U.S. mail

s/ Richard L. Pomeroy