Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:       (907) 793-2299
E-mail:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>          Plaintiff,                   )<br>                                        )<br>vs.                                     )<br>                                        )<br>CNA FINANCIAL CORPORATION              )<br>AND THE CONTINENTAL                    )<br>CASUALTY COMPANY d/b/a                 )<br>THE CONTINENTAL INSURANCE              )<br>COMPANY,                               )<br>                                        )<br>          Defendants.                  )<br>_____) | Case No. 3:98-cv-285-JWS |

## SUPPLEMENTAL AFFIDAVIT OF GREGORY G. SILVEY

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

   I, Gregory G. Silvey, being first duly sworn, depose and state as follows:

   1.   I am an attorney with the law firm of Guess & Rudd, P.C., attorneys for The Continental Insurance Company and Continental Casualty Company in this action.  I make

this supplemental declaration in support of defendant's Reply in Support of Defendant's Motion for Partial Summary Judgment on Punitive Damages.

    2.    Attached hereto as Exhibit A is a true and correct copy of Amended United States' Amended Responses to Defendant's First Set of Discovery Requests in the Punitive Damages Phase, dated March 15, 2006.

    3.    Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of Deborah Senn dated, January 11, 2006.

    4.    Attached hereto as Exhibit C are true and correct copies of excerpts from the Deposition of Susan Lindquist, dated February 9, 2006.

    5.    Attached here as Exhibit D are true and correct copies of excerpts from the Deposition of Crystal Brown, dated May 9, 2001.

    6.    Attached hereto as Exhibit E is a true and correct copy of the letter from James Friderici to William Huston, dated June 8, 1995.

    7.    Attached hereto as Exhibit F is a true and correct copy of the letter from Kenneth Roosa to James Friderici, dated June 6, 1995.

FURTHER AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 28th day of April, 2006.

_____
Gregory G. Silvey

SUBSCRIBED and SWORN to before me this 28th day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 9-23-09

F:\data\6024\1\pleading\97 GGS Decl.doc

- 2 -