Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )
                                  )
CNA FINANCIAL CORPORATION         )
AND THE CONTINENTAL               )
CASUALTY COMPANY d/b/a            )
THE CONTINENTAL INSURANCE         )
COMPANY,                          )
                                  )
        Defendant.                )
_____)
Case No. A98-285 CV (JWS)

VIDEOTAPED DEPOSITION OF UNITED STATES OF AMERICA

SUSAN J. LINDQUIST

Pages 1 - 128, inclusive

Thursday, February 9, 2006
9:16 A.M.

Taken by Counsel for Defendant
              at
        GUESS & RUDD
    510 L Street, Suite 700
      Anchorage, Alaska

EXHIBIT C
Page 1 of 2

Page 104

1  Lori and Ms. Kallstrom.  And that's what I remember
2  about reading that case.
3      Q.   Do you know when Kallstrom -- when the
4  defense of the Kallstrom counterclaim against the
5  United States was tendered to Continental?
6      A.   I don't know when, but I know it was.
7      Q.   And you know -- well, let me ask you:  What
8  was -- what, if anything, was outrageous or
9  malicious or reckless with respect to Continental's
10 handling of that tender, the Kallstrom tender?
11     A.   I don't know.
12     Q.   It's true, isn't it, that -- that after the
13 Kallstrom case was tendered in October of 2001, the
14 government incurred no additional expenses or costs
15 in defending Kallstrom?
16          MR. STONE:  We have stipulated to that.
17          MR. TAYBACK:  Yeah.
18          THE WITNESS:  Sure.  It's true then.
19          MR. TAYBACK:  I'm going to show you -- this
20 one to mark.  Okay.
21          (Exhibit 23 marked.)
22 BY MR. TAYBACK:
23     Q.   Showing you what's been marked as
24 Exhibit 23.  Do you recognize that?
25     A.   No.

EXHIBIT C
Page 2 of 2

02ed9c80-8f2a-4ca4-b5ee-fb55a8ed8273