**DELANEY. WILES. HAYES. REITMAN & BRUBAKER. INC.**

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE. ALASKA 99501-1990
TELEPHONE (907) 279-3581
FAX (907) 277-1331

DANIEL A. GERETY
STEPHEN M. ELLIS
CLAY A. YOUNG
WILLIAM E. MOSELEY
MARC D. BOND
J. D. CELLARS
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
JEFFREY P. STARK

OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
STANLEY H. REITMAN
EUGENE F. WILES
1932-1996
JOHN K. BRUBAKER
1937-1992

June 8, 1995

Mr. William Hutson
Claims Director
Continental Insurance HealthCare
P.O. Box 210273
Columbia, South Carolina 29221

VIA FACSIMILE
803-781-1106

Re:  Insured:             Bristol Bay Area Health Corporation
     Patient:             Lori Wilson
     Claims Made Date:    1/12/94
     Date of Event:       11/27/93
     Your file no.:       751-7-A3892
     Case No.:            3AN-94-3341

Dear Mr. Hutson:

Enclosed is Mr. Roosa's letter of June 6, 1995, again tendering defense of this claim to Continental. This tender is under Continental policy no. HMA 9500648-5.

It is unclear what caused the United States to make this new tender. However, the timing may not be coincidental. Questions of the security of communications should be addressed by all concerned.

Mr. Stewart's most recent correspondence indicates Bristol Bay Area Health Corporation has not decided whether it has a position on coverage. Assuming Bristol Bay Area Health Corporation's opinion on coverage for the United States as an insured is relevant, then there is a potential conflict between it and Continental. This would occur if Bristol Bay Area Health Corporation were to decide the United States was an insured and Continental were to decide that the United States was not an insured. Since we represented Bristol Bay Area Health Corporation in the state court action, we cannot take a position on coverage due to that potential conflict.

You need an Alaska lawyer to advise you on this coverage question and respond to the tender letter of the United States. Alternatively, if you and Bristol Bay Area Health Corporation

EXHIBIT __E__

Page __1__ of __2__

CNA 000623

DELANEY. WILES. HAYES. REITMAN & BRUBAKER. INC.

Mr. William Hutson ltr
June 8, 1995
Page 2


decide that the two of you have the same opinion as to coverage
for the United States, we are available to respond to the tender
letter.  However, we will not address coverage unless affirma-
tively advised by Bristol Bay Area Health Corporation that it has
no objection to our doing so.

     We will advise the United States that someone will make a
response for Continental, but it will probably not be us.

     If you have any questions, please contact us.


                              Sincerely,

                              DELANEY, WILES, HAYES,
                              REITMAN & BRUBAKER, INC.


                              James B. Friderici

JBF:amh

Enc.

cc:  Maria Delinger (w/enc.)
     Darrel Richardson (w/enc.)
     Robert K. Stewart, Jr. (w/enc.)


(hutson9.ltr)


EXHIBIT _E_

Page _2_ of _2_

CNA 000624