Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>vs.                         )<br>                            )<br>CNA FINANCIAL CORPORATION   )<br>AND THE CONTINENTAL         )<br>CASUALTY COMPANY d/b/a      )<br>THE CONTINENTAL INSURANCE   )<br>COMPANY,                    )<br>                            )<br>            Defendant.       )<br>_____) | Case No. 3:98-cv-285-JWS |

SECOND JOINT MOTION TO MODIFY FILING
<u>DEADLINES FOR CERTAIN PRE-TRIAL MATTERS</u>

The parties jointly request an extension of the deadline for filing their trial briefs, jury instructions, and proposed jury *voir dire.* The current deadline of May 11, 2006 is eleven days prior to the original trial date of May 22, 2006. Because the issues to ultimately be tried may be impacted by pending motions, and consequently affect the trial briefs and

Joint Motion to Modify Filing Deadlines for Certain Pre-Trial Matters
<u>USA v. Continental</u>; Case No. 3:98-cv-285-JWS)
Page 1 of 4

jury instructions, the parties request that these pre-trial tasks be delayed until after those pending motions have been resolved. The parties propose that the new deadline be set for an equal number of days preceding the new trial date, whenever that new date is established.

The parties also request that the current deadline for filing the offering party's arguments and authorities in favor of the admission of disputed exhibits, and objections to deposition counter-designations, be extended from May 1, 2006 to May 11, 2006.

In addition to the above, the United States has requested, and defendants do not oppose, extending the date for the United States' reply in support of its motion to amend its complaint from May 2, 2006 to May 5, 2006.

DATED at Anchorage, Alaska, this 28th day of April, 2006.

                GUESS & RUDD P.C.
                Attorneys for Defendants

                By: _____s/Gary A. Zipkin_____
                      Guess & Rudd P.C.
                      510 L Street, Suite 700
                      Anchorage, Alaska  99501
                      Phone: 907-793-2200
                      Fax:   907-793-2299
                      Email: gzipkin@guessrudd.com
                      Alaska Bar No. 7505048

Joint Motion to Modify Filing Deadlines for Certain Pre-Trial Matters
USA v. Continental; Case No. 3:98-cv-285-JWS)
Page 2 of 4

```
                    QUINN EMANUEL URQUHART
                       OLIVER & HEDGES, LLP
                    Attorneys for Defendants


                    By:      s/A. William Urquhart
                        Quinn Emanuel Urquhart
                          Oliver & Hedges, LLP
                        865 South Figueroa
                        Street, 10th Floor
                        Los Angeles, CA  90017
                        Phone: 1-213-443-3000
                        Fax:   1-213-443-3100
                        Email:
                        billurquhart@quinnemanuel.com
```

DATED at Anchorage, Alaska, this 28th day of April, 2006.

```
                    DEBORAH M. SMITH
                    Acting United States Attorney


                    By:  s/Richard L. Pomeroy
                    Assistant U.S. Attorney
                    222 West 7th Ave., #9, Rm. 253
                    Anchorage, AK 99513-7567
                    Phone: (907) 271-5071
                    Fax: (907) 271-2344
                    E-mail: richard.pomeroy@usdoj.gov
                    Alaska Bar No. 8906031
```

Joint Motion to Modify Filing Deadlines for Certain Pre-Trial Matters
USA v. Continental; Case No. 3:98-cv-285-JWS)
Page 3 of 4

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
28th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:___s/Gary A. Zipkin___
F:\DATA\6024\1\Pleading\96 joint mtn for extension of time.doc

Joint Motion to Modify Filing Deadlines for Certain Pre-Trial Matters
<u>USA v. Continental</u>; Case No. 3:98-cv-285-JWS)
Page 4 of 4