Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>vs.                                  )<br>                                     )<br>CNA FINANCIAL CORPORATION            )<br>AND THE CONTINENTAL                  )<br>CASUALTY COMPANY d/b/a               )<br>THE CONTINENTAL INSURANCE            )<br>COMPANY,                             )       Case No. 3:98-cv-285-JWS<br>                                     )<br>            Defendant.               )<br>_____) | |

[PROPOSED] ORDER

The parties' joint motion to modify the filing deadlines for certain pre-trial matters is GRANTED.

IT IS FURTHER ORDERED that the May 11, 2006 deadline for filing of trial briefs, jury instructions, and proposed jury *voir dire* is vacated.  Trial briefs, jury instructions, and

proposed jury *voir dire* will be due 11 days prior to the new trial date, when set.

IT IS FURTHER ORDERED that the current deadline for filing the offering party's arguments and authorities in favor of the admission of disputed exhibits, and objections to deposition counter-designations, is extended from May 1, 2006 to May 11, 2006.

IT IS FURTHER ORDERED that the United States' reply in support of its Motion to Amend its Complaint is extended from May 2, 2006 to May 5, 2006.

_____    _____
Dated                              John W. Sedwick
                                   United States District Court Judge

```
CERTIFICATE OF SERVICE
I hereby certify that on the
28th day of April, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.

and by regular U.S. mail on:

Richard Stone, Esq.
Civil Division, Torts Branch
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Guess & Rudd P.C.


By:    s/Gary A. Zipkin
F:\DATA\6024\1\Pleading\99 Ord extend pretrial deadlines.doc
```