Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE CONTINENTAL | ) |
| CASUALTY COMPANY d/b/a | ) |
| THE CONTINENTAL INSURANCE | ) |
| COMPANY, | )    Case No. 3:98-cv-285-JWS |
| | ) |
| Defendant. | ) |
| | ) |


CONTINENTAL'S MOTION TO ACCEPT
CONTINENTAL CASUALTY COMPANY'S REPLY IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED ONE DAY LATE


Continental Casualty Company respectfully requests that

its Reply in Support of Motion for Summary Judgment at Docket

304, which was inadvertently filed one day after it was due, be

accepted and considered by the court.  In the course of briefing

the numerous motions filed by both parties, this reply brief was

mistakenly filed a day late.  There were differing briefing

schedules for many of the motions as well as several stipulations

that extended filing deadlines for certain motions.  Regrettably,


USA v. Continental; Case No. 3:98-cv-285-JWS
Continental's Motion to Accept Reply
Page 1 of 3

these varying deadlines led to some confusion on the filing of this reply.  As a result, Continental's Reply in Support of Summary Judgment was not filed on April 20, 2006 -- the stipulated deadline for that reply.  When Continental's attorneys recognized this lapse, they rectified it immediately by filing the reply by 9:01 a.m. the next day, April 21.  In retrospect, a motion to extend the deadline probably should have been filed at that time, but because it was a reply, and was filed within hours of the deadline, Continental did not anticipate that the United States would raise any objection to the timing of this filing.

The United States will not be prejudiced in any way if the court accepts the reply -- it was filed first thing the morning after it was due and, because it was a reply, the United States is not entitled to a further response.  Continental reconciled its oversight as quickly as possible and the United States will not be unfairly prejudiced if the court considers the reply in rendering its decision.  Therefore, defendants request that the court accept Continental Casualty Company's Reply in Support of Motion for Summary Judgment and consider the arguments in that reply brief in rendering a decision on the motion.

USA v. Continental; Case No. 3:98-cv-285-JWS
Continental's Motion to Accept Reply
Page 2 of 3

DATED at Anchorage, Alaska, this 2nd day of May, 2006.

GUESS & RUDD P.C.
Attorneys for Defendants


By: _____s/Gary A. Zipkin_____
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048


QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
Attorneys for Defendants


By: ____s/A. William Urquhart_____
     Quinn Emanuel Urquhart
       Oliver & Hedges, LLP
     865 South Figueroa
     Street, 10th Floor
     Los Angeles, CA  90017
     Phone: 1-213-443-3000
     Fax:   1-213-443-3100
     Email:
     billurquhart@quinnemanuel.com


CERTIFICATE OF SERVICE

I hereby certify that on the
2nd day of May, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.


By: ___s/Gary A. Zipkin___
F:\DATA\6024\1\Pleading\98 Mtn Accept Late Reply.DOC

USA v. Continental; Case No. 3:98-cv-285-JWS
Continental's Motion to Accept Reply
Page 3 of 3