```
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE CONTINENTAL )<br>CASUALTY COMPANY d/b/a )<br>THE CONTINENTAL INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>_____) | Case No. 3:98-cv-285-JWS |

[PROPOSED] ORDER ON MOTION TO ACCEPT LATE FILED REPLY

      The court having considered Continental's Motion to Accept CCC's Reply in Support of Motion for Summary Judgment Filed One Day Late and any opposition thereto,

      IT IS HEREBY ORDERED that the motion is granted. CCC's Reply in Support of Motion for Summary Judgment Filed One Day Late is accepted and will be considered by the court.

DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 2006.

_____
The Honorable John W. Sedwick
U.S. District Court Senior Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
2nd day of May, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.

Guess & Rudd P.C.


By: \_\_\_s/Gary A. Zipkin_____

F:\DATA\6024\1\Pleading\98 Ord Mtn Stike.doc