DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

RICHARD R. STONE, SR.
Trial Attorney
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4291
Fax: (202) 616-5200
E-mail: richard.stone@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:98-cv-285-JWS<br><br>**NON-OPPOSITION TO DEFENDANT'S MOTION TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT FILED ONE DAY LATE AT DOCKET No. 336** |

Plaintiff does not oppose Continental's Motion to Accept Continental Casualty Company's Reply in Support of Motion for Summary Judgment Filed One Day Late at docket no. 336.

Respectfully submitted this 2nd day of May, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031
>
>s/Richard R. Stone, Sr.
>Trial Attorney
>U.S. Department of Justice
>P.O. Box 888
>Benjamin Franklin Station
>Washington, D.C.  20044
>Phone:  (202) 616-4291
>Fax:  (202) 616-5200 fax
>E-mail:  richard.stone@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2006,
a copy of the foregoing NON-OPPOSITION
TO DEFENDANT'S MOTION TO FILE
REPLY TO MOTION FOR SUMMARY
JUDGMENT FILED ONE DAY LATE
AT DOCKET No. 336 was served
electronically on Gary A. Zipkin and
William Urquhart  and on

Rebecca L. Ross
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603-5758

by U.S. mail
s/ Richard L. Pomeroy