LANE
POWELL
SPEARS
LUBERSKY
LLP

May 10, 1999

John R. Neeleman
(206) 223-7985

*VIA FACSIMILE - ORIGINAL BY US MAIL*

Law Offices

A Limited
Liability
Partnership
Including
Professional
Corporations

Mr. Kenneth S. Roosa
Assistant U.S. Attorney
Office of the United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, AK 99507

1420 Fifth Ave.
Suite 4100
Seattle, WA
98101-2338

Re:   *United States of America v. CNA*
      Our File No. 60000.2019

(206) 223-7000

Dear Ken:

Facsimile:
(206) 223-7107

In response to your request, I have obtained the following information regarding CNA Financial, and its relationship to Continental Insurance Company and Continental Casualty Company.

CNA Financial Corporation is not an insurer, and is not admitted as an insurer in any state. CNA Financial is instead a holding company and the sole shareholder of Continental Casualty Company, which is an admitted insurer in many states. In addition, CNA Financial is the sole shareholder of the Continental Corporation, effective since the date of Continental's merger into the CNA group of insurers.

The term "CNA" is a service mark rather than an insurance company and is not a legal entity amenable to suit. The term "CNA Insurance Companies" is a fleet name and also not an insurance company amenable to suit. The latter describes, however, a number of different insurers which underwrite insurance policies and are admitted in different jurisdictions.

The term "CNA Pro," "CNA Healthpro" and "CNA Personal Insurance" describe operating units of CNA Insurance enterprise and are not separate legal entities amenable to suit. The claims staff of these operating units are employed by Continental Casualty Company and adjust or otherwise handle claims which arise under policies of insurance issued by the various CNA insurance companies.

Anchorage, AK
Fairbanks, AK
Los Angeles, CA
Mount Vernon, WA
Olympia, WA
Portland, OR
San Francisco, CA
Seattle, WA

London, England

Exhibit 1

Mr. Kenneth S. Roosa
May 10, 1999
Page 2


As you can see, CNA Financial is not subject to suit in Alaska, and indeed has no involvement in the insurance policy issued by Continental Insurance Company to the United States, or in any way the handling of BBHC's or the United States' claims.

Continental has instructed us to obtain CNA Financial's dismissal by any means necessary. We wish to avoid the necessity of filing a motion for dismissal and other appropriate relief given that the United States cannot show that its claims against CNA Financial are warranted by existing law, or by a non-frivolous argument for the extension, modification, or reversal of existing law, or the establishment of new law, or that its factual contentions against CNA Financial have evidentiary support.

Please give me a call to discuss this.

Very truly yours,

LANE POWELL SPEARS LUBERSKY LLP

John R. Neeleman

JXN:njs
cc: Dave Maultbetsch
060000.2019\570535.1

Exhibit 1