

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253        Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567              Fax Number: (907) 271-3224

May 19, 1999

Via FAX and US Mail

John R. Neeleman, Esq.
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

    Re:   United States v. CNA Financial Corporation, et, al.,
           Case No. A98-285 Civil (JWS)

Dear Mr. Neeleman:

    I have reviewed the letter in which you set out information pertinent to your request for a voluntary dismissal of CNA as a party defendant in this case. In reliance on the accuracy of your representations, I will agree to a dismissal of CNA at this time.

                            Sincerely,

                            ROBERT C. BUNDY
                            UNITED STATES ATTORNEY

                            KENNETH S. ROOSA
                            Assistant U.S. Attorney

Exhibit 2