Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:         (907) 793-2299
E-mail:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL CORPORATION AND THE CONTINENTAL CASUALTY COMPANY d/b/a THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:98-cv-285-JWS |

DECLARATION OF GARY A. ZIPKIN

I, Gary A. Zipkin, declare as follows:

1.  I am a shareholder of the law firm of Guess & Rudd, P.C., counsel for Continental Insurance Company and Continental Casualty Company in this action. I make this

declaration in support of defendants' reply in supports of its motion in limine no. 5 re: testimony of Rick R. Gaskins.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Lawrence Boysen, dated November 1, 2005.

3. Attached hereto as Exhibit B are true and correct copies of exceprts from the Deposition of Rick Gaskins, dated January 25, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Anchorage, Alaska, this 8th day of May, 2006.

_____
Gary A. Zipkin