# Transcript of the Testimony of **Lawrence Boysen**

**Date:** November 1, 2005
**Volume:** 1

**Case:** United States of America v. The Continental Casualty Company

Printed On: 5/8/2006

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

EXHIBIT A
Page 1 of 2

Page 45

1   employees provide services to the insurance
2   companies and the holding company group, and the
3   expenses relating to those employees performing
4   those functions are allocated to those
5   companies, and amounts are settled back and
6   forth between the companies for the performance
7   of those services.
8   BY MR. STONE:
9       Q.   If a premium is paid to Continental
10  Insurance Company, does it ever go to
11  Continental Insurance Company's accounts in any
12  way?
13      A.   When you say accounts?
14      Q.   Financial accounts.
15      A.   Their books and records, a bank
16  account?
17      Q.   Let's starts with books and records.
18      A.   If Continental Insurance Company
19  receives a direct premium, yes, that flows
20  through their books and records.
21      Q.   Who maintains those books and records?
22      A.   Employees of Continental Casualty