Capital Reporting Company

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

----------------------------------:
UNITED STATES OF AMERICA,         :
                                  :
        Plaintiff,                :
                                  :
    vs.                           :Case No.:
                                  :A98-285CV (JWS)
CNA FINANCIAL CORPORATION, et al.,:
                                  :
        Defendants.               :
----------------------------------:

                        Washington, D.C.

            Wednesday, January 25, 2006

Videotaped deposition of:


            RICK GASKINS

called for oral examination by counsel for

Defendants, pursuant to notice, at Capital Reporting

Company, 1000 Connecticut Avenue, Northwest,

Washington, D.C., before Shari R. Broussard, of

Capital Reporting Company, a Notary Public in and

for the District of Columbia, beginning at 12:18

p.m., when were present on behalf of the respective

parties:

EXHIBIT B
Page 1 of 2

202.857.DEPO    www.CapitalReportingCompany.com
1000 Connecticut Avenue, NW Suite 505  Washington, D.C. 20006
04746d4a-cc13-4a50-90c2-eeea3c9ad3a3

Capital Reporting Company

Page 26

1   you know what percentage of the defendants' annual
2   revenue is -- goes to compensate the executives
3   whose compensation you looked at in your report,
4   you said you could calculate it but it's not
5   contained in your report, that calculation?
6        A   No, I said one can do calculations, but
7   having a meaningful calculation is another issue,
8   and the entire structure of these entities or
9   shells, whatever terminology is used, is complex.
10       Q   Let me ask you -- you this in terms of
11  the complexity of it:  You analyzed -- I believe
12  you analyzed the -- the net worth of an entity
13  called Continental Casualty Company, correct?
14       A   Yes.
15       Q   You didn't do any analysis of the net
16  worth of an entity called Continental Insurance
17  Company; is that right?
18       A   Correct.
19       Q   The executives whose compensation you
20  looked at were employees of which entity?
21       A   Well, I just spoke to that.  According to
22  Mr. Boysen the senior vice-president and corporate

EXHIBIT B
Page 2 of 2

202.857.DEPO   www.CapitalReportingCompany.com
1000 Connecticut Avenue, NW Suite 505 Washington, D.C. 20006

04746d4a-cc13-4a50-90c2-eeea3c9ad3a3