Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>THE CONTINENTAL<br>CASUALTY COMPANY d/b/a<br>THE CONTINENTAL INSURANCE<br>COMPANY,<br><br>             Defendant. | Case No. 3:98-cv-285-JWS |

DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE
NO. 9 TO EXCLUDE EVIDENCE ABOUT OR REFERENCES TO THE
DESTINATION OF ANY PUNITIVE DAMAGES AWARDED BY THE JURY

In its qualified non-opposition, the Government says that it "does not oppose this motion" provided defendants will not refer to the destination of any punitive damages awarded by the jury.  Defendants do not intend to refer to the destination of any punitive damage award.  Therefore, in light of the Government's non-opposition, the court should grant this motion.

USA v. Continental; Case No. 3:98-cv-285-JWS
Defendants' Reply in Support of Motion in Limine No. 9
Page 1 of 3

DATED at Anchorage, Alaska, this 8th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendant

By:     S/Gary A. Zipkin
    Guess & Rudd P.C.
    510 L Street, Suite 700
    Anchorage, Alaska 99501
    Phone: 907-793-2200
    Fax: 907-793-2299
    Email: gzipkin@guessrudd.com
    Alaska Bar No. 7505048

QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
Attorneys for Defendant

By:   S/A. William Urquhart
    Quinn Emanuel Urquhart
     Oliver & Hedges, LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Phone: 1-213-443-3000
    Fax: 1-213-443-3100
    Email: billurquhart@quinnemanuel.com

F:\data\6024\1\pleading\107 Reply Mtn Lim #9.DOC

USA v. Continental; Case No. 3:98-cv-285-JWS
Defendants' Reply in Support of Motion in Limine No. 9
Page 2 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
8th day of May, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.

Guess & Rudd P.C.


By:_____S/Gary A. Zipkin_

USA v. Continental; Case No. 3:98-cv-285-JWS
Defendants' Reply in Support of Motion in Limine No. 9
Page 3 of 3