Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:      (907) 793-2200
Fax:          (907) 793-2299
E-mail:     gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CNA FINANCIAL CORPORATION )<br>AND THE CONTINENTAL )<br>CASUALTY COMPANY d/b/a )<br>THE CONTINENTAL INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>_____) | Case No. 3:98-cv-285-JWS |

CONTINENTAL'S REPLY IN SUPPORT OF
MOTION TO STRIKE PLAINTIFF'S UNTIMELY MOTION TO STRIKE

  The Government's opposition fails to address the crux of Continental's motion to strike the Government's untimely motion -- that the late-filed motion was a motion in limine cloaked as a motion to strike in order to circumvent the filing deadline of April 5 for motions in

USA v. Continental; Case No. 3:98-cv-285-JWS
Continental's Reply in Support of Motion to Strike Plaintiff's Untimely Motion to Strike
Page 1 of 4

limine. The Government's motion at docket 297 is a thinly veiled motion in limine, dressed up as an objection to Robert Lohr's qualifications.

In fact, the Government makes no effort to refute Continental's assertion that the Government was only attempting to circumvent the expired deadline by naming its untimely motion a "Motion to Strike." The Government does not refute this because it cannot support a claim that the motion was anything other than but a motion in limine. A review of the Government's motion reveals that its latest attack on Mr. Lohr's opinions is not that he is unqualified, but that the information he relies upon (Continental's Annual Statements filed with NIAC) "do not contain profitability information by state." In other words, the Government's latest attack pertains to the alleged inadequacy of the information <u>relied upon</u> by Mr. Lohr as the basis for his opinions -- as opposed to his qualifications.

The Government filed a (timely) motion in limine that argues that "Continental's three experts' opinions should be excluded and their authors precluded from testifying at trial" -- and this includes Mr. Lohr's entire testimony.[1] The Government should not be allowed to correct its failure to include all of its arguments in support of its requested relief (precluding Mr. Lohr from testifying) by "slipping in" a separate untimely motion. The Government had all the information it needed to address Mr. Lohr's <u>entire</u> testimony when it filed its motions in limine.

---

[1] <u>See</u> Unites States' Motion to Exclude "Expert" Testimony on the Decided Law and Facts of the Case at 2 (at docket 272).

<u>USA v. Continental</u>; Case No. 3:98-cv-285-JWS
Continental's Reply in Support of Motion to Strike Plaintiff's Untimely Motion to Strike
Page 2 of 4

Continental will be unfairly prejudiced if it must now address an untimely motion. Accordingly, the Government's late filed motion in limine should be stricken. The Government did not offer any opposition to Continental's requested alternative relief. Therefore, in the event that the court permits the U.S. leave to file its untimely motion, Continental respectfully requests a reasonable period of time to prepare and file its opposition.

DATED at Anchorage, Alaska, this 8th day of May, 2006.

GUESS & RUDD P.C.
Attorneys for Defendants

By: _____S/Gary A. Zipkin_____
    Guess & Rudd P.C.
    510 L Street, Suite 700
    Anchorage, Alaska  99501
    Phone: 907-793-2200
    Fax:  907-793-2299
    Email: gzipkin@guessrudd.com
    Alaska Bar No. 7505048

QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
Attorneys for Defendants

By: ___S/A. William Urquhart_____
    Quinn Emanuel Urquhart
     Oliver & Hedges, LLP
    865 South Figueroa
    Street, 10th Floor
    Los Angeles, CA  90017
    Phone: 1-213-443-3000
    Fax:  1-213-443-3100
    Email:
    billurquhart@quinnemanuel.com

USA v. Continental; Case No. 3:98-cv-285-JWS
Continental's Reply in Support of Motion to Strike Plaintiff's Untimely Motion to Strike
Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on the
8th day of May, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.


By:      S/Gary A. Zipkin

F:\DATA\6024\1\Pleading\104 Reply to Mot Strike Late Motion.DOC

USA v. Continental; Case No. 3:98-cv-285-JWS
Continental's Reply in Support of Motion to Strike Plaintiff's Untimely Motion to Strike
Page 4 of 4