# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Gary Zipkin  
510 L Street, Suite 700  
Anchorage, AK 99501

Case Number: 3:98-cv-00285-JWS  
Case Title: USA v Continental  
Docket No: 348

Document Title: Declaration of Gary Zipkin (in support of reply at dkt 347)

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing  
___(a) Cover Sheet missing

___ OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

*************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed

___ Pursuant to Court Order  
___ OTHER (see comments)

28:1914(a) Filing Fee  
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading  
___(a) Returned Complaint - Names of Parties not listed

*************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading  
___(e) First page information missing (see comments below)  
___(f) Document is not signed

___ OTHER (see comments)

LR 5.1 Proof of Service  
**XX** No proof of service on the document filed

*************************************************************************************************

**Comments:**

Name: Pam Richter                                           Date: **May 9, 2006**