Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,         )<br>                              )<br>vs.                           )<br>                              )<br>CNA FINANCIAL CORPORATION     )<br>AND THE CONTINENTAL           )<br>CASUALTY COMPANY d/b/a        )<br>THE CONTINENTAL INSURANCE     )<br>COMPANY,                      )<br>                              )<br>          Defendant.          )<br>_____) | Case No. 3:98-cv-285-JWS |

ORDER

The parties' joint motion to modify the filing deadlines for certain pre-trial matters is **GRANTED**.

**IT IS FURTHER ORDERED** that the May 11, 2006 deadline for filing of trial briefs, jury instructions, and proposed jury *voir dire* is vacated.  Trial briefs, jury instructions, and

proposed jury *voir dire* will be due **fifteen (15) days** prior to the new trial date, when set.

**IT IS FURTHER ORDERED** that the current deadline for filing the offering party's arguments and authorities in favor of the admission of disputed exhibits, and objections to deposition counter-designations, is extended from May 1, 2006 to May 11, 2006.

**IT IS FURTHER ORDERED** that the United States' reply in support of its Motion to Amend its Complaint is extended from May 2, 2006 to May 5, 2006.

Dated:  5/10/06
/s/
John W. Sedwick
United States District Court Judge