Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE CONTINENTAL ) | |
| CASUALTY COMPANY d/b/a ) | |
| THE CONTINENTAL INSURANCE ) | |
| COMPANY, ) | Case No. 3:98-cv-285-JWS |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2006, a copy of the Declaration of Gary A. Zipkin (Dkt. 348) was served electronically on:

        Richard L. Pomeroy, Esq.
        Christopher Tayback, Esq.
        A. William Urquhart, Esq.
        Richard Stone, Esq.

                      Guess & Rudd P.C.

                      By: S/Gary A. Zipkin

CERTIFICATE OF SERVICE
I hereby certify that on the 10th day of May, 2006, a copy of the foregoing document was served electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.

Guess & Rudd P.C.


By:   S/Gary A. Zipkin