Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>            Plaintiff,        )<br>                                          )<br>vs.                                       )<br>                                          )<br>THE CONTINENTAL                           )<br>CASUALTY COMPANY d/b/a                    )<br>THE CONTINENTAL INSURANCE                 )<br>COMPANY,                                  )<br>                                          )<br>            Defendant.          )<br>_____)  | Case No. 3:98-cv-285-JWS |

ORDER ON MOTION TO ACCEPT LATE FILED REPLY

The court having considered Continental's Motion to Accept CCC's Reply in Support of Motion for Summary Judgment Filed One Day Late and any opposition thereto,

**IT IS HEREBY ORDERED** that the motion is granted. CCC's Reply in Support of Motion for Summary Judgment Filed One Day Late is accepted and will be considered by the court.

DATED at Anchorage, Alaska, this 11th day of May 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE