Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>vs.                             )<br>                                )<br>CNA FINANCIAL CORPORATION       )<br>AND THE CONTINENTAL             )<br>CASUALTY COMPANY d/b/a          )<br>THE CONTINENTAL INSURANCE       )<br>COMPANY,                        )<br>                                )<br>            Defendant.          )<br>_____) | Case No. 3:98-cv-285-JWS |

<u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.2(a), The Continental Casualty Company d/b/a The Continental Insurance Company (hereinafter "Continental") hereby requests oral argument on the following motions:

1.  Defendants' Motion in Limine No. 1 to Exclude Evidence or Argument Relating to Alleged Bad Acts from Other Cases (Dkt. 249);

2. Defendants' Motion in Limine No. 2 to Exclude Evidence or Argument Relating to New, Unpleaded Claims of Purported Bad Faith and/or Alleged Acts of Bad Faith That Do Not Bear on the Reasonableness of Continental's Tender Rejection (Dkt. 251);

3. Defendants' Motion in Limine No. 3 to Exclude Evidence or Argument Relating to the Courts Prior Bad Faith Rulings (Dkt. 253);

4. Defendants' Motion in Limine No. 4 to Exclude Evidence or Argument Regarding Defendants' Litigation Assertions or Conduct (Dkt. 255);

5. Defendants' Motion in Limine No. 5 to Exclude Testimony of Rick R. Gaskins (Dkt. 257)

6. Defendants' Motion in Limine No. 6 to Exclude Evidence or Argument Regarding the Wealth of Continental Casualty Company and/or CNMA Financial Corporation (Dkt. 259);

7. Defendants' Motion in Limine No. 7 to Preclude Reference to the Number of Law Firms Retained by Defendants in this Case and the Amount of Money Defendants Have Spent on Legal Fees (Dkt. 260);

8. Defendants' Motion in Limine No. 8 to Preclude the Testimony of Deborah Senn (Dkt. 266);

9. Defendants' Motion in Limine No. 9 to Exclude Evidence About or References to the Destination of Any Punitive Damages Awarded by the Jury (Dkt. 261);

10. Defendants' Motion in Limine No. 10 to Bifurcate Trial and to Preclude Introduction of Evidence of Defendants' Wealth in Phase One (Dkt. 262);

11. Defendants' Motion in Limine No. 11 to Enforce Damages Stipulations (Dkt. 263);

12. Defendants' Motion to Strike Plaintiff's Untimely Motion to Strike or, in the Alternative, Motion for Extension of time to Oppose Plaintiff's Motion to Strike (Dkt. 305);

13. United States' Motion to Exclude "Expert" Testimony on the Decided Law and Facts of the Case (Dkt. 272);

14. Plaintiff United States' Motion to Have a Statement of the Issues Already Decided on Summary Judgment Read to the Jury (Dkt. 247); and

15. Plaintiff United States' Motion to Have Read to Jury the Facts from Summary Judgment Rulings (Dkt. 248).

DATED at Anchorage, Alaska, this 11th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendants

        By: _____s/Gary A. Zipkin_____
            Guess & Rudd P.C.
            510 L Street, Suite 700
            Anchorage, Alaska  99501
            Phone: 907-793-2200
            Fax:   907-793-2299
            Email: gzipkin@guessrudd.com
            Alaska Bar No. 7505048

        QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP
        Attorneys for Defendants

        By: ___s/A. William Urquhart_____
            Quinn Emanuel Urquhart
              Oliver & Hedges, LLP
            865 South Figueroa Street, 10th Floor
            Los Angeles, CA  90017
            Phone: 1-213-443-3000
            Fax:   1-213-443-3100
            Email: billurquhart@quinnemanuel.com

F:\data\6024\1\pleading\114reqoral.doc

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
11th day of May, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.

Guess & Rudd P.C.


By:<u>   s/Gary A. Zipkin   </u>