Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,     )<br>                              )<br>vs.                           )<br>                              )<br>THE CONTINENTAL               )<br>CASUALTY COMPANY d/b/a        )<br>THE CONTINENTAL INSURANCE     )<br>COMPANY,                      )<br>                              )<br>              Defendant.      )<br>_____) | Case No. 3:98-cv-285-JWS |

CONTINENTAL'S REPLY TO U.S.A.'S
OBJECTIONS TO CONTINENTAL'S PROPOSED TRIAL EXHIBITS

Pursuant to this court's Order for Final Pre-Trial Proceedings dated September 26, 2005, Dkt. 161, Continental Casualty Company d/b/a The Continental Insurance Company ("Continental") hereby submits its reply to the U.S.A.'s objections to Continental's proposed trial exhibits.

The court's pre-trial order requires the parties to make specific objections to the proposed trial exhibits of the other party. The United States made no specific objection to any individual trial exhibit offered by Continental. Because of this failure, there is no way for Continental to make arguments in favor of the admission of specific exhibits to which an objection has been made. For that matter, there is no way for the court to make a ruling on any objections the United States has failed to specifically make. Having failed to comply with the requirement to make specific objections to individual exhibits, the United States has waived all objections to the admission of Continental's proposed trial exhibits. <u>See</u>, Fed. R. Evid. 103(a)(1); <u>United States v. Rivera</u>, 43 F.3d 1291, 1295 (9th Cir. 1995). Accordingly, Continental requests that all of its proposed trial exhibits be admitted into evidence.

DATED at Anchorage, Alaska, this 11th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendant

    By:      s/Gary A. Zipkin
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048


        QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP
        Attorneys for Defendant

    By:    s/A. William Urquhart
        Quinn Emanuel Urquhart
          Oliver & Hedges, LLP
        865 South Figueroa Street, 10th Floor
        Los Angeles, CA  90017
        Phone: 1-213-443-3000
        Fax:   1-213-443-3100
        Email: billurquhart@quinnemanuel.com

CERTIFICATE OF SERVICE
I hereby certify that on the
11th day of May, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.

Guess & Rudd P.C.


By:   s/Gary A. Zipkin

F:\DATA\6024\1\Pleading\113reply obj exhibits.doc