Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE CONTINENTAL ) | |
| CASUALTY COMPANY d/b/a ) | |
| THE CONTINENTAL INSURANCE ) | |
| COMPANY, ) | Case No. 3:98-cv-285-JWS |
| ) | |
| Defendant. ) | |
| ) | |

ERRATA

The Continental Casualty Company d/b/a The Continental Insurance Company (hereinafter "Continental") hereby provides the following correction to its Opposition to United State's Motion to Exclude Expert Testimony on the Decided Law and Facts of the Case (Dkt. 314).

At page 7, Continental stated that Mr. Lohr "has been qualified as an expert witness in two insurance-related cases"

(referencing <u>Peter v. Progressive</u> and <u>Truong v. Allstate</u>). While it is true that Mr. Lohr provided expert testimony in those two cases (by deposition), he was not offered as an expert witness to either court. Mr. Lohr was "qualified" to testify as an expert on insurance related issues, including compliance with Alaska's insurance statutes, in <u>Tatum v. Allstate</u>; Case No. 3PA-02-914 Civil, a case tried to a jury in Palmer, Alaska, on February 6, 2006.

DATED at Anchorage, Alaska, this 18th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendant

By:     S/Gary A. Zipkin
      Guess & Rudd P.C.
      510 L Street, Suite 700
      Anchorage, Alaska  99501
      Phone: 907-793-2200
      Fax:   907-793-2299
      Email: gzipkin@guessrudd.com
      Alaska Bar No. 7505048

              QUINN EMANUEL URQUHART
                OLIVER & HEDGES, LLP
           Attorneys for Defendant


        By:   S/A. William Urquhart
            Quinn Emanuel Urquhart
              Oliver & Hedges, LLP
            865 South Figueroa
            Street, 10th Floor
            Los Angeles, CA  90017
            Phone: 1-213-443-3000
            Fax:   1-213-443-3100
            Email:
            billurquhart@quinnemanuel.com

F:\data\6024\1\pleading\115 Errata Re 314.doc

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the 18th day of May, 2006, a copy of the foregoing document was served electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.

Guess & Rudd P.C.


By:   S/Gary A. Zipkin