Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE CONTINENTAL ) <br> CASUALTY COMPANY d/b/a ) <br> THE CONTINENTAL INSURANCE ) <br> COMPANY, ) <br> ) <br>       Defendant. ) <br> ) | Case No. 3:98-cv-285-JWS |


REPORT OF THE PARTIES REGARDING SETTLEMENT STATUS


        The parties successfully negotiated a settlement of all
claims and believed that proper authority for the settlement had
been obtained by the appropriate individual within the U.S.
Department of Justice.  Because a question has been raised
regarding that individual's authority to bind the United States
to the settlement, the United States withdrew its prior
confirmation of the settlement and advised counsel for

Continental that the proposed settlement has now been forwarded
to the proper individual for consideration.  The parties are
optimistic that the necessary approval will be forthcoming and
that this case will be amicably resolved.

The parties propose to file a further status report
within thirty (30) days unless closing documents can be filed
sooner.

DATED at Anchorage, Alaska, this 14th day of June, 2006.

DEBORAH M. SMITH
Acting United States Attorney


By:    s/Richard L. Pomeroy
       Assistant U.S. Attorney
       222 West 7th Ave., #9, Rm. 253
       Anchorage, AK 99513-7567
       Phone: (907) 271-5071
       Fax: (907) 271-2344
       E-mail:
       richard.pomeroy@usdoj.gov
       Alaska Bar No. 8906031


By:      s/Richard R. Stone, Sr.
       Trial Attorney
       U.S. Department of Justice
       P.O. Box 888
       Benjamin Franklin Station
       Washington, D.C. 20044
       Phone:  (202) 616-4291
       Fax:  (202) 616-5200
       E-mail:
       richard.stone@usdoj.gov

GUESS & RUDD P.C.
Attorneys for Defendant


By: _____S/Gary A. Zipkin_____
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048


QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
Attorneys for Defendant


By: ___S/A. William Urquhart_____
        Quinn Emanuel Urquhart
          Oliver & Hedges, LLP
        865 South Figueroa
        Street, 10th Floor
        Los Angeles, CA  90017
        Phone: 1-213-443-3000
        Fax:   1-213-443-3100
        Email:
        billurquhart@quinnemanuel.com

CERTIFICATE OF SERVICE
I hereby certify that on the
14th day of June, 2006, a copy
of the foregoing document was served
electronically on:

Richard L. Pomeroy, Esq.
Christopher Tayback, Esq.
A. William Urquhart, Esq.
Richard Stone, Esq.

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

F:\DATA\6024\1\Pleading\119 Joint Rpt RE Status of Settlement.doc