DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>  Defendant. | Case No. 3:98-cv-00285-JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, through undersigned counsel, stipulate that this matter has been resolved via negotiated settlement and that this action should be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

Respectfully requested this 1st day of August, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>Alaska Bar No. 8906031
>
>s/Richard R. Stone, Sr.
>Trial Attorney
>U.S. Department of Justice
>P.O. Box 888
>Benjamin Franklin Station
>Washington, D.C. 20044
>Phone: (202) 616-4291
>Fax: (202) 616-5200
>E-mail: richard.stone@usdoj.gov
>
>GUESS & RUDD P. C.
>Attorneys for Defendants
>
>s/Gary A. Zipkin
>Guess & Rudd P.C.
>510 L Street, Suite 700
>Anchorage, Alaska 99501
>Phone: (907) 793-2200
>Fax: (907) 793-2299
>Email: gzipkin@guessrudd.com
>Alaska Bar No. 7505048

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Attorneys for Defendants

s/ William Urquhart
Quinn Emanuel Urquhart Oliver
& Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
Email: billurquhart@quinnemanuel.com