IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:98-cv-00285-JWS<br><br>**[PROPOSED] ORDER** |

The Court, having considered the parties' Stipulation for Dismissal with Prejudice, hereby ORDERS that this action is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.


Date: _____        _____
                                   John W. Sedwick
                                   United States District Court Judge