IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTINENTAL CASUALTY COMPANY, dba THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:98-cv-00285-JWS<br><br>**ORDER** |

The Court, having considered the parties' Stipulation for Dismissal with Prejudice, hereby ORDERS that this action is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

   August 2, 2006                      /s/JOHN W. SEDWICK
Date:                                    John W. Sedwick
                                          United States District Court Judge